## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:04-cr-160 |
| ) | |
| v. ) | |
| ) | Judge Collier/Carter |
| REJON TAYLOR ) | |
| SIR JACK MATTHEWS, and ) | |
| JOEY MONTREZ MARSHALL ) | |
| ) | |
| **Defendants** ) | |

## MOTION REQUESTING AUTHORIZATION OF
## $7,500.00 FOR INVESTIGATIVE SERVICES
## (21 U.S.C. SECTION 848(q)(10)(B))

Comes William H. Ortwein and Howell G. Clements, court-appointed attorneys for Rejon Taylor, and requests the Court for authorization to spend $7,500.00 for investigative services in this matter. Counsel would also request interim payments as encouraged by the Act.

A memorandum in support is submitted herewith.

    Respectfully Submitted,

    Ortwein & Ortwein, P.C.

    /s/ William H. Ortwein (BPR #1548)
    Attorney for Defendant Taylor
    1010 Market Street, Suite 306
    Chattanooga, TN 37402
    (423) 265-0296

    /s/ Howell G. Clements (BPR #1574)
    Attorney for Defendant Taylor
    1010 Market Street, Suite 401
    Chattanooga, TN 37402
    (423) 757-5003