## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| **UNITED STATES OF AMERICA**_____) | **Case No. 1:04-cr-160** |
| ) | |
| **v.** ) | |
| )_____ | **Judge Collier/Carter** |
| **REJON TAYLOR** ) | |
| **SIR JACK MATTHEWS, and** ) | |
| **JOEY MONTREZ MARSHALL** ) | |
| ) | |
| **Defendants**_____) | |

## NOTICE RELATIVE TO EVIDENCE PURSUANT TO
## FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 12.2(a) AND (b)

Please take notice that at the present time the Defendant does not intend to assert a defense of insanity as set forth in *Federal Rules of Criminal Procedure*, Rule 12.2(a) or of incompetency. The defense, however, does reserve the right to introduce expert evidence of a mental condition pursuant to *Federal Rules of Criminal Procedure*, Rule 12.2(b).

As the Defendant's Motion for investigative and other expert services has not been ruled upon, the Defendant has insufficient funds to fully explore these issues. Assuming the Motion is sustained and there is a change in the Defendant's position, the United States and the Court will be immediately notified.

Respectfully Submitted,

Ortwein & Ortwein, P.C.

s/ William H. Ortwein (BPR #01548)
Attorney for Defendant Taylor
1010 Market Street, Suite 306
Chattanooga, TN 37402
(423) 265-0296

_____

_____     s/ Howell G. Clements (BPR #01574)
_____                           Attorney for Defendant Taylor
                                    1010 Market Street, Suite 401
                                    Chattanooga, TN 37402
                                    (423) 757-5003

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ William Ortwein (BPR #01548)
Attorney for Defendant
1010 Market Street, Suite 306
Chattanooga, TN 37402
(423) 265-0296