UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:04-CR-160 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| REJON TAYLOR ) | |

**O R D E R**

Before the Court is Defendant Rejon Taylor's ("Defendant") "Motion to Reconsider Denial of Motion for Extension of Guilt-Innocence Motions Deadlines" (Court File No. 192). The motion requests the Court reconsider its denial in part of Defendant's motion for an extension of the guilt-innocence motion deadline. In support of this request, Defendant's counsel submits more time is needed to review the "large amount of the discovery" received from the government on September 15 and 20, 2006. Defendant's counsel asserts, without the requested extension, counsel will be unable to provide Defendant with the "effective assistance of counsel to which the Constitution entitles him" (Court File No. 192, ¶ 10).

The Court understands Defendant's counsel needs additional time to review the recently-provided discovery to effectively assist Defendant in preparation of his defense. Therefore, the Court **GRANTS** Defendant's Motion to Reconsider Denial of Motion for Extension of Guilt-Innocence Motions Deadlines (Court File No. 192). All motions relating to the guilt-innocence phase which do not require the assistance of experts must be filed with the Court no later than **October 16, 2006**.

**SO ORDERED.**

**ENTER.**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**