UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:04-CR-160 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| REJON TAYLOR ) | |

### ORDER

The Court notes the government has not responded to seven pending motions filed by Defendant Rejon Taylor (Court File Nos. 178, 187, 194, 196, 198, 202, 204). The filing deadline for the government's response on all seven motions, which is ten (10) working days from the date the motion is filed, has passed. Therefore, the Court **ORDERS** the government to respond to each motion within five (5) calendar days, up to and including Wednesday, October 18, 2006. The Court will not grant any request for an extension of this deadline. If the government does not file a response to any one of these motions by October 18, 2006, the Court will deem the government as not opposing the motion and agrees to the motion's request.

**SO ORDERED.**

**ENTER.**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**