UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:04-CR-160 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| REJON TAYLOR | ) | |

## ORDER

Before the Court is Defendant Rejon Taylor's (Defendant) motion for an extension of time to file, on or before October 30, 2006, a motion to dismiss the Indictment for a violation of the Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution and/or for violations of the Jury Selection and Service Act (Court File No. 202). The Government does not oppose Defendant's motion (Court File No. 222). Therefore, the Court **GRANTS** Defendant's motion (Court File No. 202) and will allow Defendant to file the above mentioned motion(s) on or before October 30, 2006.

**SO ORDERED.**

**ENTER.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**