UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:04-CR-160 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| REJON TAYLOR | ) | |

## ORDER

Before the Court is Defendant Rejon Taylor's (Defendant) motion requesting early disclosure of veniremen (Court File No.198). The Government does not oppose the relief sought Defendant's motion, specifically, that the parties receive a list of the veniremen in advance of the time period set forth in 18 U.S.C. § 3432, that is, three days prior to trial (Court File No. 221). Therefore, the Court **GRANTS** Defendant's motion (Court File No. 198) and will allow the parties to receive a list of the veniremen five days prior to trial.

**SO ORDERED.**

**ENTER.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**