UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:04-CR-160 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| REJON TAYLOR ) | |

**O R D E R**

Before the Court are two motions for extension of time to file documents with the Court, one filed by the government (Court File No. 252) and one filed by Defendant Rejon Taylor ("Defendant") (Court File No. 244). The Court **GRANTS** both motions (Court File Nos. 244, 252). The government must file a response to Defendant's motion to dismiss the indictment due to jury selection violations (Court File No. 227) on or before November 6, 2006. Defendant must file his "Motion to Declare the Death Penalty Unconstitutional in Violation of the Eighth Amendment Due to the Method of Execution" on or before November 30, 2006.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**