UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:04-CR-160 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| REJON TAYLOR ) | |

## ORDER

For the reasons stated in the accompanying memorandum, the Court **GRANTS IN PART** and **DENIES IN PART** Defendant's motion (Court File No. 166). The Court **STRIKES** from the Notice the third "statutory aggravating fact" alleging substantial planning and premeditation (Court File No. 123, page 3, ¶II. 3.). The Court **DENIES** Defendant's requests to strike the sentencing allegations in the Indictment and the other aggravating factors in the Notice.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**