UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:04-CR-160 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| REJON TAYLOR | ) | |

## **ORDER**

For the reasons stated in the accompanying memorandum, the Court **DENIES** Defendant Rejon Taylor's "Motion to Declare the Death Penalty Unconstitutional as Violative of the Eighth Amendment Due to the Defendant's Age" and "Motion to Strike the Alleged Aggravator Which Alleges that the Defendant Was Over 18 Years of Age at the Time of the Offense" (Court File Nos. 246, 248).

**SO ORDERED.**

**ENTER:**

                                        **/s/**
                                        **CURTIS L. COLLIER**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**