UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 1:04-CR-160 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| REJON TAYLOR ) | |

# ORDER

For the reasons stated in the accompanying memorandum, the Court **DENIES** Defendant Rejon Taylor's "Motion to Dismiss Counts of the Indictment on Double Jeopardy Grounds and Require the Government to Elect One Count on Which to Proceed" (Court File No. 178).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**