UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:04-CR-160 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| REJON TAYLOR | ) | |

## ORDER

Before the Court is Defendant Rejon Taylor's ("Defendant") "Motion to Strike & Allow Re-Filing of Motion After Completion of Discovery" (Court File No. 332). In his motion, Defendant states defense counsel is currently "engaged in the investigation and discovery" of the issues raised in his previous motion and supporting memorandum requesting dismissal of the indictment due to violations of the Jury Selection Act and the United States Constitution (Court File Nos. 325, 326). Defendant requests the Court strike the existing motion and memorandum (Court File Nos. 325, 326) and afford counsel for Defendant enough time to complete the related investigation and discovery. Defendant suggests a new deadline for his motion (concerning the same matter) to be set at March 1, 2007.

In the interest of judicial economy, the Court will **GRANT** Defendant's "Motion to Strike & Allow Re-Filing of Motion After Completion of Discovery" (Court File No. 332)**.** Accordingly, the Court **STRIKES** Defendant's previous motion and memorandum regarding jury selection issues (Court File Nos. 325, 326). If Defendant wishes to refile this motion after the completion of investigation and discovery on these issues, the Court **ORDERS** Defendant to file the new motion on or before March 1, 2007. Finally, if Defendant refiles the motion, the Court **ORDERS** the

government to respond to the new motion within **10 business days**.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**