UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 1:04-CR-160 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| REJON TAYLOR | ) | |

## ORDER

Before the Court is Defendant Rejon Taylor's ("Defendant") "Appeal to the District Court Judge of the Magistrate Judge's Order Denying Motion for Bill of Particulars" (Court File No. 319). Upon review of the record and Magistrate Judge William B. Mitchell Carter's opinion (Court File No. 301), the Court agrees Defendant is requesting "a parsing of facts and statute not required by law" (Court File No. 301 at 4) and fully incorporates Magistrate Judge Carter's reasoning herein. The Court agrees with Magistrate Judge Carter's opinion that a bill of particulars is not necessary in order for Defendant to adequately prepare his defense, to preclude a second prosecution for the same crime and to prevent undue surprise at trial. "The defendant's constitutional right is to know the offense with which he is charged, not to know the details of how it will be proved." *United States v. Kendall*, 665 F.2d 126, 135 (7th Cir. 1981), *cert. denied*, 455 U.S. 1021 (1982). Accordingly, the Court **DENIES** Defendant's appeal (Court File No. 319).

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**