UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) ) ) | |
| | ) | No. 1:04-CR-160 |
| v. | ) ) | Chief Judge Curtis L. Collier |
| REJON TAYLOR, | ) ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated in the accompanying memorandum, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's conclusions of law and recommendations pursuant to § 636(b)(1) and Rule 72(b). Accordingly, the Court **OVERRULES** Defendant's objection (Court File No. 460), and **ADOPTS** and **ACCEPTS** the R&R (Court File No. 459), which **GRANTS IN PART** the Government's motion for a mental examination (Court File No. 434) and **DENIES** Defendant's motion to strike (Court File No. 441).

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**