UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:04-CR-160 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| REJON TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court has considered the motions filed by the United States to exclude the testimony of Kevin McNally (Court File No. 674) and James Aiken (Court File No. 681), along with Defendant Rejon Taylor's responses in opposition (Court File No. 691, 701). Having considered the parties' arguments and the applicable law, the Court **GRANTS** both motions (Court File No. 674, 681) and excludes the witnesses from testifying as to the defense case-in-chief.

This Order is being issued to help the parties prepare for Monday. The Court will soon issue a written memorandum explaining its decisions.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**