IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT CHATTANOOGA

---

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : 1:04-CR-160
:
REJON TAYLOR, :
:
    Defendant. :

---

Chattanooga, Tennessee
October 15, 2008

BEFORE: THE HONORABLE CURTIS L. COLLIER,
CHIEF UNITED STATES DISTRICT JUDGE

APPEARANCES:

    FOR THE PLAINTIFF:

    STEVEN S. NEFF
    CHRISTOPHER D. POOLE
    Assistant United States Attorney
    1110 Market Street, Suite 301
    Chattanooga, Tennessee 37402

    FOR THE DEFENDANT:

    WILLIAM H. ORTWEIN
    Post Office Box 38
    Hixson, Tennessee 37343

    HOWELL G. CLEMENTS
    1010 Market Street, Suite 401
    Chattanooga, Tennessee 37402

JURY TRIAL
EIGHTEENTH DAY OF TRIAL

APPEARANCES: (Continuing)

       FOR THE DEFENDANT:

       LESLIE A. CORY
       FREDERICK L. ORTWEIN
       1010 Market Street, Suite 306
       Chattanooga, Tennessee  37402

       - - -

(IN OPEN COURT)

       THE COURT:  Ladies and gentlemen, as I told you yesterday, the case is concluded.  It is now time for you to begin your deliberations.  Ms. Palmer will deliver to you all of the exhibits; and as soon as she does so, you can go ahead and get started.

       So with the exception of the alternates, why don't you go ahead and retire to the deliberation room.  And as soon as Ms. Palmer comes in, you can go ahead and get started.

       (Brief pause.)

       (The jury exited the courtroom, and the proceedings
       continued as follows:)

       THE COURT:  I am very surprised that we have not had to call upon you to serve on this jury.  With a case of this length, having all of the first twelve still serving is rather remarkable.  With all the things that happen in people's lives,

1  we could not have anticipated that we would not be using at
2  least half of you at this point.  But that is not the case.
3  Each one of the twelve has hung in there.  They're about to
4  start.  So just as in the first phase of the case, I'm going to
5  have Ms. Palmer place you somewhere outside of the courtroom
6  here, and ask that you not talk about the case.  Do not allow
7  anyone to talk to you about the case.
8         Ms. Palmer, why don't you have them step out and let
9  me discuss something with the attorneys.
10        (The alternate jurors exited the courtroom, and the
11        proceedings continued as follows:)
12        THE COURT:  Be seated.
13        Ms. Palmer informed me this morning that one of the
14 alternates brought a portable DVD player in and he would like
15 to watch movies while he's waiting.  And before authorizing
16 that, I wanted to check to make sure no one had any objection
17 to that.
18        MR. POOLE:  No objection, Your Honor.
19        MS. CORY:  As long as they're not crime movies.
20        THE COURT:  Would you like Ms. Palmer to screen the
21 movies?
22        MS. CORY:  No, Your Honor.  If it's just fictional
23 movies, I guess that's fine.
24        THE COURT:  Very well, then.  Ms. Palmer will deliver
25 the exhibits to the jury, tell them to get started, and she'll

1  find someplace to put the alternates.
2           Ms. Palmer.
3           (Recess for deliberations.)
4           (The jury entered the courtroom, and the proceedings
5           continued as follows:)
6           THE COURT: Please be seated.
7           Ladies and gentlemen --
8           THE CLERK: Judge, we're missing one.
9           A JUROR: We have one in the rest room.
10          (Brief pause.)
11          THE COURT: Ladies and gentlemen, you've been hard at
12  work since first thing this morning. So I think that you ought
13  to go ahead and take your lunch now.
14          [Name omitted], how much time would you-all like for
15  lunch? When would you like to come back?
16          THE FOREPERSON: Hour and a half, please, sir.
17          THE COURT: Hour and a half. You want to come back
18  at 1:30, then? 1:15? 1:30?
19          THE FOREPERSON: 1:30.
20          THE COURT: 1:30. While you're away at lunch, again,
21  do not discuss the case among yourselves. If two or three of
22  you are at lunch together, you can talk about the Tennessee
23  football team's prospects for the rest of the year, but don't
24  talk about the case. If two or three of you are together and
25  you start talking about the case, you'll start forming some

1 preliminary opinions, and that's not fair for people who do not
2 participate in that conversation.  Do not look at the
3 newspapers or allow yourself to be exposed to any communication
4 influence at all on the case.
5       When you come back, just go directly to the jury
6 deliberation room.  And when the twelfth person has arrived,
7 you can start deliberating again.  But until that
8 twelfth person arrives, do not start discussing the case, for
9 the same reason.  If five or six of you get back and you start
10 talking about the case, you're going to start forming some
11 preliminary opinions.
12       Ms. Palmer.
13       (Luncheon recess.)
14       (Recess for deliberations.)
15       THE COURT:  Please be seated.
16       Ladies and gentlemen, I note that it is almost 5:00.
17 And it's my understanding that some of you have family
18 obligations that will not permit you to remain too late.  For
19 that reason I sent an inquiry in to you notifying you that it
20 was my intent to let you go at 5:00.  I'm also of the-- I've
21 also been informed that some of you would not be able to
22 attend tomorrow, Friday, and Monday, which means that we have
23 to come back on Tuesday.  If you think there is some chance
24 you can reach a decision later on today, I'll be happy to let
25 you stay.  But it was my understanding some of you would not

1  be able to stay much past 5:00 because of family obligations.
2  So unless you disagree, I propose to let you go now and have
3  you come back on Tuesday.  Okay?
4          That seems to be the course of action, then.
5          THE FOREPERSON:  (Moving head up and down.)
6          THE COURT:  Again, while you're away, do not discuss
7  the case with anyone, do not watch anything on television, do
8  not listen to anything on the radio, and do not read anything
9  in the newspapers about this case, and do not engage in any
10 conversation.  But come back on Tuesday at 9:00, and you can
11 resume where you left off.
12         Ms. Palmer.
13         (Evening recess.)