UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA )
)                    Case No. 1:04-CR-160-1
v.                                                   )
)                    Chief Judge Curtis L. Collier
REJON TAYLOR                                          )
)

**O R D E R**

Defendant Rejon Taylor ("Defendant") moves the Court to permit redactions in addition to those specifically provided in Fed. R. Crim. P. 49.1 (Court File No. 887). The request concerns the personal information of witnesses. In addition, defense counsel notes the transcripts occasionally mention jurors by name.

For good cause shown, the Court **GRANTS** Defendant's motion for additional redactions (Court File No. 887). The Court also requests defense counsel to provide the names of the jurors to the court reporter and directs the court reporter to replace the names of any jurors with some other signifier, such as "XXXX."

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**