**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **1:04-cr-160** |
| | ) | **Judge Collier/Carter** |
| **REJON TAYLOR** | ) | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR UNSEALING OF RECORD MATERIAL AND OTHER RELIEF**

Comes now the United States of America, by and through counsel, and respectfully requests an additional seven day extension of time in which to respond to Defendant's Motion for Unsealing of Record Material and Other Relief Necessary to Obtain Complete Record on Appeal (Court File No. 906). In support of its motion, the United States would show the following:

1.      On March 21, 2011 the Court granted the government's motion to extend the response date to March 25, 2011.

2.      The undersigned Assistant United States Attorney Steven S. Neff, had to travel outside the office on March 20, 2011, in order to work in another state and district.

3.      Assistant United States Attorney Christopher D. Poole, also assigned to the above-referenced case, was going to review and prepare the response to the defendant's motion while Steven S. Neff was working out of town. However, Assistant United States Attorney Christopher D. Poole had to respond to urgent situations in several law enforcement matters during the week and then had to travel out of town.

4.     Due to the above-referenced events, there has not been ample time to review, research, and respond to the Defendant's Motion (which is a total of 23 pages along with three separately filed supplements).

THEREFORE, the United States respectfully requests an additional (7) day extension of up to and including April 1, 2011 to file a response.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

*s/ Steven S,. Neff*
STEVEN S. NEFF
Assistant U. S. Attorney

*s/ Christopher D. Poole*
CHRISTOPHER D. POOLE
Assistant U. S. Attorney
1110 Market Street, STE 30l
Chattanooga, TN 37402
(423) 752-5140

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2011, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

*s/ Steven S. Neff*
STEVEN S. NEFF
Assistant U. S. Attorney