UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
      Case No. 1:04-cr-160-1
v. )
)
      Judge Collier/Steger
REJON TAYLOR )

## ORDER APPOINTING COUNSEL

Defendant's counsel, Leslie Cory, has filed a Motion for Appointment of New Counsel

for Purposes of Pursuing Relief Under 18 USC § 2255.   For grounds, Attorney Cory relies upon

18 U.S.C. § 3599 (a)(2), which provides:

> In any post-conviction proceeding under section 2254 or 2255 of title 28, United
> States Code, seeking to vacate or set aside a death sentence, any defendant who is
> or becomes financially unable to obtain adequate representation or investigative,
> expert, or other reasonably necessary services shall be entitled to the appointment
> of one or more attorneys and the furnishing of such other services in accordance
> with subsections (b) through (f).

Defendant requests that the appointment of new counsel be made effective if and when

the United States Supreme Court denies Defendant's pending writ of *certiorari*.   Defendant has

specifically requested the appointment of Gene Shiles, a private attorney in Chattanooga who is

an active member of the Criminal Justice Advisory Panel, and Henry A. Martin, the Federal

Public Defender for the Middle District of Tennessee, with the understanding that Attorney

Martin would assign the case to a team of lawyers in his office's capital habeas unit.   Attorneys

Shiles and Martin have indicated a willingness to accept this assignment.   Elizabeth Ford, the

Federal Community Defender for Federal Defender Services of Eastern Tennessee, Inc., has

been consulted and she recommends that Attorneys Shiles and Martin be appointed to represent

Defendant with respect to any post-conviction proceeding under 28 USC §§ 2254 or 2255.

The undersigned contacted AUSA Steve Neff to determine whether his office had any

objection to the relief requested by Defendant.   AUSA Neff conferred with the appellate chief

1

in his office and responded that the United States Attorney for the Eastern District of Tennessee had no objection to Defendant's motion.

Whereupon, the undersigned makes the following findings:

1. Defendant is an indigent federal prisoner subject to the death penalty. His petition for writ of *certiorari* is currently pending before the United States Supreme Court. If the petition is denied, Defendant will have one year in which to file a motion for relief under 28 U.S.C. §§ 2254 and 2255.

2. Pursuant to 18 U.S.C. § 3599(a)(2), Defendant, as an indigent federal prisoner facing the death penalty, is entitled to the assistance of qualified counsel to investigate and prepare a motion for relief under 28 U.S.C. §§ 2254 and 2255.

3. Defendant's current counsel, Barry Fisher and Leslie Cory, were appointed for purposes of Defendant's direct appeal but cannot represent Defendant in post-conviction proceedings. They have filed the instant motion to assure that Defendant's post-conviction counsel have adequate time to investigate and prepare his §§ 2254 and/or 2255 motion.

4. The complexity of this case merits the appointment of two attorneys. Henry A. Martin has been the Federal Public Defender for the Middle District of Tennessee for 32 years. The Chief Judge of the Middle District of Tennessee has no objection to Mr. Martin serving as Defendant's counsel in this matter. Mr. Martin employs a staff of attorneys who specialize in assisting capital post-conviction prisoners. Appointment of Mr. Martin and his team will help contain the costs associated with capital § 2255 litigation, while assuring that Defendant has experienced and qualified post-conviction counsel.

2

5. Gene Shiles has practiced in the Eastern District of Tennessee for many years and enjoys a very good reputation with the Court. In his capacity as a CJA attorney, he has extensive experience in federal criminal law. Mr. Shiles has previously worked on a capital habeas petition in this Division.

For the foregoing reasons, Defendant's motion [Doc. 966] is **GRANTED**, and it is **ORDERED** that Attorney Gene Shiles and Attorney Henry A. Martin are hereby appointed, effective immediately upon such date as the United States Supreme Court denies Defendant's pending writ of *certiorari*, to represent Defendant in pursuing any and all available post-conviction remedies, including, without limitation, the investigation, preparation, and prosecution of motions for post-conviction relief pursuant to 28 U.S.C. §§ 2254 and 2255.

**SO ORDERED.**

s/*Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

3