# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

May 14, 2018

```
┌─────────────────────────────┐
│           FILED             │
│        May 14, 2018         │
│   DEBORAH S. HUNT, Clerk    │
└─────────────────────────────┘
```

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Rejon Taylor
v. United States
No. 16-6392
(Your No. 09-5517)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk