**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|   |   |   |
|---|---|---|
| Deborah S. Hunt | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|   | CINCINNATI, OHIO 45202-3988 |   |

Filed: May 14, 2018

Mr. John L. Medearis
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

Re: Case No. 09-5517, *USA v. Rejon Taylor*
Originating Case No. : 1:04-CR-160-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Cathryn Lovely
Direct Dial No. 513-564-7039

cc: Mr. Gershon B. Cohen
Ms. Leslie A. Cory
Mr. Barry Joseph Fisher
Mr. Steven S. Neff
Mr. Christopher D. Poole
Ms. S. Adele Shank

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 09-5517

_____

Filed: May 14, 2018

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

REJON TAYLOR

      Defendant - Appellant

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 02/11/2016 the mandate for this case hereby issues today.

COSTS:  None