IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

UNITED STATES OF AMERICA,   )
           Plaintiff,   )
                      )
v.                        )       Case Number 1:04-CR-160-1
                      )       U. S. District Judge Curtis L. Collier
REJON TAYLOR,         )
           Defendant.   )

## NOTICE OF APPEARANCE

On July 21, 2017, this Court appointed Henry A. Martin, Federal Public
Defender for the Middle District of Tennessee, as counsel in the above-captioned
case with the understanding that Mr. Martin would assign a team of experienced
capital habeas litigators to the case. Doc. 969. Mr. Martin assigned the matter to
the supervisor of his capital habeas unit, Ms. Kelley Henry. Thereafter, Ms. Henry
assigned attorneys Amy Harwell and Alexis Hoag to work with her on the case.
Since that time, Ms. Hoag has left the federal public defender's office to join the
NAACP Legal Defense Fund. Ms. Hoag continues to work with the federal public
defender's office pro bono and pursuant to a contract between the two entities for
purposes of representing Mr. Taylor.

Accordingly, Kelley J. Henry, Amy D. Harwell, and Alexis Hoag hereby enter
their appearance as counsel of record for Rejon Taylor.

Dated: November 19, 2018.

RESPECTFULLY SUBMITTED,


/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org


/s/ Alexis Hoag
Alexis Hoag, BPR #028712
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org


*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

Counsel hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Kelley J. Henry
Supervisory Asst. Federal Public Defender
Capital Habeas Unit

3