# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

UNITED STATES OF AMERICA )
                                        )      Case No. 1:04-cr-160-1
vs. )
                                        )      Judge Curtis L. Collier
REJON TAYLOR )

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT REJON TAYLOR

By order of July 21, 2018, undersigned counsel was appointed to represent defendant, Rejon Taylor. See, Order, R. 969, Page ID# 10,207. Since the entry of said order, undersigned counsel has recognized actual and/or potential conflicts of interests of a material nature that might arise during the course of this important litigation. As a consequence, he respectfully requests that he be relieved of further representation of the defendant. Undersigned further notes that defendant is already being represented by Kelly J. Henry, Amy D. Harwell, and Alexis Hoag at this time, and therefore he does not seek a substitution of counsel. See, Notice, R. 974, Page ID#10,217.

Respectfully submitted,

SPEARS, MOORE, REBMAN & WILLIAMS, P.C.

By: s/C. Eugene Shiles, Jr.
     C. Eugene Shiles, Jr. (BPR 011678)
     Attorneys for Defendant
     601 Market Street, Suite 400 (37402)
     P. O. Box 1749
     Chattanooga, Tennessee 37401-1749
     Telephone #: (423) 756-7000

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 28, 2018, a copy of
the foregoing pleading was filed electronically.
Notice of this filing will be sent by operation of
the Court's electronic filing system to all parties
indicated on the electronic receipt. All other parties
will be served by regular U.S. Mail. Parties may access
this filing through the Court's electronic filing system.

<u>s/C. Eugene Shiles, Jr.</u>
C. Eugene Shiles, Jr.
TN BPR# 011678
Spears, Moore, Rebman & Williams, P.C.
601 Market Street, Suite 400
P. O. Box 1749
Chattanooga, TN 37401-1749
Telephone: 423/756-7000