UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA          )
                                  )  Case No. 1:04-CR-160
v.                                )
                                  )  Judge Curtis L. Collier
REJON TAYLOR                      )

**O R D E R**

Before the Court are two *ex parte*, sealed motions by Defendant Rejon Taylor, with accompanying sealed documents. (Docs. 975, 976.) For the reasons set out in the accompanying sealed Memorandum, the incorrectly filed motions (Docs. 975, 976) are **DENIED** as currently filed and the Clerk shall **TERMINATE** the motions without prejudice to proper refiling. If Defendant wishes this Court to consider the relief he requests, he shall **REFILE** the motions and proposed sealed documents in the manner required by Eastern District of Tennessee Local Rule 26.2(b) and Rule 12.2 of the Electronic Case Filing Rules and Procedures. Once any such documents are refiled, the Clerk **SHALL FILE** Defendant's proposed sealed documents **UNDER SEAL** and they shall remain sealed until further order of the Court. In addition, Defendant is **ORDERED** to address in any refiled documents the additional issues the Court identified in its sealed Memorandum.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**