UNITED STATES OF AMERICA )
      Plaintiff, )
  )
v. )     Case Number 1:04-CR-160-1
  )     U. S. District Judge Curtis L. Collier
REJON TAYLOR )
      Defendant. )

## MOTION FOR LEAVE TO FILE EX PARTE AND UNDER SEAL

Rejon Taylor, by counsel, moves this Honorable Court for leave to file a pleading *ex parte* and under seal. In support of this motion, counsel state the following:

1.     Local Rule 26.2 requires a party seeking to file a motion *ex parte* and under seal to first seek leave of court and further provides, "documents that are the subject of a motion to seal may be temporarily placed in the court record under seal pending a ruling on the motion." E.D. Tenn. L.R. 26.2(b).

2.     Movant seeks leave to file a pleading related to matters under the Criminal Justice Act. This courts local CJA plan permits the *ex parte* under seal filing of the pleading at issue. See Criminal Justice Act Plan for the Eastern District of Tennessee, p. 22. The pleading addresses privileged matters that are to be handled *ex parte* and *in camera*. Therefore, the accused respectfully requests that this Honorable Court permit the filing of this pleading *ex parte* and under seal.

WHEREFORE, based on the foregoing, Movant respectfully requests that this Honorable Court grant this motion.

Dated: January 09, 2019

RESPECTFULLY SUBMITTED,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org


/s/ Alexis Hoag
Alexis Hoag, BPR #028712
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org


*Counsel for Defendant*

<u>CERTIFICATE OF SERVICE</u>

Counsel hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

<u>/s/ Kelley J. Henry</u>
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org