IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 1:04-CR-160-1 |
| | ) | U. S. District Judge Curtis L. Collier |
| REJON TAYLOR, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL AND *EX PARTE*

Defendant, REJON TAYLOR, by and through undersigned counsel, respectfully submit this motion for leave to file documents under seal and *ex parte* pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and Local Rule 26.2.

As more fully explained in the proposed motions and memoranda in support, Mr. Taylor, by and through counsel, respectfully submits that the documents are appropriately filed *ex parte* and under seal to protect Mr. Taylor from premature disclosure of his legal strategy or theory and/or privileged information. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 308 (6th Cir. 2016) (recognizing information covered by attorney-client privilege is enough to overcome presumption of access) (quoting *Baxter Intern., Inc. v. Abbott Labs.*, 297 F.3d 544, 546 (7th Cir. 2002)); *Card-monroe Corp. v. Tuftco Corp.,* 2016 WL 7647918, at *2 (E.D. Tenn. Mar. 9, 2016) (stating that defendant's right to fair trial outweighs right to public access); *see also In re Boston Herald, Inc.*, 321 F.3d 174, 179 (1st Cir. 2003) (recognizing need for certain determinations to be made *ex parte* to prevent

disclosure of defense strategy to prosecution); *U.S. v. Sampson*, 82 F. Supp. 3d 502, 517 (D. Mass. 2014) (noting that requests for certain services are appropriately filed *ex parte* and under seal to protect the confidentiality of defense strategy in § 2255 proceedings).

WHEREFORE, Mr. Taylor respectfully moves this Honorable Court to grant him leave to file the documents *ex parte* and under seal.

Dated: February 6, 2019

RESPECTFULLY SUBMITTED,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis Hoag
Alexis Hoag, BPR #028712
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

Counsel hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ Kelley J. Henry
Supervisory Asst. Federal Public Defender
Capital Habeas Unit

3