UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
 ) Case No. 1:04-CR-160
v. )
 ) Judge Curtis L. Collier
REJON TAYLOR )

**O R D E R**

Before the Court are three *ex parte*, sealed motions by Defendant Rejon Taylor.  (Docs. 990, 991, 992.)  For the reasons set out in the accompanying *ex parte*, sealed Memorandum, the motions (Docs. 990, 991, 992) are **GRANTED IN PART**.  The Court will enter a separate, *ex parte*, sealed Order granting the substantive relief sought in each of the three respective motions.

The motions (Docs. 990, 991, 992) are **DENIED IN PART** to the extent they seek permanent sealing of the documents in question.  All documents related to the motions will remain under seal for **ONE YEAR** from the date of entry of this Order.  If Defendant believes any of the documents should remain under seal after that date, he may file a motion no later than **thirty days** before the seal expires.  Any such motion shall state the reasons Defendant believes continued sealing is required and specify the additional length of time he believes the documents should remain under seal.

SO ORDERED.

ENTER:

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**