UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:04-CR-160 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| REJON TAYLOR | ) |

## **M E M O R A N D U M**

### ***EX PARTE* AND UNDER SEAL**

Before the Court are three *ex parte*, sealed motions by Defendant Rejon Taylor. (Docs. 990, 991, 992.) Each motion is supported by a memorandum and seeks the issuance of *ex parte*, sealed orders requiring the Bureau of Prisons facility in which he is housed: (1) to allow visits by a neuropsychiatrist, a clinical social worker, and a neuropsychologist to evaluate Defendant in person, and to bring certain professional tools to such visits; (2) to remove Defendant's restraints for physical examinations as needed during these visits; and (3) not to reveal any information related to the evaluations or visits to anyone not directly involved in arranging the visit, and in particular not to reveal any information to the Department of Justice or the United States Attorney's Office. Defendant states that the evaluations he seeks are needed to develop his anticipated claim for collateral relief under 28 U.S.C. § 2255.

Defendant filed an *ex parte*, sealed supplement to his motions on February 7, 2019, stating that his counsel has been authorized by counsel for the Bureau of Prisons and the facility where Defendant is currently housed, the United States Penitentiary-Terre Haute, to state that neither the Bureau of Prisons nor the facility itself objects to Defendant's motions. (Doc. 996.)

For good cause shown in Defendant's memorandums and supplement, and under the additional authority of *McFarland v. Scott*, 512 U.S. 849 (1994), the Court will **GRANT** the motions (Docs. 990, 991, 992) **IN PART**. The Court will enter a separate, *ex parte*, sealed Order granting the substantive relief sought in each of the three respective motions. The motions will be **DENIED IN PART** to the extent they seek permanent sealing of the documents in question. The Court will order that the documents remain under seal for **ONE YEAR** from the date of its entry.

        **AN APPROPRIATE ORDER WILL ENTER.**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2