IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

UNITED STATES OF AMERICA ) 
          Plaintiff, )
  )
v. )    Case Number 1:04-CR-160-1
  )    U. S. District Judge Curtis L. Collier
REJON TAYLOR )
          Defendant. )

## DEFENDANT'S MOTION FOR CONTACT VISIT FOR NEUROLOGICAL EVALUATION
## FILED *EX PARTE* AND UNDER SEAL

Defendant, REJON TAYLOR, by and through undersigned counsel, respectfully submits this *ex parte*, sealed motion for an order permitting Mr. Taylor to have a contact visit with Siddhartha Nadkarni, M.D. at the United States Penitentiary in Terre Haute ("USP Terre Haute") where he is currently confined so that Dr. Nadkarni can perform a neurological evaluation of Mr. Taylor. In support of this motion, Mr. Taylor respectfully submits that the USP Terre Haute requires a court order for defense expert evaluations. Further, the counselor in charge of scheduling such visits has informed counsel that he will reserve dates in April for this evaluation, but asks that we forward the appropriate order as soon as possible as he is leaving on vacation in two weeks.

Mr. Taylor's undersigned counsel has determined, based on investigation, personal observation, and review of records, that the assistance of a neurologist is necessary to identify relevant evidence in support of his motion for relief pursuant to 28 U.S.C. § 2255. In addition, Mr. Taylor respectfully moves the Court to order

the personnel at USP Terre Haute involved in arranging Dr. Nadkarni's visit to keep Dr. Nadkarni's identity and the circumstances of his visit confidential.

Mr. Taylor must file his application for relief from his conviction and death sentence, pursuant to 28 U.S.C. § 2255, on or before May 14, 2019. *See Taylor v. United States*, 138 S. Ct. 1975 (2018) (denying petition for writ of *certiorari*, reh'g denied, 138 S. Ct. 2646 (2018)); *see also* 28 U.S.C. § 2255 (f)(1) (imposing a one-year statute of limitations from the date on which the judgment of conviction becomes final). The United States Supreme Court opinion in *McFarland v. Scott*, 512 U.S. 849 (1994), gives this Court the authority to enter such orders as are necessary for the investigation and preparation of Mr. Taylor's motion for collateral relief. Given the upcoming filing deadline, the need to work with the expert's schedule and coordinate out-of-state travel, the time required for the evaluation and consultation with the defense, undersigned counsel respectfully requests the Court to expediate its ruling. The reasons for these requests are more fully explained in the separately filed memorandum in support.

WHEREFORE, Mr. Taylor respectfully requests that the Court grant a sealed, *ex parte* order permitting counsel to schedule a contact visit with Dr. Nadkarni at USP Terre Haute, enabling Dr. Nadkarni to conduct a neurological evaluation. Consistent with similar Orders entered by this Court, Mr. Taylor requests that Order to remain sealed for one year. If after 11 months from the date of the Order, Mr. Taylor believes that the Order should continue to be sealed he will file the appropriate motion with the Court.

2

Mr. Taylor also requests the Court to allow Dr. Nadkarni to bring a laptop computer, paperwork, testing booklets and cards, and writing utensils with him to the visit, and to instruct USP Terre Haute personnel to remove Mr. Taylor's restraints when the evaluation necessitates Mr. Taylor to move unencumbered. Mr. Taylor further moves the Court to order the personnel at USP Terre Haute involved in arranging Dr. Nadkarni's visit to keep confidential all circumstances related to Dr. Nadkarni's evaluation of Mr. Taylor.

Dated: March 6, 2019

RESPECTFULLY SUBMITTED,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis Hoag
Alexis Hoag, BPR #028712
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200

3

Fax: (212) 226-7592
ahoag@naacpldf.org

*Counsel for Defendant*