**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:04-CR-160-1** |
| | ) | Judge Curtis L. Collier |
| **REJON TAYLOR** | ) | |

## ENTRY OF APPEARANCE

COMES NOW, Amy Harwell, Assistant Federal Public Defender, and hereby enters her

appearance as co-counsel for Rejon Taylor.

Respectfully submitted this 8th day of March 2019.

> /s/  Amy D. Harwell
> Amy D. Harwell
> Asst. Federal Public Defender
> Capital Habeas Unit
> Office of the Federal Public Defender
> Middle District of Tennessee
> Capital Habeas Unit
> 810 Broadway, Suite 200
> Nashville, Tennessee 37203
> (615) 736 5047

## CERTIFICATE OF SERVICE

Counsel hereby certifies that a copy of the foregoing was filed electronically on the 8th day of March, 2019. Notice of this filing will be sent by operation of the Court's filing system to all parties indicated on the electronic filing report.

> /s/  Amy D. Harwell
> Amy D. Harwell