UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)  Case No. 1:04-CR-160
v. )
)  Judge Curtis L. Collier
REJON TAYLOR )

## **O R D E R**

Before the Court are three *ex parte*, sealed motions by Defendant Rejon Taylor.  (Docs. 1003, 1005, 1007.)  Each motion is supported by an *ex parte*, sealed memorandum.  (Docs. 1011, 1012, 1013.)  For good cause shown, the motions (Docs. 1003, 1005, 1007) are **GRANTED**.  The Court will enter a separate, *ex parte*, sealed Order granting the substantive relief sought in each of the three respective motions.

As requested by Defendant, all documents related to the motions will remain under seal for **ONE YEAR** from the date of entry of this Order.  If Defendant believes any of the documents should remain under seal after that date, he may file a motion no later than **thirty days** before the seal expires.  Any such motion shall state the reasons Defendant believes continued sealing is required and specify the additional length of time he believes the documents should remain under seal.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**