IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

UNITED STATES OF AMERICA )
)     Case Number 1:04-CR-160-1
v. )
)     U. S. District Judge Curtis L. Collier
REJON TAYLOR )

**O R D E R**
**FILED *EX PARTE* AND UNDER SEAL**

Counsel, on behalf of Defendant REJON TAYLOR, have moved for Ms. Jan Vogelsang, a licensed independent social worker, to have a contact visit with Mr. Taylor for the purposes of evaluating him in connection with the development of claims for his motion for relief pursuant to 28 U.S.C. § 2255. After due consideration, the motion (Doc. 1007) is **GRANTED**.

It is **ORDERED** that this order and Defendant's motion be kept under seal and *ex parte* and that the United States Penitentiary in Terre Haute ("USP Terre Haute"), Indiana grant Ms. Vogelsang a contact visit with Mr. Taylor for the purposes of this mental health evaluation at a mutually convenient time.

It is further **ORDERED** that Ms. Vogelsang be allowed, for the sole purpose of conducting his evaluation of Mr. Taylor, to take into the visiting area at USP Terre Haute a laptop computer, paperwork, testing booklets and cards, and writing utensils, and that USP Terre Haute personnel remove Mr. Taylor's restraints when the evaluation necessitates Mr. Taylor to move unencumbered.

It is further **ORDERED** that the facts and circumstances of Ms. Vogelsang's visit with Mr. Taylor at USP Terre Haute remain confidential and that authorities at USP Terre Haute directly involved in arranging for Ms. Vogelsang's evaluation of Mr. Taylor not disclose any information pertaining to Ms. Vogelsang's visit to other officials at the Federal Bureau of Prisons, the United

States Department of Justice, the United States Attorney's Office, or anyone else not directly involved in arranging the visit.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

Case 1:04-cr-00160-CLC-CHS    Document 1019    Filed 03/08/19    Page 2 of 2
PageID #: 10410