# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:04-cr-160-1 |
| v. | ) | U.S. District Judge Curtis L. Collier |
| | ) | |
| | ) | |
| REJON TAYLOR, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO CONTACT JURORS

Rejon Taylor respectfully submits this motion requesting that this Court grant leave, pursuant to the Fifth, Sixth, Eighth, and Fourteenth Amendments to the United States Constitution; 28 U.S.C. § 2255; and Local Rule 48.1 of the Local Rules of the United States District Court for the Eastern District of Tennessee, to allow Mr. Taylor's counsel or their agents to contact the jurors and alternate jurors who served during the death penalty trial in this case. Contact is necessary to allow counsel to fully investigate, develop, and present all claims for relief in Mr. Taylor's motion filed pursuant to 28 U.S.C. § 2255, including claims that bias and misconduct infected the jury in violation of Mr. Taylor's Fifth, Sixth, Eighth, and Fourteenth Amendment rights. The reasons for this request are fully explained in the simultaneously filed memorandum in support.

1

## CONCLUSION

For the foregoing reasons, this Court should grant leave to permit counsel for

Rejon Taylor to contact the jurors and alternate jurors who served during the

capital trial in Mr. Taylor's case.

Dated: March 25, 2019

<div style="margin-left: 40%;">

Respectfully Submitted,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
kelley_henry@fd.org

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org

*Counsel for Movant*

</div>

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of March 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel record.

<u>/s/ Kelley J. Henry</u>
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender for the
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org

3