UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:04-CR-160 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| REJON TAYLOR | ) | |

## **O R D E R**

On March 25, 2019, Defendant, Rejon Taylor, filed a motion seeking leave to contact jurors

under the Fifth, Sixth, Eighth, and Fourteenth Amendments to the U.S. Constitution, 28 U.S.C.

§ 2255, and Local Rule 48.1 of the Local Rules of the United States District Court for the Eastern

District of Tennessee.  (Doc. 1022.)  The United States shall **FILE** a response to the motion on or

before **April 1, 2019**.


**SO ORDERED.**

**ENTER:**


**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**