# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | **1:04-cr-160** |
| v. | ) | |
| | ) | **Judge Collier/Steger** |
| | ) | |
| REJON TAYLOR | ) | |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION SEEKING LEAVE TO CONTACT JURORS

Comes now the United States of America by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and Steven S. Neff and Christopher D. Poole, Assistant United States Attorneys, and moves the Court for a one-week extension of time within which to respond to defendant's motion seeking leave to contact jurors. (R. 1022, Motion.) In support of its motion, the United States would show the following:

On March 25, 2019, the defendant filed a motion and 23-page memorandum seeking leave to contact the jurors in this case. (R. 1022, Motion; R. 1023, Memorandum.) On March 28, 2019, the Court ordered the United States to respond to the motion on or before April 1, 2019. (R. 1024, Order.)

The relief sought by the defendant is highly unusual and involves a complex analysis of the effects of a recent Supreme Court decision— *Peña–Rodriguez v. Colorado*, ___ U.S. ___, 127 S.Ct. 855 (2018)--concerning the effects of Fed. R. Crim. P. 606(b) on the defendant's Fifth, Sixth, Eighth, and Fourteenth Amendment rights. AUSA Neff, has been out of the office two and a half days this week in meetings, and is scheduled to be in additional meetings today and tomorrow, leaving little if any time to dedicate to researching this issue and crafting a response.

Further, AUSA Poole has been out of the office for over a week, and just returned on Tuesday, March 26, 2019, and has been consumed with a variety of case-related and investigative matters and court appearances.

Accordingly, the United States respectfully requests a one-week extension, up to and including April 15, 2019, within which to file the government's response in the above-styled case.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: s/ Steven S. Neff
Steven S. Neff
Assistant U.S. Attorney

By: s/ Christopher D. Poole
Christopher D. Poole
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2019, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/ Steven S. Neff
Steven S. Neff
Assistant U.S. Attorney
1110 Market Street, STE 515
Chattanooga, TN 37402
(423) 752-5140

2