UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:04-CR-160 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| REJON TAYLOR | ) |

## **O R D E R**

On March 25, 2019, Defendant, Rejon Taylor, filed a motion seeking leave to contact jurors under the Fifth, Sixth, Eighth, and Fourteenth Amendments to the U.S. Constitution, 28 U.S.C. § 2255, and Local Rule 48.1 of the Local Rules of the United States District Court for the Eastern District of Tennessee. (Doc. 1022.) Defendant filed a twenty-one-page memorandum in support. (Doc. 1023.) The response of the United States (the "Government") would have been due on April 8, 2019. E.D. Tenn. L.R. 7.1(a). On March 28, 2019, cognizant that Defendant's conviction became final on May 14, 2018 and of the one-year statute of limitations that would govern any motion Defendant may wish to file pursuant to 28 U.S.C. § 2255, the Court ordered the Government to respond on or before April 1, 2019. (Doc. 1024.)

Now before the Court is a motion by the Government to extend its response date by seven days, which would place the deadline on April 8, 2019. (Doc. 1025 at 1.) The Government elsewhere asks for an extension of fourteen days, to April 15, 2019. (*Id.* at 2.) The Government represents that one of its attorneys will have been in meetings all but half a day this week, and the other returned to the office on March 26, 2019, after a week's absence, and has been consumed with other matters. The Government characterizes Defendant's motion as requiring a complex

analysis of the effects of *Pena-Rodriguez v. Colorado*, 127 S. Ct. 855 (2018), on Defendant's Fifth, Sixth, Eighth, and Fourteenth Amendment rights.

In light of the Government's representations, but cognizant of Defendant's deadline to file his motion, the Court **GRANTS** the Government's motion (Doc. 1025) **IN PART**. The Government shall **FILE** a response to Defendant's motion (Doc. 1022) on or before **April 8, 2019**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2