[Letterhead]

[Date]

[Juror Name]
[Juror Address]

Re:     *United States v. Rejon Taylor*, Case No. 1:04-cr-160 in the Eastern District of Tennessee

Dear [Juror Name]:

On behalf of the Court, I first wish to thank you for your service as a juror or alternate juror in this matter.

As Judge Collier informed you at the time of the trial, the parties and their attorneys are not allowed to contact you without his permission.  He has recently received such a request, and he has decided there is good cause to allow the attorneys to make contact with you.  This contact is completely voluntary on your part.  It would take place in a courtroom, with Judge Collier presiding.  The attorneys for both sides would be allowed to ask you questions about the trial. Only one juror or alternate juror would be in the courtroom at a time.  Potential dates are April 29, April 30, May 6, and May 7, 2019.  If none of those dates are convenient for you, we can arrange for alternate dates.

If you are willing to speak with counsel, please contact Deputy Clerk Allison Laster at 423-752-5200, and she will coordinate further arrangements.

Yours truly,

Russell Eslinger
Chattanooga Division Manager
Office of the Clerk of Court