# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )
                              )          Case No. 1:04-cr-160-1
v.                            )          U.S. District Judge Curtis L. Collier
                              )
                              )
REJON TAYLOR,                 )
                              )
            Defendant.        )

## DEFENDANT'S STATEMENT PERTAINING TO JUROR CONTACT

On April 11, 2019, the Court granted Rejon Taylor's motion to contact the seated jurors and alternates, finding that Taylor had established good cause. (Doc. 1029). In its order, the Court outlined procedures it intends to follow in permitting this discovery and permitted any party to file objections. Mr. Taylor timely filed objections to the Court's terms of contact, (Doc. 1030), which the Court overruled. (Doc. 1031).

In light of the Court's order, Rejon Taylor, by and through undersigned counsel, hereby notifies the Court that he wishes to proceed on the terms this Court has outlined in the order granting contact. *See* (Doc. 1029).

Dated: April 16, 2019

                    Respectfully Submitted,

                    /s/ Kelley J. Henry
                    Kelley J. Henry, BPR # 021113
                    Supervisory Assistant Federal Public
                    Defender, Capital Habeas Unit

1

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit
Office of the Federal Public Defender for
the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org

/s/ Alexis J. Hoag
Alexis J. Hoag, BPR #028712
Senior Counsel
NAACP Legal Defense and
 Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org

*Counsel for Movant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2019, I electronically filed the

foregoing with the Clerk of the Court using the ECF system, which sent

notification of such filing to all counsel of record.

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org

3