UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

United States

        Plaintiff,

v.                                          Case No. 1:04-cr-00160-CLC-C|

Taylor et al

        Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for **Rejon Taylor** ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☐ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  New York

☐ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☑ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/10/2019

_____
(Signature–hand signed)

Name: Patricia N. Okonta

Firm: NAACP Legal Defense and Educational Fund
Address:

  40 Rector St, 5th Floor New York, NY 10006

Email address: pokonta@naacpldf.org

**Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.**