Exhibit 12

## DECLARATION OF EDWARD JOSEPH GATLIN

I, Edward Joseph Gatlin, declare as follows:

1.    I am Rejon Taylor's first cousin. Rejon's mother, Reba Taylor, is my father, Joseph Gatlin's younger sister. Everyone calls me "EJ." I was born in January 7, 1982, I am a couple years older than Rejon and a few months younger than his brother John Taylor. We all called John "John Boy" to distinguish him from his father, also named Johnny.

2.    John Boy, Rejon, and I grew up together. They were like my brothers. From about age three to age 12, I spent summers and the early fall at Granny Anna Belle Benton's house on Rollingwood Lane in Gresham Park, Atlanta. My Grandma Eva, my Aunt Reba, and my cousins, Rejon and John Boy also lived there. The boys shared the room right next to Granny's room. We played outside during the day, trying to stay out of Granny and Grandma's way so they could watch their stories and the Price is Right on television. Granny Anna Belle did not play. If we made too much noise in the house, she would give us a warning, sometimes two, and then she would threaten to get the switch. Most of the time that was enough to get us quiet, but if she needed to, she would whoop us with the switch. That was new for me. My mother, Felicia did not discipline me with a switch.  Aunt Reba was hardly home when I was there. She was constantly working multiple jobs. If anything, I would see her sleeping briefly in between jobs.

3.    Unlike a lot of other kids, I never went to daycare. I was my mother's only child. She kept a close watch over me or arranged for a relative to temporarily watch me. When I was about 4-years-old and starting school, it was just Rejon and me in the house with Grandma and Granny. My mother enrolled me in private school, Cathedral Academy on Flat Shoals. She dropped me off at the Rollingwood house each day before she went to work. Private school started in September, about a month after public schools started. John went to public school, so he would already

EG

be in class, and for a couple of years Rejon was too young for school. That's how Rejon and I ended up spending even more time together. It was great.

4. Rejon was a quiet, caring child. He reminded me of his mother. When John Boy and I would get in fights with neighborhood boys or throw rocks at cars passing through the neighborhood, Rejon would hang back inside the house. He was not a risk taker. As a kid, John Boy could not sit still, he was high energy and active, always getting into something, and causing disruptions. On the other hand, Rejon was quiet. He wouldn't hurt a fly. He was a good kid. The women in the family cooed when he walked into a room. They would ask him to do things for them and he would do it without complaint. Rejon spent time by himself playing with a computer or with our Granny. As an adult, I wonder what was going on with Rejon as a child that made him so quiet. I wonder if he had pain or darkness that he was hiding.

5. When I was around seven-years-old, my parents moved into a bigger house in Decatur, Georgia. Rejon and John Boy started coming over even more to spend weekends at my house. Their father was incarcerated at the time. They did not have a Black male role model in their home. They did not have someone who they could look to as an example. They needed to see a Black man go to work and provide for the family. I had that in my father. My father tried to be that figure for them, but he could only do so much. My mother encouraged it because she knew they did not have a father or male role model at home. In reference to John and Rejon, she would tell my father: include those boys in what you're doing! Go get them boys! But the boys needed *their* father. At my house, we spent time outside, played basketball, and played videogames. We also talked trash on each other. John Boy was good at that, he had a lot of personality. I was more laidback. Rejon was the quiet one. They attended every one of my childhood birthday parties that my parents threw for me. Those were the best times.

EG

6. My Granny Anna Belle Benton was a strong independent woman from Covington, Georgia. Covington was country, they used outhouses. Granny's country upbringing came out in the way she disciplined us and in her strong spirit. She moved to Peoplestown, a Black neighborhood in Atlanta, with my Grandma Eva Williams, my father Joseph, and his siblings: Reba, Tonya, and Stanley. Both my Granny and Grandma worked to support my father and his siblings, as well as other family members who lived with them. They helped raise two sets of siblings, Grandma Eva's nieces and nephews, Pearl, Pat, and Peggy, and Billy and Yvonne Smith. On the side, Granny bootlegged liquor to make extra money to support the family.

7. My father and his siblings had a hard childhood. They grew up raising themselves because their mother and grandmother were working all the time and helping to support extra children. By the time my father was 11 or 12-years-old, he was roaming the streets without supervision doing whatever he wanted. There were people abusing drugs in their neighborhood and violence. My father knew Johnny Taylor, John Boy and Rejon's father, from when they were kids. My father told me that Johnny got locked up for murder when Johnny was a teenager. Of his siblings, my father had the closest relationship to Reba. She was the smart one. My father did not care much for Tonya, they fought verbally, even as adults. Stanley was funny acting.

