Exhibit 14

## DECLARATION OF HAROLD HALL

I, Harold Hall, declare as follows:

1. Rejon Taylor is the son of my closest friend, who is now deceased, Reba Taylor. She died on January 31, 2018 when she was 61-years-old. Rejon was Reba's third and youngest child. Her daughter Tameka was her oldest, and her son John was the middle child.

2. I met Reba in 1985 in Atlanta, Georgia when we both worked for the Post Office. She was a temp employee at the post office, at first, as a mail processor, and I worked in maintenance as a mechanic. I had recently transferred to the position in Atlanta from the post office in Philadelphia where I had been living since 1974.

3. I am originally from Blakely, Georgia. It is a small town in Early County in southwest Georgia. I was born in 1949, and I was seven years older than Reba. I joined the Army after high school when I was 18-years-old because I needed the money and it was a reason to leave my hometown. I served for 17 years earning the rank of E5, Sergeant. I spent three years in the Regular Army getting out in 1972 and I spent 14 years in the Army Reserves. I returned home when I got out in 1972 and lived in my hometown for about year until my father-in-law found me a job in Philadelphia in 1974 where my wife was from. I took the position at the post office in Atlanta to return Georgia.

4. It was easy meeting Reba because she was friendly and easy to talk to. I was drinking alcohol back then. I spent 30 days in a rehab program. When I got out, I did not attend any meetings. Reba helped me stop. She was someone I could talk to about my problems. Reba was straight with me and gave me an honest answer. She became my closest friend. Reba talked me through my alcoholism, and I have not had a drink or cigarette since 1985. She neither smoked nor drank alcohol so that made it easy for me to be with her too.



HH

Exhibit 14

5.    Even though I was married and had my own family and I knew Reba was married and had a family, I spoke to Reba every day and did many things for her and her family during our time together. I did them out of the love and respect that I had for her.

6.    Reba was special. She was an affectionate person who smiled and laughed easily. She used to touch me when she talked. I called her every day. She messed with me for calling her too early in the morning.

7.    When I met Reba, she was living at 2830 Rollingwood Lane SE in the Gresham Park neighborhood of Atlanta. Besides her boys, she lived with her mother Eva Williams and her maternal grandmother Anna Belle Benton. For a time, Reba's younger sister Tonya and her girls lived there too. Their house was home to many of their other relatives and friends of their children throughout the years that I knew Reba.

8.    Reba had two older brothers, Stanley and Joseph. Joe did not come around much. He stayed to himself. Stanley was on disability from his short time in the Army where he got hurt. Unlike Reba, Stanley was a selfish person. He wanted you to do for him but got upset if you asked him for anything. He was also a negative person about things. I did not get along with him.

9.    Reba's grandmother Anna Belle took to me right off. She was a sweet person. Reba's mother Eva did not like me at first. She was a very religious woman and she wondered what I was doing around Reba.

10.    Reba, Eva, and Anna Belle were all very religious and they were devoted to Pastor Grant who was head of the church that their family belonged to. Their family grew up in that church. Eva helped run the church daycare out in Winder, Georgia. I began driving her to the church on Mondays so she could run the daycare. Eva stayed there during the week and came home on Fridays for the weekend. She



HH

Exhibit 14

Declaration of Harold Hall
Page 3 of 12

began to like me the more I was around Reba and her. Rejon was somewhere between the ages of one and three-years-old and John was four or five-years-old when they were home with Anna Belle when Reba was at work.

11. When I met Reba, her daughter Tameka was a teenager. I was not around her as much as Reba's sons because Tameka did not stay at the Rollingwood address regularly. She occasionally stayed with her father, Cecil Anderson's, mother. I recall that Reba and I went to Tameka's school for some problem she was having, but Reba was otherwise hands off. When I was around her, Tameka was gullible and naïve, she believed things that people said to her; things that other people would not have believed, and she got unnecessarily excited about small matters.

12. Reba was married to Johnny Taylor who was in state prison in Reedsville, Georgia when I met her. Johnny was the father of John and Rejon. When we first met and began our relationship, Reba took trips to Reedsville to visit Johnny in prison every weekend from Friday to Sunday.

13. Johnny manipulated Reba when she was younger. Johnny was the bad boy she thought she could change, but she could not because he did not know any other way to be. Johnny was cunning and took advantage of women.

