Exhibit 15

## DECLARATION OF JESSICA JACKSON LANGFORD

I, Jessica Jackson Langford, declare as follows:

1.     I met Rejon Taylor when I was ten and he was 11-years-old. I lived in the same neighborhood as Rejon. In fact, we were almost neighbors. His childhood home was on Rollingwood Lane and I lived at the top of Boulderview, about a fifteen walk away from his mother's house.

2.     Rejon's mother, Reba Taylor, his sister, Tameka Shepard, and his grandmother, Eva Clare Williams, had no boundaries with Rejon; they gave him whatever he wanted. Rejon did not have anyone to answer to. Rejon was not supervised as a child. His Grandmother Eva and Miss Reba were around, but no one was really watching him. I cannot say who his primary caregiver was. He walked all the way to the Flea Market on Gresham Road by himself when he was between 12 and 14 years old. I was not allowed to walk to the Flea Market without my cousins, who were a bit older than me. The Flea Market is no longer there.

3.     Grandmother Eva did not play. She was tough, especially to outsiders or people who were not directly related to her. One of the first times that I went to see Rejon after I had been at the pool, I knocked on their door and I was wearing a bikini with blue jean shorts. Eva answered the door and yelled to Rejon to come see the fast girl waiting for him outside. I was 10-years-old. That is just the way she was. She warmed to me eventually. Grandmother Eva was tough on outsiders, but not on Rejon. I cannot say how she treated Rejon's brother, John Taylor, because John was not around much growing up.

4.     Miss Reba was sweet and kind. She liked me from the start and I liked her too. She loved Rejon but she worked very long hours at the post office. Most of my memories of Miss Reba when we were young are of her asleep on the couch.

Exhibit 15

Declaration of Jessica Jackson Langford
Page 2 of 10

5. Rejon did not have the influence of a male role model or authority figure in his life. I did not see uncles or older male cousins or father-figures in Rejon's home when I spent time there.

6. When I first met Rejon, he was so quiet. He was a generous kid. He was the type to give you anything you asked of him. If someone mentioned that they wanted a certain thing, even if it was the shirt off his back, he would literally take his shirt off and give it away.

7. Rejon carried money on him, even as a little kid. I assumed the money came from his mother or grandmother, but I never asked him. It was an uncommon thing in our friend group for any of us to have money, but Rejon did. I remember that he gave me $5 for my birthday. I was turning 11 or 12 at the time. That was a lot of money for me to have at that age.

8. As kids, Rejon's and my friend group consisted mostly of our neighbors but also included some family members. Rashard Blackwell was Rejon's best friend. Rashard and I attended Meadowview Elementary together, along with Joey Marshall and Sir Jack Matthews. We all attended McNair Middle School at one time or another. Willie Lofton lived close to Rejon. Santonio "Duke" Boston lived across the street from Rashard and was also a part of our group. Sir, Rashard, Duke, and I bullied Willie badly because he is gay. Willie and I remained friends as we grew older. Our friend group initially included me, Rejon, Duke, Willie and Rashard and my cousin, Andrew Varner who is known as Smiley.

9. Rejon's cousin, Demarcus Taylor, was my best friend. He wanted to be more than friends, but I was interested in Rejon. Over the years, Demarcus was my snitch; he told me when Rejon had girls over. Hearing that stuff made me mad, but I wanted to know.

Exhibit 15

Declaration of Jessica Jackson Langford
Page 3 of 10

10. Rejon and Joey became inseparable in high school. When one of them stopped eating beef, the other stopped eating beef. They ate turkey or veggie burgers all of a sudden. It was one of their phases.

11. Growing up, I liked to swim at the public pool at the Gresham Park Rec Center with my friends. Rejon did not go to the pool but hung out at my house when I got back from the pool. Rejon played basketball at my house with my cousin Andrew. Andrew was like my brother. He lived with me.

12. Rejon and I snuck out of our houses at night and hung out. Sometimes we went to get food at McDonald's or we went to his house when everyone was asleep. No one was watching us. Miss Reba worked night shifts and my mother drank a lot at night so it was easy to sneak around when she was passed out. One night, a neighbor, Steve Wilkins, saw me sneak out of my window and told my mom. My mom did not punish me, but the next time I tried to climb out of my window, it had been nailed shut. I walked out the front door instead.

13. There was a teacher at McNair Middle School who absolutely loved Rejon. One day, Rejon had broken his leg or ankle and had to stay home from school so I went to Ms. Gary to get his homework and she gushed over him and asked that I make sure he knew that he was missed. It was sweet.

14. Rejon and I spent most nights on the phone together. We often fell asleep on the phone and at 2am or 3am, one of us would check to see if the other had hung up. When I checked, he was still on the line. Knowing he was there was comforting and made me feel not alone. We talked when we were getting ready for school most mornings too.

