Exhibit 20

## DECLARATION OF KEASHAWN K. WASHINGTON

I, Keashawn K. Washington, declare as follows:

1.  I have known Rejon Taylor since the mid to late 1990s when we became friends in our neighborhood, Gresham Park, in Atlanta, Georgia. Rejon lived about five or ten minutes away from me with his family in a house on Rollingwood Lane. I lived in a townhome in the Sun Valley Apartment complex on Bouldercrest Road with my mother, Peggy, stepdad, James Burns, and siblings.

2.  I was born on April 23, 1984 in Texas, and moved around often with my mother until she moved us to Atlanta when I was in elementary school. I went to Fairington Elementary school before we moved to Gresham Park. Rejon and I went to different elementary schools, but did attend McNair Middle School together in Gresham Park.

3.  The Gresham Park neighborhood was hood to me. It was hood because people were outside doing something all of the time from washing their cars, to grilling food, to kids running around outside playing and having fun or something. It seemed that everyone knew everyone. In nice neighborhoods, you do not see anyone outside hanging out and talking to each other or kids playing unless they are just in their yards. There was something going on outside all day and night in Gresham Park.

4.  I am not sure how Rejon and I met in the neighborhood. We had a group of common friends, Nedras Moreland, the twins, Tia and Lya, Melinda ~~Cops~~ whose nickname was Cupcake, Taffany, Joey Marshall, and J.C. Matthews and his brother Sir. You meet one and see the others and think nothing of just hanging together. The twins also lived in the Sun Valley Apartment complex, which was a large complex with apartments and townhomes. Nedras stayed near the middle school, and she and I sung in chorus at school.

Cox KW

KKW

Exhibit 20

Declaration of Keashawn K. Washington
Page 2 of 6

5. McNair Middle School was a large school. I walked or caught the bus to and from middle school with my friends. Sometimes we missed the school bus on purpose just so we could walk. The most memorable thing about middle school was our 8th-grade prom when I wore and all white dress.

6. After middle school, my friends and I went to McNair High School. It was also a large school. There were trailers outside all around the school campus for more classes. Pep rallies and athletics were big at school. Our teachers were mostly Black as was the neighborhood. I rarely saw the police in the neighborhood. I saw them more at school for security because McNair High was a rough place.

7. I went to the 9th and 10th grades at McNair High. Rejon and I were in the same grade but did not have any classes together to my memory. I was in and out of school back then. I did not take school seriously. I moved around so much with my family that I did not know how to be still.

8. Rejon and I did not hangout at school. We talked more outside of school. We talked on the phone and hung out together with our other friends in the neighborhood.

9. There was something for my friends and me to do every day in Gresham Park. Everything was just right there in Gresham Park and the Sun Valley Apartment complex. We walked everywhere until someone was old enough to drive. Rejon drove by the time we were in the high school. We knew all of the short cuts to cut through the neighborhood. We linked up at the top of the hill at the park. The bottom of the hill was where Cupcake lived. We could go from house to house to eat and then the park. From door to door there was something for us to do. We were like family.

KKW

Exhibit 20

Declaration of Keashawn K. Washington
Page 3 of 6

10. Rejon, like many of my friends, used to come over to my house. My mother was the neighborhood mom. She fed Rejon and all of my friends. My mom worked for Emory University in their waste management department.

11. There were not many fathers around in my friends' lives. Cupcake's stepdad and my stepdad were around. You could hear my stepdad's music before you saw him coming. He worked for a company that pressure washed and cleaned semitrucks.

12. One time when Rejon was over at my house, he heard my stepdad talk about fishing, which my stepdad liked to do a lot. Rejon said that he had never been fishing so my stepdad offered to take him. We were in the 9th grade in high school at the time. Rejon came to our house early one weekend morning to go fishing with my stepdad, and I expected to go too but they left me. I could not believe it. I was still asleep when they left. I was not upset that I missed it but was just shocked that Rejon left me to go fishing with my stepdad. I teased him for that too.

13. I did not hang out at Rejon's house as he did mine. I did not know much about what was going on in his life because Rejon did not talk about it. He did not talk about his siblings or his father. We knew the siblings of our friends, but we all had different groups of friends.

