Exhibit 22

## DECLARATION OF NEDRAS MORELAND

I, Nedras Moreland, declare as follows:

1. I met Rejon Taylor in ninth or tenth grade at McNair High School in Atlanta, Georgia. Rejon and I took one class together. The main memories I have of that year are of Rejon.

2. I do not know how Rejon acted in other classes but I watched him all the time in the class we shared. He was different; a young guy who acted like an old man in some ways. He gave me advice that a father or brother would give. He told me that I needed to stand my ground, to speak up for what I believed in, and to stop trying to fit in with everyone else. You did not hear those kinds of words from other guys our age.

3. In class he paid attention, but in a different way than other students. Our teacher became so frustrated with him at times, but he just sat back in his chair and smiled, as if he was asking the teacher why she, as a fully grown adult, was allowing him to get her so frazzled. That just goes to show the quality of the teachers that we had: poor.

4. At McNair, I had teachers who wanted me to sit on their lap. I found out years later that my gym teacher, Mr. Grant, was convicted of some sort of sexual assault on a minor.

5. It was not just that the teachers were inadequate at McNair, the facility was horrible. I can remember ants crawling up my arm while I was in class. The feet of rats hung from our ceiling even though they supposedly fixed that problem. I cannot name one teacher who was sincerely engaged.

6. McNair was an extremely rough place to try to learn, especially for someone like me who did not wear the newest clothes and did not have money. That stuff mattered more than anything else. I tried to explain to my parents that I was getting beat up because my shoes were dirty and old. They did not want to hear it.

Exhibit 22

Declaration of Nedras Moreland
Page 2 of 8

7. Rejon wore the nicest clothes but he was not a materialistic person. He had great popularity, but did not brag about it or use it to impress people. He drove a nice car but again, he did not talk about his car or show it off. Money was not an issue to or for him. It was like he thought it would always be there. He wanted to have money in a mature way, not for popularity, though of course it gave him popularity. He wanted to be an entrepreneur and could have done that, I am certain. When I say Rejon usually had cash on him, I mean about $60. $60 was a lot for someone my age to have in their pocket.

8. I teased Rejon because of his differently-shaped head. I had never seen a head like his. It was odd-looking. There was an extra lump in his forehead that stood out. I told him he had an egg in his head just to see what he would say. He rarely reacted. If he did react, he only smiled and shook his head back and forth. He did not say anything.

9. Rejon told me to stop trying to be something I was not. When he first met me, I had bright blonde hair. It was ghetto. He told me I was too pretty for that. He gave me money to get my hair braided. I got rid of the blonde hair but did not know how to explain to my mother that I had the money for braids. To this day, I do not remember what we came up with to tell her. I wore my hair natural from that point on.

10. I was not popular. I was weird, partly because I came straight out of the church. I went to Timothy Pure Holiness Church on the west side of town. Our building sat in front of the penitentiary. Anytime I was able, I went to church. I was a part of the young life teen group. Rejon encouraged me to get involved with that group because he knew I had a voice. I did not believe that the teens would want to hear from me since I was so young myself but it turns out, they did. Rejon showed me that regardless of my age, I needed to stand my ground.

Exhibit 22

11. I went to school on the east side of town before attending McNair in southeast Atlanta. I lived in Decatur, close to Columbia High School. There was a magnet program that allowed students in DeKalb County to attend schools outside of their residence. That program ended before I got to high school which meant that I was forced to attend McNair. I was not used to the type of environment at McNair. It was a total culture shock for me. The students at McNair were like adults; they sold drugs and came to school to pass the time. They were used to violence and did what they had to do in order to survive.

12. To be the smart one in a school like McNair, where a majority of your peers can barely read, is not a good thing. To be intelligent made you a target. I was bullied a lot. Eventually I dumbed myself down to avoid getting beat up or held down by some dude in the bathroom. I began missing school. I missed 31 days and no one even called my mom. My parents were older than other parents my age and were very strict. I tried to explain to my mother why I stopped going to school, but she said that in order to enroll me someplace else, she would have to lie about our zip code. She was not willing to lie about that.

13. Even now, when I find myself in the presence of people like the bullies at McNair, I start to sweat. I don't like to fight.

14. I have wondered how Rejon navigated the tough atmosphere of McNair. There is power in his family's name and I assumed that had something to do with it. In a place like McNair, I learned quickly who was not to be messed with. Other students talked. People knew his family.

15. Rejon took me under his wing. He often came by the bus stop to pick me up. My parents would not have allowed me to drive to school with him so he had to pick me up and drop me off at the bus stop. He made me feel beautiful. I have a lot

Exhibit 22

Declaration of Nedras Moreland
Page 4 of 8

of good memories with Rejon even though we did not spend more than a year hanging out.

16. Rejon never tried to kiss me or have sex with me. I was aware that he had girlfriends and took girls out on dates. That made me wonder why he did not try anything with me and I even questioned what was wrong with me. Later on, I realized that he had respect for me. He knew that I was a virgin and he was not going to disrespect me in anyway.

17. In my mind, we were boyfriend and girlfriend for a little while. I can remember him coming to see me and me running in the house to put on perfume. I am certain the fragrance was really strong because I was young and did not know that a little bit goes a long way. He looked at me, smiled, and told me that I smelled good. He knew I put it on for him but he did not tease me about it.

18. It is almost like Rejon was a parent to the parentless. I did not have the type of father and or older brother who would ask me how my day was or if I got beat up but Rejon asked those things and he cared.

