Exhibit 23

## DECLARATION OF NICOLE GATLIN CARSON

I, Nicole Gatlin Carson, declare as follows:

1.     Rejon Taylor is my first cousin. He is almost six years younger than me. Rejon's mother, Reba, and my father, Joseph, were brother and sister. They had two other siblings, Tonya and Stanley. My father was closest to Aunt Reba. Aunt Reba passed away in January 2018. She was 61 years old.

2.     My father's first child, Wanda, was born when my father was just shy of turning 16-years-old. A woman named Vickie Morgan is Wanda's mother. I have a relationship with Wanda because it is very important to me to maintain relationships with all of my siblings. My father did not encourage me to have a relationship with Wanda. My half-brother, Edward, known as EJ, only found out about Wanda in his 20s. He is 37-years-old now.

3.     My father met my mother, Cathelene Robinson, at Carver Vocational High School. My mother graduated from Carver in 1973. They had a tumultuous relationship. My father and mother divorced and married twice. My father married my mother for the first time in September of 1973. After she had said yes to his marriage proposal, she started hearing from some of the women in his family, Cousin Peggy and Cousin Pat in particular, that my dad was already married. She finally asked my dad about it and he denied that he was married so she went ahead and married him. However, it turned out that he was in fact married to another woman, Elwanda Scott. I do not know how my mother found out, but she divorced him when she did. My father and mother remarried for a second time in February 1978 and divorced in August of that same year.

4.     Elwanda was emotionally unstable and volatile. She showed up to my mother's home and work. My mother was afraid she might try to kill her or me when she was pregnant with me. All this happened before I was born on November

NC

27, 1978. I did not know a time when my parents were together. They were cordial with one another, but I did not know them while they were in a relationship.

5.    My father met and later married his third wife, Felicia Gatlin on February 14, 1981 in South Carolina. Felicia is EJ's mother and my stepmother. Felicia did not know about Elwanda; I ended up being the one to tell her. I have an estranged relationship with my father, in large part because of the secrets he kept from his wives and children.

6.    My father and I did not always have an estranged relationship. Felicia encouraged him to have a relationship with me. She made sure he invested time and care into me. I even lived with him and Felicia from sixth to eleventh grade. We lived on Cherry Ridge Place in Decatur, where he still lives now.

7.    John and Rejon came over to our house often and spent weekends with us. My father tried to be present in John and Rejon's lives when they were young since they did not have a father around. John was less interested than Rejon in my father taking on that role. For as long as I have known him, John does what he wants and is his own person. Rejon was different. He wanted and needed the attention my father gave when they visited us; he was hungry for it. Rejon responded positively to my father's efforts while John preferred to figure a lot of things out on his own.

8.    I was rough around the edges when I went to live with my father and Felicia. My mother thought it would be good for me to be with my dad at that time. He was very structured. He had been in the Navy. My mother was working three jobs, doing her best to provide for me and my younger half-sister, Martinique Campbell. My sister's father is Michael Campbell. He also attended Carver Vocational High School, just like my mother and father. Black Atlanta is very small. My mother was a single mom and since she was working all the time, she was not

able to give me the supervision and order that I needed at that time. It was something I appreciated when I grew older. The period between sixth grade to the end of high school is so important in the development of a child's sense of self. That period, more than others, requires consistent attention from a loving adult willing to help guide and mold the child. My father, with the help of Felicia, was able to provide that for me.

9. While living with my father, I initially attended the school that I was zoned to attend in his neighborhood: Chapel Hill Elementary School, about two miles away from our home. I only attended Chapel Hill for a few months before I entered the M-to-M, Majority to Minority Program that was offered in DeKalb County Public Schools. The M-to-M program allowed me to attend racially diverse and better-resourced schools than the majority Black schools I was otherwise zoned to attend, like Cedar Grove High School, which the district poorly funded. If not for the M-to-M program, I would have ended up at schools like McNair or Cedar Grove and even at that young age, I knew the education those schools offered was not good. I wanted better for myself and my parents encouraged that desire, as well as my stepmother, Felicia. Together, we all decided that I would enter into M-to-M.

