Exhibit 25

## DECLARATION OF PRECIOUS HEFLIN

I, Precious Heflin, declare as follows:

1. I am Rejon Taylor's cousin once removed. My mother, Vanessa Heflin is Rejon's first cousin. Rejon's father, Johnny Taylor, is my mother's uncle. My older sister is April Heflin.

2. When I was little, Rejon and the rest of my cousins came over to my mother's house to hang out. This was when we lived on Cleveland Avenue in East Atlanta. We had so much fun together, playing games. They double teamed me, tickling me, holding me by my arms and legs.

3. When my cousins came over, it was Rejon and his brother John, Monique's son, Cedric; my Aunt Lisa Turner's kids, Stephen, Keith, Mark, and Briana. My mom's Aunt Lisa Taylor's son, Joshua always came over. His mom was sometimes there too. Josh's brother, Demarcus, came over every once in a while, but he often disappeared and then popped back up, he still does that.

4. The whole family got together at my Aunt Monique's house for major holidays– Christmas, Thanksgiving, and the New Year. Monique's house has been in the family for generations. Those were good days. Everyone was still alive and it was before people started getting locked up.

5. I miss spending time with all my cousins. When Rejon got locked up, I was only six-years-old. Stephen and Keith got locked up. Mark got shot and killed in a club. Everything changed. Every time someone passed away, the family divided even more.

6. I grew up knowing about my Aunt Bettye getting killed by Michael Eberhart, her daughter Tracy's father. It happened before I was born. My cousin Erica went out skating with friends, but for some reason, Erica came home early. She saw the door was opened and her mom's purse and keys weren't where they

usually were.  Erica found her mother dead. Erica ran out of the house to call the police.  She ended up at the neighbor's house. Michael went to prison for it.

7. Finding her mother dead effected Erica. She may be schizophrenic.  She has two kids, Randy and Gabrielle. My cousin Tracy was raised by Michael's family. His family brainwashed her so she's not close to her sister Erica or the rest of our family. Michael recently got out of prison. My Uncle Johnny was really upset about Michael's release.

8. We have illness in the family – a lot of high blood pressure, borderline diabetes, full blown diabetes.  My cousin Joshua was diagnosed as ADHD.

9. The story of my parents meeting is funny.  My dad, Joe Cargill, used to drive a MARTA bus and my mom got on.  She was the last one on the bus and was complaining about the cold. He said something like: If you wore some clothes, you wouldn't be cold. She was wearing a halter top and a short skirt. She saw him later at the American Legion bar. He complimented her pretty eyes and my mom asked him to buy her a drink. He gave her twenty dollars and that was it! They dated for about 12 years before they had me.

10. My older sister April has a different father, Andre. Andre's mother is Ruby. She owns a restaurant, Ruby Sandabelle's. Andre has other children besides April.

11. I was young when my grandmother Barbara died. She checked herself into the hospital because she wasn't feeling well. She ended up dying right there in the waiting room. She had a blood clot in her lung. I've seen my Grandma Barbara's spirit, she spoke to me.  I was in the house that belonged to Aunt Lisa at the time but now belongs to Cedric and Aunt Monique when she appeared. I'm what you call a ghost whisperer.

P.H

12. I grew up with my great-grandmother Addie in the house. My mom took care of her. I loved Addie. She developed Alzheimer's toward the end and she sometimes forgot who I was. I had to remind her of my name and how I was related to her. I was in middle school when she passed away. My mom was right there with her.

13. I went to a lot of different schools because we moved around a lot. I atteded Cleveland Avenue Elementary, Peachcrest Elementary, Eastlake Elementary and Terry Mill Elementary, Coan Middle School, and two different high schools: Maynard Jackson and Alonzo A. Crim in Southeast Atlanta. I went to Crim because they had a daycare where you could bring your baby. My daughter Mariah was born when I was still in high school and I took her to Crim with me.

14. When Mariah was two-years-old, my mom and I upgraded from a two-bedroom apartment to a three-bedroom. We moved across the street. These apartments are based on income.

15. No one representing Rejon Taylor has ever contacted me before 2018. I have lived in Atlanta, Georgia my whole life. I would have been willing to speak to anyone about Rejon and the things I have stated in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 10, 2019.

*Precious Heflin*

P.H