Exhibit 26

## DECLARATION OF RAMON DEMESTRIUS SHEPARD

I, Ramon Demestrius Shepard, declare as follows:

1. I am Rejon Taylor's brother-in-law. I am married to Rejon's older sister, Deyensa Tameka Gatlin Anderson, who is also known as Tameka Shepard. Tameka and I have been together for over 30 years. I watched Rejon grow up. Tameka and I cared for him and his brother John when they were young. They spent a lot of time with us, but we did not financially provide for them.

2. I began dating Tameka in the late 1980s. At the time, she lived on Rollingwood Lane in Gresham Park, Atlanta in a house dominated by women: Tameka's mother Reba, her grandmother Eva Williams, and her great grandmother Anna Belle Williams Benton. I noticed that Tameka sometimes referred to her grandmother, Eva, as Momma. Eva was the enforcer, she could be mean and do you in with just a look. For the first 10 years of her life, it was just Tameka and the women in her family who all doted on her. The women had all moved to Gresham Park around the time Tameka was born. Before that they were all in Peoplestown. I heard that on top of working, Granny Anna Belle was bootlegging for extra money back then. That was funny to think about because Reba did not allow a drop of alcohol in the house on Rollingwood. You could not even hang out outside and drink.

3. Grandma Eva, who was basically Tameka's mother, hated me. She liked giving me a hard time. Several times I came to the front door for Tameka and Grandma Eva looked through the peephole, saw it was me, and sat right back down on the couch. I had to keep knocking in order to get Tameka or someone else to open the door. It was not just me, Grandma Eva gave any man who came around that house a hard time. She warmed to me eventually. That woman did not play and neither did her mother, Anna Belle.

4. Reba, Tameka's mother, was rarely around the house because she worked two, sometimes three jobs at once: Amoco gas station, Delta inputting

Exhibit 26

Declaration of Ramon Shepard
Page 2 of 11

information on a computer, the U.S. Postal Service, and Auto Zone. Eva and Anna Belle minded the boys. Reba was financially supporting her kids, her mother and grandmother, and a whole lot of other extended family members. Reba even paid for several big family vacations for everyone. She rented vans and the whole family all drove to Florida. We also went to Gatlinburg, Tennessee.

5.      Over the years, Reba welcomed any person in need of a place to stay into her home. It was like the house had a revolving door. Early on in my relationship with Tameka, her Aunt Tonya and Tonya's husband, Herman, separated so Tonya was living at Tameka's house with her two daughters, Tuawanna and Tayanau. There were only three bedrooms and one bathroom, so it was a full house with everyone else already living there: the two boys, Reba, Eva, and Anna Belle.

6.      Rejon and John did not have a consistent disciplinary figure in their lives. They went without discipline because Reba was either working or sleeping between jobs. She slept maybe three or four hours a day because she often worked nights. Reba's brothers, Joe and Stanley were not much help as disciplinarians for the boys. Joe and Stan could only spend so much time around the boys because they had families of their own. There was also some distance between Stan and Joe and their sisters, especially between Joe and Reba. Everything was a competition to Joe. I have heard Joe make comments about the way Reba raised her children. He said he wondered how Reba's children were going to turn out, implying that they would not turn out well.

7.      Both of our families have been touched with violence. Tameka's father, Cecil Anderson was killed in 1991. Our son, DeyenRa, was born less than two months before Cecil died. I met Cecil a couple of times. Cecil and Reba got together briefly when Reba was a teenager. Cecil had a lot of other children. Tameka's half-sister from Cecil, also named Tameka, used to come over and spend time at Reba's

Exhibit 26

home. Tameka's cousin, Shalandria, died in 2003. She was a pastor's assistant and nurse. Her death was determined to be a suicide, but the family says it was her husband. He was violent toward Shalandria.

8. Tameka and I were still early into our relationship when I got shot in the arm and leg. I was about 21 or 22-years-old. Tameka came to the hospital to see me. I had been hanging out with a friend in his car down where all the college kids hang out. I was in the streets at that time, making money the illegal way. When I got shot, I assumed it was a mistaken identity situation because my friend had plates that were not Georgia plates. These two guys came up to the window of the car I was in, and one shot me right through it. The ambulance came. I went to the hospital. I thought my friend who was driving had been shot but he was not. That was the first and last time I was shot.