8. My father and his siblings are all half siblings with the same mother, my Grandma Eva, but different fathers. They all have the last name Gatlin even though that was not my Grandma Eva's name. Gatlin was the last name of a man that Granny Anna Belle was married to, Howard Gatlin. My last name should be Williams after Granma Eva, or Adams, after Robert Adams, my father's father. But Robert Adams was never around, nor were the fathers of any of my dad's siblings.

EG

My father did not have access to Black men doing good. His childhood was not conducive to forming a strong sense of self as a Black man. I remind myself of that when I think about his shortcomings. He did not have the opportunity to learn how to be a man from a man. Both my father and Aunt Reba had babies when they were teenagers. My father did not take responsibility for his first child, Wanda, who I only learned about when I was a teenager. My father joined the Navy right out of high school. It saved him because it got him out of the house and out of the neighborhood.

9.     My father and his siblings were raised in segregated Atlanta. The neighborhood he lived in, Peoplestown, and the schools he attended were all-Black and poor. My father told me about his mistreatment at the hands of law enforcement in the early 1970s. I know about the ugly side of America. What's happening today with Black people and law enforcement is nothing new; what's new is people recording the encounters with their phones.

10.     In the early 1970s, my Granny and Grandma Eva bought the house on Rollingwood Lane. At the time, Gresham Park was a white neighborhood, but it did not stay that way. The house is still in the family today; Tameka and her husband live there. My father was no longer living with his mom when they got the house, but Reba, her baby Tameka, and the rest of the family moved in. Grandma Eva or Great Grandma Anna Belle wanted a house near the bus stop, and the one they picked had a bus stop in the front lawn. She never drove but had to get herself to work and around town. Grandma Eva would get on the bus and did not tell anybody where she was going.

11.     Over the years, Grandma Eva allowed extended family to live with them at the house on Rollingwood, and later Reba did too. It was similar to the way they ran the house in Peoplestown. My Aunt Tonya and her three daughters lived there

for a bit. Katrina Williams, my Grandma Eva's cousin stayed there off and on. It seemed like someone extra was always around the house.

12. My father's treatment of people he was supposed to be close to destroyed many of his relationships and friendships. He likes to project a perfect image of himself, but no one's life is perfect, including his. He would tell untruths to put himself in the best light possible, even if it ended up hurting someone else. I think it's a defensive thing. I know he has darkness from his childhood and the way he was raised. It's likely undiagnosed mental illness. While I was growing up, he self-medicated with alcohol and marijuana. He would talk down to my mother in front of other people. She took this kind of treatment from my father for a long time. He did the same thing to me. He wrecked my self-esteem and my mother's. My father would speak bad about me to my friends when I was a kid. It was strange; I did not understand his need to cut me down to my peers.

13. My father has hurt people emotionally and strained relationships because he has not dealt with his own issues. He has been married three times, possibly four, and has three children with three different women. The child he had as a teenager was named Wanda. I did not even know about Wanda until I was a teenager, she's about ten years older than me. I came home and she was at the house. My father claimed that when Wanda was a baby, her mother left with her and that he never saw her. Later, my mother and I found out that my father had been dishonest, and that Wanda grew up nearby us in Decatur, attending Columbia High School in Decatur.

14. Cathelene "Tina" Robinson was my father's first wife. The marriage did not last long, but they had a child, Nicole, my older half-sister. I always knew about Nicole growing up. She moved into our house for a couple of years between seventh and ninth grade. Nicole was having trouble in school at the time. Nicole's mother

thought it would be good for her to be around her father so that he could discipline her. Nicole and I get along fine, we always have, but my father and Nicole have not spoken in years. She confronted him about a prior marriage that my father had not acknowledged. The woman had since died. He tried to deny it because it threatened his "perfect image." Nicole had documents confirming the relationship and she told him that she knew the woman had left him money that should have gone to the woman's son. Shortly after that, Nicole got married and refused to allow our father to walk her down the aisle. They have not spoken since, not even at Aunt Reba's funeral in 2018. Despite my father, Nicole and Wanda are close.

15. My mother, Felicia was my father's second wife. They met at a party. My father was a city slicker. My mother was from the country in South Carolina, the oldest of eight children. Her mother was only 16-years-old when she had her, so my mother took on responsibility early. She was like a parent to her younger siblings. I was named after my mother's grandfather, Edward J. Edwards, people called him EJ too. He was one of the few Black building contractors in Charleston, South Carolina, as was his father before him. My mom was a very fair skinned Black woman. I got into fights as a kid because people thought she was white.