14. Johnny was not a father to his boys. Rejon used to say that Johnny was not his daddy. They did not have a good relationship. For most of Rejon's life, Johnny was in prison.

15. I was a part of Reba and her children's lives from the moment Reba and I became friends. I cared very much for Reba and I still care for her children. Although they called me by my first name, I was a more consistent figure in John and Rejon's lives than their father when they were growing up. I had no problems

HH

Exhibit 14

Declaration of Harold Hall
Page 4 of 12

with them, and they were very respectful of me. Neither of the boys were old enough to attend school when I first met them. Rejon was just a toddler when I met Reba.

16.     The first thing I did with the boys was I took them to the dentist for Reba. Later on, I took Rejon to other medical appointments. When he was old enough for daycare and school, I took Rejon and picked him up at times for Reba. She got him into a daycare that offered pre-K on Gresham Road when he was four-years-old.

17.     I bought Christmas presents for Rejon and John. I was there on Christmas morning when they opened them. The four of us went on vacations together to Panama City Beach even though I did not like the beach, and I took the family to Six Flags.

18.     I enjoyed being out with Reba and taking her places. She loved to shop and eat. She loved wearing dresses and high heels. Reba did not know how to cook, but she loved to eat so I often took her out to eat. Her favorite food was rice. She loved chicken and rice. We went out to eat often.

19.     With so many people in their house when we wanted time to ourselves, I took Reba to hotels. Every year or so, I had to go get mechanical training in Oklahoma on the latest post office vehicles and equipment. She came with me to Oklahoma when I was there for trainings.

20.     Reba was outspoken if she did not like something. She was going to say it. I could tell when I did something she did not like. When I tried to explain, she told me she did not want to hear it.

21.     Reba had to be doing something. She was fidgety. She worked two or three jobs at a time. I often picked her up from one job just to take her to another one. Besides working at the post office, she did jobs as a key punch operator for companies when I first met her. Reba later worked at service stations while also

HH

Exhibit 14

Declaration of Harold Hall
Page 5 of 12

working at the post office. She and I worked together at an Amoco service station where she worked as a clerk in the store and I was a mechanic in the garage.

22. Reba was the breadwinner in her family. She supported her children, her mother, her grandmother, and other relatives. She made money to make others happy. Reba gave her children everything and anything.

23. With Reba working as much as she did, she left the boys with Anna Belle and Eva, when Eva was not at the daycare, to watch; they could not handle both boys. John acted out so I started taking John with me to my mechanic shop while I worked so I could keep an eye on him. This was during the summer when John was elementary school aged. One time while I was working in the yard and the boys were playing around me, John hit Rejon with the rake in his ear or on the side of his head. Rejon was about six or seven-years-old. I had to take Rejon to the emergency room at Grady Hospital. John was just more active and into things than Rejon was.

24. Rejon was quiet, shy, and not outgoing when he was little. He stayed to himself. He did not talk much at all when he was child. He was so quiet you did not know he was in the house. When I did see him, he stayed at home around his mother or his grandmother Eva.

25. Since he was around older women so much and wanted to be, I was worried that Rejon was a little feminine with the way he acted as a child. He was so different from his brother. John took karate and won some trophies. The family tried to get Rejon to play football, but he did not like it and quit. I did not want to talk to Reba about my concerns, and I am not sure if she was worried about Rejon the way I did, but I paid attention to his relationship to traditional masculinity.

26. I tried to give the boys some positive male experiences since their father was not around. I tried to keep them active. I had a friend, JT, who was a Boys

Exhibit 14

Declaration of Harold Hall
Page 6 of 12

Scout leader. He took the boys on a scout trip for a weekend. They were around ten or 11-years-old.

27. The boys mostly went to schools, Gresham Park Elementary, McNair Middle, and McNair High School, that were in their neighborhood of Gresham Park. Their neighborhood and their schools were all Black. Reba was able to send them briefly to Smoke Rise Elementary School in Stone Mountain, Georgia; it was far from their home, had mostly white students, and was higher performing. Reba sent them there because it was a better school in a better part of DeKalb County, but she could not keep sending them there because of the distance.