15. Rejon and I lost our virginity to one another the summer before he went to high school. I was 12-years-old and he was 13. We talked about it and talked about it until we finally met at Rashard's house and did it there. I do not know who

Exhibit 15

Declaration of Jessica Jackson Langford
Page 4 of 10

had talked to Rejon about sex, if anyone. We did not use a condom and not knowing any better, I thought there was a chance that I was pregnant. This freaked Rejon out so much. He went to his older brother, John, for help. I never knew what came of their conversation but I eventually bought a pregnancy test and once I realized I was not pregnant, we did not talk any more about it.

16.     John was not around growing up, he stayed gone. I spent many, many days at Rejon's house and John was not home when I visited or he came and left quickly. Rejon did not talk about him.

17.     Rejon did not speak about his father, Johnny Taylor. I never met him and knew very little about him.

18.     Rejon and I were baptized together in Miss Reba's church, Temple of God, in Atlanta. We were both in high school at the time. Miss Reba asked me if I wanted to be baptized one particular Sunday and I asked if Rejon was going to be baptized. When she said yes, I said yes. Our friend Willie was baptized with us too. There were about ten of us who were baptized that day.

19.     Rejon went through some changes when he got to high school. He started 9th grade at McNair when I was still in 8th grade. At McNair, Rejon started caring about impressing people. He drove really nice cars and dressed fancy. Rejon began driving early, long before he had a license. All of a sudden, Rejon was around girls who wore high heels and mini-skirts. He began to ask me why I still dressed like a kid. He did not ask this in a mean way, he was asking honestly. It was like he did not understand that I *was* still a kid. In reality, so was he.

20.     Rejon grew up too fast. He looked down on me for not being exposed to the same things that he was exposed to. He asked me questions that I felt were critical at times. For example, he asked why I had never been to see a play before.

Exhibit 15

Declaration of Jessica Jackson Langford
Page 5 of 10

I wondered who was taking him to plays and what was going on with him, but I did not ask.

21.    Rejon became known for buying things for people, not just his close friends. One time, my sister was pregnant and Rejon brought diapers to my house to give to her. She got pregnant young, at either 17 or 18 years old. He did random but thoughtful things like that often.

22.    In 2000, Rejon was in 10th grade and I began 9th grade at McNair. That year, Rejon came to school in a limousine. The entire school was talking about it. I could not believe his mom had sent him to school in a limo. I assumed it was Miss Reba who set it up but I did not know for sure.

23.    Rejon started his own detailing business while still in high school. He went all over town washing cars. He loved being his own boss, but his business did not generate enough money for him.

24.    By the time he made it to the 11th grade, I stopped seeing Rejon at school. I became concerned. I started to ask him where he was or which school he was going to since I did not see him at McNair. When I confronted Rejon about not being at school, he just laughed and did not answer my questions. He talked about his mobile detailing business or some other topic.

25.    Some people, particularly girls, took advantage of Rejon. Rejon wanted to do so much for all the girls. He bought one girl, named Traketa, a pair of shoes. He paid for another to get her hair braided and another he took to get her nails done.

26.    Summur Jeter took more advantage of Rejon than other girl he dated or hung out with. Rejon was in love wither her. She was extremely materialistic. Nothing was enough for Summur. Rejon went to great lengths to please her and yet, she was not satisfied. Summur was a pretty girl. She is light-skinned. She was out of Rejon's league. She was older than him and more mature. I was told

Exhibit 15

Declaration of Jessica Jackson Langford
Page 6 of 10

that Rejon bought Summur a mustang and that he got her teeth fixed. Summur had a gap in her teeth before she started dating Rejon.

27.     Summur did not like me one bit. I was basically a part of Rejon's family by the time she started coming around so it was not uncommon for me to be at Miss Reba's house hanging out with her, when Summur and Rejon walked through the door. One day, Summur made Rejon call me and tell me that he did not have feelings for me. He actually did it and I was so hurt. She hated that I was close with his family. They were my family too. Miss Reba even took me on out of town on trips with her. I can remember going paddle boating with Remeka and DeyenRa on one of those trips. We got a hotel and rode bikes. I do not know where Rejon was at the time. I would have been in 7th or 8th grade.

28.     Summur and Rejon stayed in Buckhead together. I did not understand how they afforded to live there. I still wonder about that to this day. I knew Miss Reba did not get crazy enough to pay for him to stay in Buckhead.

29.     Rejon's family, particularly Miss Reba and Tameka, acted as if they liked Summur because Rejon liked Summur. This was not only true of Summur; if Rejon liked someone, his family liked that person. If Rejon disliked someone, his family disliked that person.

30.     Miss Reba and Tameka covered for Rejon, but told me how they really felt about certain people and situations. One day, Summur was over at Rejon's and they were in his bedroom all day. Summur saw that I had written my name on his ceiling, over the top of his bed. I did that when we were children. Miss Reba told me that she was furious. Another time, Toitti Simmons was over at Miss Reba's when I stopped by. No one wanted to tell me who she was to Rejon. Miss Reba told me that she was just Rejon's friend. Everyone protected Rejon. I never said a word about how much things like that upset me.