14. I knew Rejon was crazy about his mother from the things he said. Rejon wanted to make her proud. He had to check with his mom before he did anything.

15. Nedras was closer to Rejon than I was. She was his girlfriend at one time. We did not have drama in our circle of friends. If Nedras and Rejon were talking and then stopped it was not a problem because they were still friends or really family more than friends.

16. I was not into Rejon that way, and I think that was why he liked me. He was like a brother to me. I teased him about all of the girls who liked him. He just

KKW

Exhibit 20

Declaration of Keashawn K. Washington
Page 4 of 6

laughed and shrugged it off. He liked the attention. I told him that he had a bighead, was not cute, and that I did not know what they all saw in him. We were close enough friends that I could tease Rejon that way and it did not hurt his feelings or make him upset with me.

17. Although I teased Rejon, I knew why the girls liked him. Rejon had character. He was such a gentleman for his age. Rejon was respectful and had good manners. He was not disrespectful to women. He was just a nice, sweet guy.

18. Rejon also had the freshest style from head to toe; he dressed properly and respectfully. Rejon wanted to work in fashion. His clothes were cute. I teased Rejon and told him that he looked like a Ken Doll. He liked to be crisp. Even Rejon's tennis shoes were not dirty. He could be walking and playing around with the rest of us and his shoes were clean. If they got dirty, Rejon definitely got his rag out to clean them.

19. Rejon also was fun and had a laidback personality. He was so cool. If you were with him, you knew you were going to have a good time because he was going to make you laugh about something. He made me laugh. I wanted to hang out with Rejon because I knew he was going to do something funny to make me feel good.

20. The way Rejon acted added to his attractiveness. Because he was nice, laidback, and had style, Rejon was very popular at school. He was popular with the students, guys and girls, and with the teachers. People clung to him. He gave people rides once he started driving, money, he gave anything people asked of him. I could not walk anywhere with him without seeing someone's head turn to look at him. McNair was a school where what you wore and how you looked mattered.

21. Rejon was like a big brother to me. I liked being around him just to talk. He was not talkative, but he talked and listened. He was chill. He was there for

KKW

Exhibit 20

me. He offered advice because he wanted to fix whatever problem he thought you had. That was just him. Rejon often told me to be patient and there was no rush because we had time to do whatever I was in a hurry to do. The only advice I gave him was about not getting caught up by a girl, meaning getting one of the girls who liked him pregnant or having him think they were pregnant with his baby.

22. Rejon smiled a lot. He was a positive person. He never walked with problems. He was always in the moment. I did not see him have problems at school. I did not see Rejon get mad or cry. I believed he was the type of person who cried when he was by himself if he was upset.

23. As close as we were, I knew I was not Rejon's closest friend. He hung out with Joey and Sir. They were his main friends. If you saw one, you often saw one of the other. Sir was laidback and serious compared to Joey who was goofy. Joey played too much. He liked to pull my hair which made me want to hit him.

24. Our friend JC was Sir's younger brother. JC was a nerd. He tutored me in math. I hung round him, but he did not hang around his brother and us. It was just me.

25. After my 10th grade year at McNair High, my mother and stepdad moved us from Sun Valley to Lithonia, Georgia, a suburb of Atlanta, because we got a house. Our new neighborhood seemed the same as our old one. I dropped out of high school sometime after we moved to Lithonia. I got my GED in 2014. My friendships from Gresham Park began to fade away when we moved to Lithonia. I was the glue it seemed to our friendships.

26. I saw Rejon a couple of months before his arrest. He drove to my house in Lithonia to see me. It had been a year or two since I last saw him. He did not get out of his car but we talked through the car window.

KKW

Exhibit 20

Declaration of Keashawn K. Washington
Page 6 of 6

27.     I was living with my family in Lithonia when I found out Rejon, Joey, and Sir were arrested for murder. I could not believe it. Someone called to tell me, and then I saw it on the news. I was in shock and thought it was a mistake. Rejon did not have a mean character. I do not know how he ever got caught up in something like this. I still find it hard to believe. Rejon's arrest for murder was out of his character.

28.     No one representing Rejon during the time of his trial in Chattanooga ever spoke with me about his life. I would have been willing to speak with anyone representing Rejon. I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 17, 2019.

_____
KEASHAWN K. WASHINGTON

KKW