19. I remember thinking that Rejon must have had a career outside of high school. It was as if he was just coming to school to pass the time. I was determined to figure him out but I never asked questions. I had so many questions. I wanted to know about his family, his home life, how he got to be the way he was, how he dressed so nice and had money to spend on his friends, but I never asked.

20. I knew very little about Rejon's family. He did not talk about himself. He brought me to his house on Rollingwood Lane once or twice, but I never met anyone in his family. I did not know he had a sister. I knew that he had an older brother and I made assumptions that Rejon got his money and nice clothes from his brother. I assumed his cars were also from his brother and that the money was likely made from selling drugs. I never asked. Rejon's house was nothing over-the-

Exhibit 22

Declaration of Nedras Moreland
Page 5 of 8

top. It was not the type of home that indicated his family had wealth. I knew the house was his mother's, but I questioned whether Rejon actually lived there. One time, we were looking at a photo album in his room and I noticed that the ceiling fan had only one blade. It did not seem like Rejon would have lived in that particular house and to me, that meant the money was coming in through non-traditional ways.

21. I became aware that Rejon's father was in prison. I did not find this out from Rejon. He did not talk about his father. His father had a reputation. His whole family were known around school. He was a Taylor. That meant something at McNair.

22. Rejon did not speak much about his mom, but she was the only one he talked about when he did mention a family member. I got the feeling that he cared for her very much.

23. Rejon once asked to see my childhood pictures. I did not even think that was weird, just a sweet gesture. I never got them back but I am not angry about it. I brought an album over to his house on Rollingwood and we looked at the pictures in his room.

24. Joey Marshall, Sir Jack Matthews and Rejon were always together. If Rejon went to school, Sir and Joey were all in school.

25. Sir Jack and Joey did not have a mean spirit about them. They were not bullies. I was not afraid of them.

26. Neither Rejon nor Joey nor Sir had a consistent father figure in their lives. Sir's dad was around but he came on the scene later on. He might have been locked up somewhere. I was in choir with Sir Jack's younger brother, J.C. Matthews. He is gay and super cool.

Exhibit 22

Declaration of Nedras Moreland
Page 6 of 8

27. As time went on, Rejon was in school less and less. I do not remember seeing him at all in eleventh grade. I do not have a single memory of Rejon past the tenth grade.

28. I felt safe with Rejon. He was the first boy to show me respect and treat me with kindness. I have never experienced that level of treatment since him. Everyone was jealous that I was close to him for a time. When he was around, he did not let anyone mess with me. He did not care about popularity but that is something he gave me. When he went away, that went away.

29. I was so different from the other people he knew and hung around often. I was not hood, I was not a fighter. Rejon had an ability to be around those people and win them over.

30. Eventually I stop going to school altogether. I started getting into trouble. My parents were so mad. They, like so many other parents who had children in our school, did not do the investigation they needed to do, they just got angry. I wished they had asked themselves what it would have taken for a straight-A student to stop going to school. The principal was my dad's schoolmate from Morehouse so I got away with a lot initially.

31. I did not graduate from McNair High School. I eventually went to Open Campus High School on North Druid Hills Road to finish but I walked with my class at McNair's graduation. My sister, who is three years older than me, had gone to Open Campus and it worked out well for her. She had faced a lot of the same issues that I faced at McNair; namely bullying, sexual harassment, and other challenges that negatively impacted her ability to get an education. Open Campus offered a program where older people, sometimes 60 years old or older could get their high school diploma. I needed to be around older people.

Exhibit 22

Declaration of Nedras Moreland
Page 7 of 8

32. I recently got into the medical field. I would like to become a nurse practitioner. I moved back home in order to do this. I want to be able to provide for my family and myself. I would like to be wealthy someday. I would like to create my own facility where I can provide herbal remedies rather than pharmaceutical prescriptions. Dr. Delbert Blair and Dr. Henry Clark are some of my heroes. I am in the process of taking prerequisite courses and will find out soon when I can officially enter my desired program.

33. I learned that Rejon liked guys or maybe just one individual guy. It did not or would not surprise me if Rejon was into guys and girls. He was in touch with his feminine side. He was more sensitive than most guys. The first time that I heard about Rejon possibly liking another guy was around the same time that he died his hair blonde. By the time his hair was blonde, he had stopped showing up to school so we were not spending time together. If we had still been hanging out at that time, I would have called him a hypocrite in a joking way because he told me to get rid of my blonde hair and yet he had blonde hair.

34. When Rejon was arrested, I did not believe it. It was not until I looked up his mugshot that I realized it was real, he had been arrested and was going to jail.

35. I wrote a post on Facebook about Rejon. I wanted to see what people would say and to find out some information about his case. I researched the case over the years but did not come up with much.

36. I heard that Rejon tried to escape from the county jail. My first thought was that he must have felt threatened in that kind of environment; that he tried to escape because of the violence he experienced in the jail.

37. I started to write Rejon so many letters but I have had very negative experiences with people in prison or jail. I was talking and visiting with one guy

Exhibit 22

Declaration of Nedras Moreland
Page 8 of 8

who ended up hitting on my mom. You just do not know what is happening in those type of environments so I thought it would be safer not to try to write him.

38. I was advised by several people not to talk with anyone representing Rejon in his federal appeal. There is so much fear within our community: Fear of being Black. Fear of the justice system and what it would mean to speak out. Fear of the government. Despite these fears, I am glad to be able to tell what I know about his life and to honor what he was to me in this small way.

39. No one representing Rejon Taylor contacted me prior to or during his 2008 trial. I was still living in DeKalb County at the time of the trial. I would have been willing to speak with anyone representing Rejon and I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 5, 2019.