10. Thanks to the M-to-M program, I attended Sequoyah Middle School and Cross Keys High School. The DeKalb County Public School System arranged for me to ride the bus to these schools because they were located in the north part of the county, about 20 miles away from my home. At both Sequoyah and Cross Keys, I was exposed to a different way of thinking and academic rigor. The teachers and students were motivated; it was a great environment for me. In those schools, I learned that college was a real option, that it was within my reach, and I began to work toward that goal.

NC

11. I left my father's home in the middle of my eleventh grade year and graduated from Redan High School. Redan was not part of the M-to-M program. It was the school that was zoned for my mother's neighborhood. She lived on White Oak Trail in Stone Mountain. My father and I had begun to argue about little things, the types of things that a teenage girl and her father butt heads about. Even when I stopped living with my dad, I remained close to my Aunt Reba, Grandmother Eva and Great Grandmother Anna Belle who I called Granny. My mom took me to their house on Rollingwood Lane to visit often.

12. Rejon was a quiet child, introverted and shy. He liked to draw and mostly kept to himself. I remember thinking that he was capable of accomplishing goals beyond his circumstances. I saw in him what I had in me: the desire for more, for better. I wanted to do something totally opposite of what I witnessed in my immediate community and family growing up. The adults in our family, except for EJ's mom, did not attend college. The M-to-M program allowed me to picture college and the stability that my father and EJ's mom provided for me helped. I did not want to be comfortable with my situation so I became determined to be the first one in my family to graduate college. Based on how Rejon was as a child, I believed he had a similar bright future ahead of him.

13. After I graduated high school, I became the first person in my immediate family to graduate from college. I received a Hope Scholarship and attended Valdosta State University, about thirty minutes away from Florida State. I earned my Bachelor's degree in Business Administration and Accounting. I graduated in 2000. Aunt Reba attended my graduation and I was incredibly surprised. Aunt Reba rarely left the house except for work, so it was a big deal for her to travel three and a half hours to see me graduate. It made me so happy. She was proud of me and it showed. It meant a lot to me to have there because Aunt Reba was always

NC

Exhibit 23

busy working and taking care of Granny, then Grandmother Eva, and everyone else around her.

14. I was able to find a good accounting job directly after I graduated. I have the same job today. I was fortunate to find something I enjoyed, was good at, and also get paid to do.

15. It was around my college graduation that I became inquisitive about my family history. I was searching for myself and thought that knowing more about my family would help that process. I started asking questions and that is when I found out about Elwanda and the grief my father's relationship with her caused my mother. Even Felicia, who was married to my father, had no idea about Elwanda. I ended up being the one to tell her and at that point, my relationship with my father began to go downhill. Felicia was heartbroken. When they began their separation process, Felicia bought a condo and moved out.

16. Felicia passed away in March 11, 2015. Felicia had juvenile diabetes. She became very ill and experienced serious complications with her diabetes. She had her foot amputated and received a kidney transplant. My dad did not go to check on her. She was extremely hurt by the pain he caused her. My brother moved in with Felicia to help care for her, but it was too much. He placed her in a nursing facility where she died.

17. My mother was not certain whether my father had any children with Elwanda, but when Elwanda passed away in 2001, she left a son.

18. I was shocked when Rejon was arrested. It was not something the cousin I knew was capable of doing. It wasn't him. I found out about Rejon's arrest from the news. I started calling my family right away to see if it was true. It was.

19. Felicia testified for Rejon. She and my father met with Rejon's attorneys on more than one occasion. I was surprised that no one from Rejon's defense team

NC

reached out to me. I grew up with Rejon and was close with Aunt Reba. I assumed that Rejon's lawyers would contact me, but that did not happen.

20.     I married my husband, Robert Carson, III in 2013. We have one son, Robert Carson, IV who is four-years-old.

21.     Several different health issues run in my family. Grandmother Eva had high blood pressure and had Alzheimer's before she died. My father has a serious heart condition. He has a defibrillator and is on medication. He told me about his condition sometime in 2002-04, but I do not know how long he had been having problems with his heart prior to that time. Uncle Stanley drank alcohol, but I am not sure to what degree. My brother, EJ, was diagnosed as bipolar when he was young.

22.     No one representing Rejon contacted me leading up to or during his 2008 trial. I was still living in Gwinnett, Georgia at the time of his trial. I would have been willing to speak with anyone representing Rejon and I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 12, 2019.

NICOLE GATLIN CARSON

NC