9. A few years into our relationship, Tameka and I got an apartment together on Candler Road in East Atlanta. Candler Road was a rough area. Cops were called often and there was a lot of criminal activity going on. Reba helped us with the bills because we had never been on our own. Rejon and John spent a lot of time with me and Tameka at our place on Candler Road before we had our own children. They were like our practice kids. They came over and stayed with us. We had a great time with the boys, but we were still so young ourselves. I enjoyed being with John and Rejon when they were kids. John was a curious, active little boy. He was always getting into something. He was a handful. If anyone was going to get into trouble as an adult, I thought it would be John, not Rejon. Rejon was quiet and stayed to himself. Reba did things like buy season tickets to Six Flags for the boys. Because she was working, Tameka and I took them there and to other places during the summers.

Exhibit 26

Declaration of Ramon Shepard
Page 4 of 11

10. There was one incident that happened on Candler road in our apartment that scared us all. I kept a gun in our place for protection, since the area was so dangerous. I went to put the gun under my and Tameka's bed and it went off. Rejon was in the room and only a few feet away from where the bullet shot; it almost hit him. It startled us all. We lost the apartment on Candler. We were not ready for all that. I was working at my dad's convenience store. I wasn't making much money working there but it was a job. We moved back home with our families.

11. We got another apartment in Conyers, about 30 minutes east of Atlanta for a few years. It was on the way to Covington, where Tameka's Grandma Anna Belle's family was born and raised. Tameka worked at her friend's place doing hair nearby. The salon where Tameka worked was robbed. It was scary. We realized we did not want to be that far out of town if something like that happened, so we moved back to the city.

12. Tameka and I got married on November 7, 1991 in DeKalb County, Georgia. Our son, DeyenRa Shepard, was born December 5, 1990. Our daughter, ReMeka Shepard, was born on July 28, 1992. Both of our children grew up loving their Uncle Rejon and developed a close relationship with him.

13. Rejon liked to be alone, both as a child and as a teenager. He did not show much negative emotion. If Rejon was angry or frustrated, his nose twitched but other than that, you did not know he was upset. He became teary-eyed often. Rejon was sensitive to the people around him. He would sit back timidly and observe. You had to watch what you said and how you said it around Rejon because he was sensitive. He was not used to loud talking or cursing. Even as he got older, he was still like a little kid: shy, curious, eyes wide open. Rejon was book smart, but also childlike.

Exhibit 26

Declaration of Ramon Shepard
Page 5 of 11

14. Rejon seemed especially kidlike when it came to sex. Girls his age were too fast for him. If a girl was climbing out a window at night, she was too fast for Rejon. Unless a girl made a move on Rejon, the move was not getting made. I was thankful when Rejon started bringing girlfriends around. Jessica Jackson, his first girlfriend helped me and Tameka by watching our kids. Before then, I thought Rejon might be gay. The way he used to walk around the house on his toes and other little things, like not being good at sports and hanging around all the women in the family, made me think he could be gay.

15. Rejon and John were like night and day. When I came by to see Tameka in my Camaro, I invited the boys to come for a ride. Rejon sat quietly in the backseat by himself and John bounced around in the front; he could not sit still. Grandma Eva used to tell John that he was just like his daddy and that was not a compliment. She had choice words for him. He was a rough little boy. He had a lot of energy. Rejon could do no wrong with Grandma Eva; he was always doing things she asked and helping her. Unlike his brother, Rejon did not enjoy playing with toys, video games, or physical activity. He was not an athlete, though sometimes he rode his bike. Rejon tried to play football. Reba went out and bought him all the equipment and then, at the first practice, he hurt his finger. He said: I'm done with this! He did not go back. Rejon liked being inside the house and playing with computers. I remember when Rejon and John were in karate. They both received trophies. He was good with design and he made the programs for church.