16. I thank my mother for the adult and parent I became. I learned how not to parent from my father, but I learned nurturing and patience from my mother. She was my best friend and supporter. She worked as a software engineer and had a master's degree in psychology. My mother did not judge me negatively for my decisions, the way my father did, instead, she trusted me to make good choices. She would give me information about my options, inform me of the pros and cons, and trusted me to decide. It was an empowering way to grow up. Anytime I was considering doing something, I would hear her voice advising me. My mother also taught me to treat others the way you want to be treated. After years of my dad

mistreating her, talking down to her, my mother got a divorce. He was trying to get her to pay off the house with her Social Security payments and she refused. That was it for her. She bought her own place in Stone Mountain instead. She passed away in 2015 from congestive heart failure. She also had Type 1 diabetes. She had a kidney transplant in 1998 and before she died, she was on dialysis   I miss her every day.

17.     I've always known of Johnny Taylor, but I did not spend much time around him because he was in prison for most of John Boy and Rejon's childhoods. I met Johnny while he was out for a couple of years. That was when he, John Boy, Rejon, and Reba all lived together briefly. Johnny acted institutionalized, I recognized it in his demeanor. Johnny scared me as a kid, not because of anything he did to me, but because of my perception of him. Even though he was soft spoken and stayed to himself, you could tell he was not to be messed with. He stood against the wall, watching everyone else, but not interacting. I saw him at Aunt Reba's funeral. He said something like: "You don't recognize me." But I knew exactly who he was, everyone knew who he was.

18.     Even though John Boy, Rejon, and I grew up like brothers, we went home to very different environments. I grew up in a middle-class subdivision where most people had two parents. My parents were actively involved in raising me. As much as I clashed with my father, he still supported me, especially with sports. The neighborhood they grew up in had a lot of single moms and grandmothers and was rougher. Aunt Reba was never around for her boys because she was juggling multiple jobs and their father was incarcerated for most of their lives. Our Granny and Grandmother helped watch John Boy and Rejon when they were little, but they were not involved in parenting the boys, no adult was. John Boy and Rejon were set up to fail by the way they were raised. I say that now, knowing what I know as a

man and as a father. Their mom had three jobs. You cannot mother or parent when you are tired. When they were growing up, Reba was either sleeping or about to fall asleep. They needed a present parent and they didn't have one. She was a great financial provider, but John Boy and Rejon required more than that.

19. Beginning in middle school, I stopped spending as much time with John Boy and Rejon. They would still come to my house on occasion, but my parents no longer allowed me to go to their house on Rollingwood Lane. John Boy was in eighth or ninth grade when he started wearing expensive clothing and shoes. My parents concluded that he was doing illegal things to acquire the things he was bringing home. My parents sensed that Granny, Grandma Eva, and Aunt Reba knew that John Boy was obtaining money through illegal means because John Boy was giving them money to help with expenses around the house. By ninth grade, John Boy got kicked out of McNair High School for throwing a brick at a school bus. He went to job corps instead. He had older friends who were teaching him how to hustle and make money.

20. By age 13 or so, my cousins and I were operating in totally different social circles. I went to Chapel Hill Middle School and then Cedar Grove High School, both in Decatur. Cedar Grove was the rival high school to McNair, where John Boy had gotten kicked out of and Rejon was attending. Even though Cedar Grove and McNair were in neighboring school zones and had all-Black student bodies, there were difference in the environment. Cedar Grove catered to more middle-class families who lived in newer, nicer neighborhoods. It held regular college fairs and encouraged kids to go to college. The kids who attended McNair were from rougher neighborhoods and the students fought at school. The limited time I spent at McNair was on the sports field.

21. I did not know the version of Rejon who attended McNair High School. I did not know his friends. He had dyed his hair blond at the tips and had access to flashy cars before he could legally drive. He was dating the finest girl in school who was older than him. Meanwhile, my parents kept a close watch over me, they had introduced me to sports, football and baseball. Sports taught me teamwork and discipline, and kept me busy. I did not have time to get into trouble. I have my father to thank for my love of baseball. When you're on a team you learn to work together to accomplish goals, and your teammates hold you accountable. Those are life lessons.