28. I used to believe that Rejon was not as sharp as John. Whatever someone told him, he went with it. Rejon's friends and others easily led him to do things. He had more book smarts than common sense, although Reba had to go to the school for issues a few times. I recall going with Reba to McNair Middle School over an issue involving Rejon.

29. Reba shared that same kind of lacking in common sense as Rejon. She was kind hearted. She thought the best of people. Reba thought it was better for her to be denied or hurt than someone else, so she gave what she had whenever she was asked. Her sister Tonya took advantage of Reba's kind heart many times. Reba gave her money and signed for things for her without Tonya paying her back.

30. Johnny talked Reba into moving in with him when he got out of prison in the early 1990s. He coerced her. She thought that she could save him, but he did not treat her right. He got physical with her at times, before she left him to move back with her mother and grandmother on Rollingwood. I told her that he was not going to change.

31. I still saw Reba at work when she was living with Johnny. We still talked every day. Johnny and I bumped heads a few times. A couple of times at the

Exhibit 14

Declaration of Harold Hall
Page 7 of 12

house on Rollingwood and one time at the transportation company where Reba worked doing the invoices and I worked in the mechanic shop.

32. No matter how Johnny treated her or what he did to make money, Reba was not going to divorce him. Even when Johnny got arrested and was sent to prison again in the late 1990s, she did not leave him. Reba and Eva did not believe in divorce because of their religious faith so she stayed with Johnny hoping to change him.

33. If I remarried, it was going to be to Reba. I did not want to make trouble, so I did not push for her to divorce Johnny. Our relationship was different and special. People were still surprised to see me around Reba, but someone had to look after her. If she needed it to be done, I did it. From repairs to her house to taking her places. I even paid her taxes, her house note, and her car note at times because Reba got herself behind on her own bills while helping other people out with theirs.

34. I got upset with Reba for not telling me sooner when she needed something or when something was wrong. I could have helped her sooner with whatever it was if I had known. It made no sense to me to wait until it became a problem before asking for help. She said she thought she could handle it and she did not want to bother me.

35. Reba tried to not show when she was sad or in pain. I knew when something was wrong because she became quiet. When she was anxious or worried, she bit her nails off and her legs shook. If I asked before she was ready to tell me what was wrong, Reba said that it was all right and not to worry about it. She believed in her religious faith that things were going to be fine and work out. I did not think that way. Her belief was not based in reality. It was what we argued the most about. Too me, Reba seemed to always come out on the losing end.

Exhibit 14

36. John had the street smarts of the three of them. Rejon looked up to his brother John, but John did not spend enough time with him. John's problem was that he got mixed up with an older guy, Denny. After interacting with him, I could tell Denny was involved in illegal things, but Reba trusted him. That was her nature. She cosigned for a Ford Harley Davidson F150 truck for Denny, and she made the payments.

37. Rejon was more outgoing as a teenager after he started hanging around Joey Marshall and Sir Matthews. I knew Joey and Sir only as Rejon's friends. Sir was the biggest of the three them. I did not like how Joey carried himself, and I did not trust him. It concerned me that Rejon started hanging round them and I told Reba that Rejon needed to stay away from them. She thought no one ever did wrong.

38. Rejon was kind hearted too like his mother. Joey's mother had a problem with drugs, and Rejon used to pay their rent. Joey even stayed at the house on Rollingwood and wore Rejon's clothes. It was like Joey lived there. Sometimes I thought it was Rejon in bed only to find out that Rejon was not even at home when I saw Joey walk out of the room.

39. Of Rejon's friends, Joey took advantage of Reba and Rejon the most. She was too forgiving. We often had conversations about her not being taken advantage of. It did not matter to Rejon, like his mother, no matter how people did them wrong, they both thought they could take care of everybody and solve everyone's problems. His motto, like his mother's, was that I will be alright.

40. Reba bought Rejon a Chevy Impala that I saw Joey drive more than him. I did not know Rejon could drive until I saw him driving a car. I wondered who taught him.

41. People took advantage of Reba. Along with the Impala, she bought two SUVs. Reba did not need two cars. She bought them for someone else, like Denny

HH

Exhibit 14

Declaration of Harold Hall
Page 9 of 12

and Joey. Joey wrecked one of the SUVs. I had to pay to get it towed to be fixed. I even took care of some of the car notes when Reba could not.