Exhibit 15

31. I loved Rejon despite his decision to be with Summur and any other girl he was with during those years. He cheated on Summur with me but I felt like it was the other way around, like he was really cheating on me with Summur and doing it right out in the open. Summur believed we were merely childhood sweethearts. She did not know that Rejon and I maintained a sexual relationship up until his arrest in 2003. We did not use condoms when we had sex.

32. I knew that Rejon loved me. There is so much history between us, so much we have been through as kids, that neither of us can forget. We were virgins before we each had sex with each other for the first time. We experienced each other so young. But sometimes it was like Rejon lived in a very different world from me.

33. Rejon hung around older guys who had girlfriends who looked and acted like Summur: light-skinned, pretty, dressed older than their age. It would not have looked right for Rejon to be with me in their eyes.

34. Ta'Norris Brown was one of the older guys that Rejon hung around who was not a good influence. He was shot and killed in 2014. 2010 Ron Terrance was another one. Ron dated a lot of girls at once. Rejon started going to strip clubs with some of these older guys. When I asked him what he was doing, he said he was not going there to see the dancers, that he was just talking to the waitresses and bartenders. Rejon grew up extremely too fast in the wrong company.

35. Tiffany Williams was another girl who Rejon spent time with. When I said anything to Rejon about Tiffany having a crush on him, he just laughed awkwardly.

36. I babysat Tameka's children, Remeka and Deyenra, because I thought Rejon might come to the house when I was there. I let those children tie me up and do whatever they wanted to me for Rejon. Ramon and Tameka moved into a house in Lakewood and I spent a lot of time there with Tameka and her children. Tameka

Exhibit 15

Declaration of Jessica Jackson Langford
Page 8 of 10

was doing hair in a room in her house. My mother let me spend nights at Tameka's. I told her that Rejon was not going to be there, but he was.

37. I was very close with Miss Reba. I made her laugh like no one else. As I grew older, she confided in me about certain things. I think she felt a kindred spirit in me when it came to love. Miss Reba told me about a man that she was deeply in love with. I am not sure if this man was Rejon's father. She went on and on about a leather jacket this man bought her once. Reba described him as very good looking. Reba saw how much I loved Rejon and all that I went through for him and I knew that she was in a similar situation.

38. When I first heard that Rejon had been arrested, no one could convince me that it was true. I assumed it was not him who people were talking about. I do not have a single memory of Rejon acting cruel or even unfriendly to another person.

39. I stayed in touch with Rejon when he went to the DeKalb County Jail. I went with his family to visit him on a few occasions. On one of those visits, Summur came to the jail to see Rejon. She looked at me with fury. She did not like that I had come to see him with his family.

40. Summur only visited Rejon a few times and then she disappeared. She eventually stopped contacting him and his family. I wanted to say that I told everyone so, but I kept my mouth shut.

41. Rejon was so different after he was locked up. When we talked, I asked him questions about the crime and where he was emotionally. In response, Rejon threw scripture verses at me. I love Jesus and read my Bible, but it was extreme. Rejon's devotion to Religion while locked up was striking. He had been in church prior to that time and he came from a church-going family, but his expression of his faith grew more intense while in jail. I just wanted some answers from him and I never got closure.

Exhibit 15

Declaration of Jessica Jackson Langford
Page 9 of 10

42. When her baby was taken from her, Miss Reba was in shock. She went to her room and would not come out. She slept and slept and slept. She bit her nails down until they bled. She did not wash her hair. I went by the house as often as I could to tell her she needed to get out. A part of Miss Reba died when Rejon went away. Her heart was truly broken.

43. I went to court one time with Rejon's family. Ron Terrance and Ta'Norris were also there. On this particular day, they showed photographs of the crime scene and the van that the victim was driven in. They jury was not in the courtroom at this time. I am not sure if Rejon was present. All the way up until those moments, I was convinced they had the wrong guy. But then I saw a photo that the attorneys said was Rejon's handprint. I cried all day after seeing those photos and hearing what I heard. I could not go back to court after that experience. I could not hear anymore.

44. I had to make the decision to let Rejon and his family go. I had to move on. That part of my life was so devastating that I just could not live that way anymore; I could not keep waiting for him to come home and that is what I was doing, waiting on him to be free. I made this decision around the time that Tameka shut her hair salon down. I have never spoken about all these feelings to Rejon.

45. I married my husband, Deandre Langford, in 2015 I have two children now, London who is 6 years old and Heaven who is just six months old.

46. No one representing Rejon Taylor contacted me prior to or during his 2008 trial. I was still living in Atlanta, Georgia at the time of the trial. I kept expecting to be contacted, but never was. I would have testified to the information in this declaration.

Exhibit 15

Declaration of Jessica Jackson Langford
Page 10 of 10

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 22, 2019.