16. Johnny Taylor, the boys' father, was not around much. As a little boy and into adulthood, I could tell that John loved his dad. He wanted to be like him. Johnny was more of a stranger to Rejon. Despite Johnny's absence, Reba took the boys around Johnny's mother, Addie and his sister, Lisa Taylor. As a kid, Rejon stayed with Aunt Lisa and her two boys, Demarcus and Joshua. During the time

Exhibit 26

Declaration of Ramon Shepard
Page 6 of 11

that Johnny was out of prison, he bought a house on Beaupree Street in Lakewood, a neighborhood in South Atlanta. Reba and the boys moved in with him. Grandma Eva wanted Rejon to come back and stay with her. She joked that John could stay at Johnny's, but that she wanted her baby Rejon back.

17. While Johnny was out of the picture for years at time, Reba became close with Harold, her coworker. Reba worked at the Jackson U.S. Post Office at the airport and Harold worked at another one. I think they met at some work thing when all the post office workers got together. He was also the mechanic at Amoco where Reba was also working. Harold was a godsend; he was the right kind of man for Reba. Harold came over and fixed things around the house, like the water heater, or he worked on one of the cars. He always found a reason to come around and the family welcomed him. Harold had a wife and family; he never spent the night with Reba, but he and Reba had a special relationship.

18. John dropped out of high school early and went into Job Corps. He likes to say that he has been out on his own since age 16, but he was still getting some help from Reba financially. Job Corps placed John out in Brunswick, on the coast, about a four-and-a-half-hour drive from Atlanta. Job Corps gave John a place to stay and taught him a trade. He learned about painting cars and the funeral home business. It's also where John got a girl pregnant. His son, Johntay, was born after the girl got back from Brunswick. At the time, it was clear that John had to get away from home. He had been living with all those women and no man around the house to teach him how to be a man.

19. Grandma Eva doted on Rejon and he did anything she asked. When he wanted to start a mobile car detailing business, she bought him a van. A neighbor, Wayne Kemp, worked the detailing business with Rejon. Wayne is still living across the street. Rejon took his business to Northside Hospital to get customers there.

Exhibit 26

When Rejon left Grandma Eva's home, my son DeyenRa took his place as the one she doted on and who did things for her.

20. Things happened too fast for Rejon. John started giving Rejon money and nice things. Rejon drove expensive cars and started getting attention from girls. I wish I knew what I know now about raising kids when Rejon was growing up. I wish I was more of a father figure to him when he was little. I was young and still trying to figure things out for myself. I did not have a good childhood to draw from when trying to help Rejon out as a kid. I know better now because I'm a father; I have had more experience and I am older. I think back and wish I pulled Rejon aside when he was a teenager to talk to him about the kind of people he was hanging out with. They were a bad influence. But I was caught up in the things going on in my life. I still regret having failed to talk to him.

21. I grew up different from Tameka and the boys. They lived in a standalone house in DeKalb County. At the time, Gresham Park was one of the better neighborhoods. It was more than a step up from where I was from. The environment I grew up in was a lot like the one their fathers, Cecil and Johnny, did. I grew up in the projects, U-Rescue Villa in the Old Fourth Ward neighborhood. The city tore them down about ten years ago. My mother grew up in foster homes. The Old Fourth was an all-Black neighborhood and it was rough. I grew up having to fight, I was exposed to a lot of crime and violence. I was zoned to go to Grady High School, but I transferred to Avondale. What was similar in our families was that no one talked about getting an education. Instead, it was just: Get through high school, hopefully.

22. In the environment I came up in making money and surviving came first. I dropped out of school and my sister did as well. She ended up getting her GED later. I got all the way to the 11th grade before I dropped out and got a job. My first

Exhibit 26

job was in roofing. I felt like I was making pretty good money at the time. Hurricane Hugo hit South Carolina and I went down there to work. I'm about two years older than Tameka. I was around 19 or 20-years-old when we met. She was working at the Amoco gas station with her mom. Her mom was on the floor sleeping at the time, trying to sneak in some rest with all her jobs. One of her cousins was also there. I was getting gas on my way to South Carolina for work and we stayed in touch. I stayed in South Carolina for two weeks and went to see Tameka when I got home.

23. Over the years, Tameka and I have had hard times. During some of those times, we separated. The longest we have ever been separation is about three years. We are going 15 years strong, without any separation. We were so young when we first began dating. I was up against a lot. We stayed together because my parents have been married for over 40 years and I wanted to be like them. We also had kids young. My biological father was not a father to me. I wanted to be more and do more for my kids; I wanted to be a real dad. I have memories of waving to my father on the street as a kid, and him looking at me but driving right past, without ever acknowledging me.