22. When John Boy and Rejon were teenagers, my father told me to put away any paperwork with personal and financial information on it before the boys came over to our house. He suspected that the boys were involved in a credit card scheme. He saw them with credit cards with other people's names on them. John Boy had also started driving expensive cars. John Boy was hanging out with older guys. He drove flashy cars before he was old enough to drive. John Boy arranged to build a fence around the backyard at the house on Rollingwood to protect his cars from potential theft.

23. Having children forced me to grow up and mature. After high school, I briefly attended Southern Polytechnic College of Engineering, it's called Kennesaw State University now. I lasted less than a year before I started doing stupid stuff. I tried selling weed briefly. I self-medicated with alcohol. I've been to jail, I'm not proud of it. I was involved briefly with production in the rap music industry. I learned very quickly that there is a lot of money laundry going on. I was too old and too smart to get caught up in that, so I got out. I had a child with my high school sweetheart, and I wanted to set a good example for my son on how a man should be, how a Black man should be.

EG

24. My ex-wife and I had another son, who is eight-years-old. My current wife and I do not have children, but we parent my boys together. I've worked for over 17 years at Home Depot to provide for my family. It's secure and offers a 401k and benefits. I'm a manager at the Wesley Chapel location in Decatur. I've done landscaping work on the side to help make ends meet. We were not always financially comfortable, but we have what we need. I started coaching baseball for my oldest son when he was five-years-old, I still do it. The parents can be a pain, but I love working with kids and supporting them. I have my mother to thank for that. My oldest son is now in high school and continues to play baseball. He attends one of the top magnet schools in the area, Arabia Mountain High School. My dad helps shuttle him to school and practice. They have formed a relationship over baseball.

25. John Boy and Rejon did not have an adult to spark their interest in activities, to encourage them to play sports, or even to take them to practices and attend their games. Their older sister Tameka and her husband Ramon encouraged their children to be involved in activities. DeyenRa was an accomplished football and baseball player. He's a small guy, but his parents supported him and got him plugged in. DeyenRa benefited from sports and being part of a team.

26. Once Granny died, things changed. Our family is no longer close. The last family reunion was in the 1990s. I have good memories of spending time with my dad's extended family. We called Great Uncle Leonard "Shine" because he was so dark skinned. There was Yvonne, Be-mo, and Mike Mike from Detroit. Everyone in Atlanta used to get together on Sundays, for birthdays and holidays. Now we're a family that gets together for funerals.

27. Beside my father, there is other evidence of mental illness throughout the family. My Uncle Stanley, we call him Stan, lives in Atlanta, but he will not

EG

show anyone his new house. He does not like to be around family. He's funny acting and secretive. He is a very short, maybe 5'2". One or two beers will get him drunk. Katrina Williams was slow and acted off, I think she may be intellectually disabled. I was diagnosed as bipolar when I was 16-years-old. I was working out a lot and got bigger than my father. We were clashing more and more, and one day I slammed him. My father kicked me out of the house and then called the police when they could not find me. The police sent me to Charter Hospital, a juvenile mental health facility. It could have been for a day or a week. I do not remember. They put me on medication for bipolar, Depakote. It negatively impacted my athletics. It made me sleepy. I stopped taking it after high school. I never agreed with the diagnosis.

28.　John Boy has done well for himself as an adult. The traditional route – do well in high school, go to college, get a standard desk job – was not for him. Some people are different. John Boy is a natural entrepreneur and a hard worker. He thinks outside the box. He has a thriving home reconstruction business and other successful projects. He is incredibly good at what he does, and he loves it.

29.　I heard about Rejon's arrest through family members. I could not believe it. I was shocked. If anyone was going to get into trouble like that, I thought it would be John Boy. I hate to admit that, but based on how they both were as kids, I figured John Boy would get into that kind of trouble, never Rejon. My Aunt Reba was crushed. Rejon was her baby. The charges against him tore her apart.

30.　The family was unhappy with how the government portrayed Rejon at trial, like he was a monster. He is not a monster. I know John Boy was especially upset with the defense team for not doing what they should have to defend Rejon against that characterization. I had never seen John Boy as upset as when he described what had gone on at trial. He had fire in his eyes.

EG

Exhibit 12

31. No one representing Rejon during his 2008 trial contacted me directly. I should have testified. I know the environment that Rejon grew up in, I could have offered insight into our childhoods and our family. I was still living and working in the Atlanta area at the time of the trial. I was still very close to Rejon and his family. No one representing Rejon during his direct appeal contacted me either.

32. I love Rejon. I'm so proud of the artwork he has done since he has been at Terre Haute. Rejon has a story to tell and it is not the story that the government or his defense team told at trial.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on May 3, 2019.