42.    At 17 or 18-years-old, Rejon thought he could take care of his family and his friends. He told Reba he was going to take care of her. He wanted to start his mobile carwash and detail business. He was serious about the business. It was going to be a year-around service. He even had business cards made up. Reba wanted me to sign for the van that Rejon used to carry all his equipment for the business. I thought that was unwise because I did not think he was going to last doing it, so I did not sign for the van. I found out later that his grandmother Eva signed for the van and Reba bought the equipment he needed.

43.    I knew Rejon was young and I did not believe his attention span could last long enough to risk buying the van and the equipment he needed to do the work. Reba ended up paying to replace the key to a client's car that Rejon lost.

44.    The last time I spent time with Rejon was a few months before his arrest in 2003. His brother John had a Monte Carlo that he gave to Rejon. I helped Rejon fix it up the way he wanted it. We put new struts, brakes, shocks and a radio in the car. Rejon was good with his hands.

45.    Along with everyone else who knew Rejon, I was shocked to hear about his arrest for murder. It was hard for me to wrap my mind around it. The crime did not make sense; the young man I knew was not capable of doing something like that.

46.    Rejon was out for a while before he was arrested. I could tell something was not right. One night, I saw him and his brother John talking outside of the house in the middle of the street.

47.    If one of Reba's boys was going to get into trouble, I thought it was going to be John, not Rejon. Reba was used to dealing with John getting into trouble. He

Exhibit 14

Declaration of Harold Hall
Page 10 of 12

had been arrested and sent to jail. She could handle that. It was different with Rejon. He was not exposed to some of the things that John had been. Rejon looked up to John and the things that John did.

48.     When I learned from Reba about her possibly helping Rejon escape for jail, I told her not to do it. It made no sense. Where were they going to go? I even told her that I talked to the postal inspector to try to scare her. I wanted her to know she was going to lose her job if she was arrested for anything.

49.     Of course, the escape attempt did not work. It only hurt Reba and Rejon. They arrested Reba at her job at the post office to embarrass her and to make sure she lost her job. It was awful and they did not have to do her like that. Grandma Eva put up the bond to get her out.

50.     The prosecutors told Reba's attorneys she was not going to do any time, just probation, if she pled guilty. The Court sent her to prison in Philadelphia.

51.     Rejon was offered a plea. If he pled guilty, they would also drop charges against Reba, but she was not going to let Rejon take the plea. She believed everything was going to work out.

52.     Reba and Eva really believed that prayer and faith was going to prevail and get Rejon released. They believed in miracles. I tried to tell them that this was different. This was serious. This was a federal murder case because the boys had crossed a state line. They did not understand.

53.     When Reba got out of prison, she had a hard time finding work and she needed to work to support herself and take care of her mother and grandmother. I helped her out with money. It upset me that when I gave her money that she needed, she then turned around and gave it to the church.

54.     I drove Reba to Chattanooga to visit Rejon in jail when she could visit and continued to even when she could not after the escape attempt. When she could

HH

Exhibit 14

Declaration of Harold Hall
Page 11 of 12

not see him, but other family members could, Reba wanted to be there in support anyway. I did not to visit Rejon because I did not want to see him in jail.

55. I also did not go to court to watch the trial. It was hard enough to hear how the family was being treated in the courtroom. I knew from what they told me that I did not want to witness it.

56. I saw some of Rejon's attorneys. I was at Reba's home during a meeting with his defense team. However, the defense team did not contact me directly to speak with me about Rejon, Reba, or the Taylor family.

57. Reba slowed down after Rejon's arrest and conviction. She was not the same. Her mind slowed. At times while in conversation, Reba's mind went blank. She could not remember what the conversation was about.

58. I did not know how sick Reba was before she died. Reba could not lie to you, but she might not tell you what was going on. She was waiting for Rejon to come home. She still believed and had faith before she died.

59. Rejon talks more now than he ever did when he was growing up. He talks a lot and writes a lot to his family. This change happened while he was in jail and prison. It surprises me because of how quiet and reserved he was when he was out.

60. No one representing Rejon during his 2008 trial contacted me directly. I was still living and working in Atlanta at the time of the trial. I was still very close to Rejon and his family. I would have been willing to speak with anyone representing Rejon and I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 26, 2019.

HAROLD HALL

HH

Exhibit 14

Declaration of Harold Hall
Page 12 of 12

HH