24. When Rejon got arrested, we did not expect the federal government to take the case. I believe that Rejon and his case are in God's hands. Everything happens for a reason. I know that God is working through Rejon at Terre Haute. Sometimes I blame the adults in Rejon's life, myself included for where he ended up. If Rejon is having to do all this time in prison, we should have to do time with him. In a way, we are doing time with him. I wish we could have done something back then to put Rejon on a different path. When something like this is happening, you cannot always see it. You cannot go back and change it.

25. I knew both of Rejon's codefendants, Joey Marshall and Sir Jack Matthews. Joey was around the family since he was a kid. Joey and Rejon often

Exhibit 26

Declaration of Ramon Shepard
Page 9 of 11

hung out together when they were 10 or 11-years-old. Joey referred to Reba as his mother. Joey's grandmother, Miss Inez, stays right around the corner from the house on Rollingwood. She used to work at South Side High School. Sir was not in the picture until sometime after Joey. Sir was a rough kid. He like to wrestle and fight with other boys. This made Tameka nervous because Rejon was so small and not a physical child.

26. Rejon was out of it for a while immediately after his arrest. He was silent. Rejon did not want to talk to anyone in the family. Rejon also did not talk to his attorneys about what happened the day of the crime. It is not that he did not care about what happened or about his situation, it was that he was in shock. Rejon did not know the severity of what was going on. I wondered if he thought that if he did not say anything, it would make the situation better. I was not talking to him personally at the time, so I am not sure what was really going on in his head.

27. Rejon's defense team did not contact me personally or request an interview, even though I have been in Rejon's life since Rejon was about six-years-old. I was present during some of the family meetings that Rejon's defense organized through Reba Taylor, but they did not ask me questions. The defense did not ask me to share my information about Rejon and his family. The defense did not ask me to testify. I was willing to testify on Rejon's behalf without hesitation, but the lawyers did not ask me.

28. When I attended Rejon's 2008 trial, I was not allowed to enter the courtroom during his trial, but I paced outside in the hallways and looked inside when I had the chance. No one explained to us why my wife and I could not come into the courtroom to listen and support Rejon. I read all of the trial transcripts. The prosecutors made Rejon out to be a monster. His defense attorneys did not do much to contradict that picture of Rejon. They did not emphasize that Rejon was a

teenager at the time of the crime. They did not portray the Rejon we all knew and loved.

29. In the aftermath of the arrest and trial, we were mad at John for a while, but did not express our feelings to him. Rejon was too young for the lifestyle that his brother introduced to him. I was not going to allow that to happen to my son. We had to tell John that things would be different with DeyenRa. I even told Reba not to buy certain expensive shoes for DeyenRa.

30. It was hard for me to talk to or see Rejon after he was arrested. I did not want to see him like that. I often went with my wife and other family members to the Hamilton County Jail, but I waited outside while they visited with him. It was too hard. The first time I saw Rejon in person was about ten years after he had been incarcerated and was already at Terre Haute. Even during that ten-year period, he was a consistent presence in my life, and me in his because he is very close with his sister Tameka, my wife.

31. Rejon has made some major changes in his life. He has grown up in prison. In the Hamilton County Jail, Rejon had a lot going on. Knowing the person that he is, I was afraid that someone would take advantage of him. He is childlike and has always been that way. But he has matured in prison and I am proud of him for that. He has learned to express himself. When he was out here with us, he was quiet and unable to communicate like he does now.

32. We started referring to Rejon as the Principal about five years ago. He likes to tell people to do this or that when he calls, and everyone listens. When Rejon calls, my wife stops everything to answer the phone. If there is something Rejon asks her to do, she does it. Our family has a deep respect and love for Rejon. We are heartbroken over his situation.

Exhibit 26

Declaration of Ramon Shepard
Page 11 of 11

33.    No one representing Rejon Taylor contacted me personally prior to his 2008 trial or asked me to testify on his behalf. I was still living in DeKalb County, Georgia at the time of the trial and willing to testify to the information in this declaration.


The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 27, 2019.