Exhibit 28

## DECLARATION OF ROSA MOSS

I, Rosa Moss, declare as follows:

1. Rejon Taylor is my first cousin once removed. His mother, Reba Taylor was my first cousin. Reba's mother, Eva Claire Williams was my father, Leonard Gatlin Sr.'s sister. Eva and my father shared the same mother and father: Anna Belle Williams Malcolm Benton and Howard Gatlin. They shared a half-sister, Leola Smith who had a different father. Leola's name is spelled Leora on her funeral service but our entire family knew her as Leola. Leola was 50-years-old or so when Auntie Eva told her she had a different father. Eva got angry at Leola and told her she was not her real sister. Leola was devastated by that news. She died July 7, 1996 from a blood disease. She did not tell anyone she was sick.

2. The name Malcolm in Anna Belle's name comes from Anna Belle's first husband who I never met. I did not know her as Malcolm and I did not hear stories about her husband. I only knew Anna Belle as Anna Belle Benton. Names are a funny thing in our family. We do not always know where they come from. For example, I always felt that Eva and my daddy did not have the same father, even though Grandma Anna Belle said that Howard Gatlin was their father. The fact that Anna Belle did not give Eva the last name of Gatlin fed into my suspicion that Eva had a different father. Of Anna Belle's children, only my father took Howard Gatlin's last name. Eva had Anna Belle's maiden name: Williams. However, Eva gave all of her children the last name of Gatlin, so that was confusing and a mystery to me. Most of the family who would know about Anna Belle and her history are now deceased.

3. I was born in a house on Short Street off of Brown Road in Covington, Georgia. I was the second child born to my mother, Myrtis Davis, and my father. Peggy is my older sister. She was born July 2, 1948. I was born July 28, 1949 and my youngest sister, Pearl, was born July 20, 1950. We were all born in a house

Exhibit 28

with the help of midwives. For some reason, my birth certificate says that I was born at Grady Hospital, but that was not the case. I was born with Scarlet Fever and my mother took me to Grady almost immediately after my birth. There were no hospitals in my hometown so my mother had to drive me about 45 minutes to Atlanta. I almost died. Anna Belle and Eva thought that I just had a bad fever but my mother insisted that I needed to go to the hospital.

4. I spent the first part of my childhood in Covington and Oxford, Georgia where my mother and father's families lived. These are small towns about 45 minutes southeast of Atlanta and only about a five-minute drive apart from one another. My mother's family told her not to get involved with the Gatlins; they said they were trouble. They knew my father had a bad reputation with women and that the Gatlins were poor. My father was mean. I saw him beat several women, including my mother. My mother's family had a little bit of money and were considered relatively rich compared to other Black folks at that time in Covington. My father's family thought Momma's family was uppity because they had money.

5. In Covington, I lived with Auntie Eva, Grandma Anna Belle, my sisters and my mother and father. I have never lived in a house with just my sisters, mother and father. Our house in Covington was made of wood it had a porch and three small bedrooms. We had an outhouse to go to the bathroom. We had little white buckets that we kept in our rooms to use if we had to use the bathroom during the night. I could see under our porch and we played hide and seek. We lived in a poor neighborhood. Anna Belle's sister, Addie Willie Pearl, who I knew as Pop, lived right next door. My mother's family lived in brick houses.

6. I had no interaction with White people in Covington. If you saw a White person, it was because that person was coming to get Black men to work for

Exhibit 28

them. I did not go to school in Covington. I remember my mother took me to a house, sort of like a nursery or daycare, but it was not an actual school with academic instruction.

7. Grandma Anna Belle picked cotton while living in Covington. Eva helped sometimes too. Anna Belle left very early in the morning and came back late in the evening. Living in a more rural part of Georgia at this time meant we lived a life of hard work. Anna Belle sold vegetables that we grew. We kept animals. We got our milk from cows that Granddaddy Oscar Benton butchered to sell for money or for us to eat.

8. My mother married my father around 1948, shortly after Peggy was born. Our father was mean and abusive to our mother. My mom used to say that he was wild. He beat on my mother and almost killed her once. She showed me the scar on her stomach where he cut her. I remember that he slapped me one time because I wanted a pair of shoes that he was not going to buy for me. I remember that because it hurt pretty bad. Auntie Eva ended up buying the shoes for me; she became like a mom and a dad for me. My mother met another man, John Davis and started seeing him while still married to our father. She and my father separated and eventually divorced. When our parents separated, they left my sister Peggy and I with Auntie Eva and Grandma Anna Belle. We were young, about two and three-years-old when that happened. Our sister, Pearl, was just a baby. Our mother took Pearl with her when she left Covington for Detroit, Michigan to be with John and her family in that area. She should have taken us too. Peggy and I ended up getting the hard end of the bargain. I called Anna Belle 'Momma' before I knew I had a different mother. I was 13-years-old when I found out that Myrtis was my actual mother. Eva told me the truth. My mother had

Exhibit 28

Declaration of Rosa Moss
Page 4 of 13

been calling and trying to get in touch with us, but Anna Belle would not allow us to talk to her.

9. I was between 8 and 9-years-old when we officially moved to Atlanta. Before then, we had been going back and forth from our home in Covington to Atlanta. We stayed with different people during out visits to Atlanta, most of them were people Eva knew. Eva had been going back and forth to Atlanta on her own. We drove to Atlanta in Granddaddy's pickup truck. Granddaddy had been working on a house for all of us to live in. The house was on Fern Avenue in Peoplestown; an all-Black neighborhood at the time. We moved to Atlanta for better economic opportunities. Grandma Anna Bell helped all of her sisters, Josephine, Leila and Addie, get to Atlanta eventually. They all wanted a better life. We went back to Covington to visit but eventually stopped because Anna Belle and Auntie Eva were afraid my mother's family would try to keep us when we visited. They wanted to keep us and my mother wanted us to be with them, but Auntie Eva and Anna Belle would not allow it.

10. My father moved to Atlanta also, but he did not live with us. He stayed with various women he was dating. Sometimes he let us come stay with him, but we were sent back to Anna Belle and Auntie Eva when he got a new girlfriend and did not want us around. He was always taken care of by women. Grandma Anna Belle gave him money whenever he asked for it. Eventually he settled down with a new wife, Ruby. He had a whole set of children with Ruby and was more of a father to those children. Our half-siblings by my father and Ruby were Leonard Jr., Sharon, Patricia and Michael. Vanessa and Deborah were Ruby's daughters from another relationship. Even they wondered where we were and why we were not around when they were growing up. I cannot recall a time when my father hugged me. Anna Belle was that same way. They rarely, if ever, showed affection.

Exhibit 28

11. Granddaddy Benton built our house on Fern Ave. He was a day laborer. He was good with lumber and construction-type tasks. We thought we were rich all of a sudden when we moved into the house because it was such an upgrade from the house we lived in in Covington. The first time I saw a commode was in our new house. It took a bit for me to feel comfortable on the commode because I was so used to going in an outhouse or a pot or outside. We had a garden in the back of our house in Peoplestown.

12. I was unable to attend school before we moved to Atlanta, so I was academically behind when I enrolled in the first grade. I attended Stanton Elementary School and later Slater Middle School, both all-Black schools. The public schools in Atlanta were racially segregated at that time. These schools did not have a lot of resources compared to the White schools.

13. I helped raise Reba and her siblings: Tonya, Stanley and Joseph. Reba was a good child. She was house-ridden, or not aloud out of the house much. Grandma was real particular about Eva's girls. She did not like them going out much and did not like them being around boys. Reba was the quiet child while Tonya was the mouth. Tonya talked back to me and other adults. If Tonya was told to do something that she did not want to do, she pouted and cried.

14. Growing up with Grandma Anna Belle was difficult. She was severely strict. I was not allowed to do much, other than be in the house and take care of the children and the housework. I felt like I was always wrong, no matter what I did or said. If I did not do what she asked of me, or did not do it the way Anna Belle wanted it to be done, she whipped me. Anna Belle used switches mostly. She was the disciplinarian. Ann Belle was different with Eva's children. She let them do what they wanted for the most part. Auntie Eva, she was different. She took up for me and loved on me. She defended me when she could. Granddaddy

Exhibit 28

also told Anna Belle not to beat me. I loved Granddaddy. He was really nice to me. Eva's children did not like him so much. Stanley and Joe had the attitude that he was not their father, so they did not have to mind him. They thought Granddaddy bossed Anna Belle around and they did not like that. Granddaddy lived with us off and on both in Covington and in Atlanta. When we first moved to Atlanta, he stayed with us for about ten years. When he left us, he stayed on the Southside of Atlanta.

15. Granddaddy and Anna Belle ran a shot house. They made and sold alcohol. There was a hole in our kitchen floor behind our washing machine where they kept it. People came in and out of the house to buy the alcohol. One of Granddaddy's friends told on him and the police sent an undercover cop in to buy from them. They took Granddaddy to jail. Police were brutal back then, especially the White police officers. It wasn't just White police officers either, it was certain White folks in general. I saw a Black man get killed just for asking a White man for directions once. It happened right around the corner from our Fern Avenue house, on Haygood Avenue SE. I was about 15-years-old at the time. This Black man came up to a White man's car and started asking about directions. The White man must have not liked how he approached him. The White man's voice got loud and all of a sudden, he shot and killed the Black man.

16. You had to be careful and hold your own during the time that I grew up. I was a fighter because I had to be. If I was afraid that I might get beat up, I went to my dad's house for safety. He told me to get out of the house and fight if someone was giving me trouble, so that's what I did. I once jumped a fence when I was seven months pregnant to fight a girl who was bullying Tonya. I did not care for Tonya much, but I fought for her. Another girl hit Tonya in the face with a rock. I jumped on her for that. People in my neighborhood picked fights for no

Exhibit 28

Declaration of Rosa Moss
Page 7 of 13

reason, it created a survival mentality. You had to be prepared with violence for whatever violence might come your way.

17. Grandma Anna Belle had favorites; children in the family that she poured more love and attention into than others. She doted on Eva's children, especially the boys. She loved boys, period. She was crazy about them.

18. Peggy got pregnant and then married so she moved out of our house on Fern Avenue by the time she was 20. She gave birth to her first child, Larry Jr., when she was 18-years-old. Larry was born April 22, 1967. Her first husband was Larry Jr.'s father, Larry Gooden. She began having troubles with Larry and they separated. During their separation, she dated William Tonkin. William is the father of Peggy's second child, Valeria who I call "Niecy." Peggy was 20-years-old when Niecy was born on May 23, 1969. Peggy ended up going back to Larry and had her third child, Yolanda with him. Yolanda's nickname is Red. She was born July 24, 1970 when Peggy was 22-years-old. Peggy divorced Larry and later met and married her second husband, Ken Welch. Peggy had two children with Ken: Shalandria, who I called Shawn and Julian whose nickname is Fat. Peggy was 25 when she had Shawn on May 24, 1974. Peggy was 30 when she had her fifth and final child on March 22, 1979. Peggy's husband Ken was shot and killed by someone he knew over money.

19. I left Peoplestown for about a year when I was around 16-years-old. My mother and sister had come down for a visit. I decided to go back to Detroit with them. Things were good in Detroit. I was allowed to be young. I got along well with my mother's husband, John Davis, at first. He tried to be a father-figure initially.

20. As good as life was in Detroit, it ended when we found out that John was unfaithful. I picked up the phone one day and a woman was on the other end.

Exhibit 28

Declaration of Rosa Moss
Page 8 of 13

She told me she wanted to talk to my stepfather and that she was with him. I told my mother. It was a mess. My mother told me that she did not want me to be around for the aftermath so I was sent back to Peoplestown. Pearl decided to move there with me. She did not want to lose our bond.

21. Pearl was not used to being treated the way that Anna Belle and Eva treated us when we moved back to Peoplestown. She recognized quickly that they expected us to do the housework and care for the children. One of the most shameful things that went on in the household is that we had to wait until Eva's children and everyone else ate before we ate. Anna Belle even put a lock on the refrigerator at one point. This was specifically to keep me out of the fridge. She bought Stanley his own groceries that no one else was allowed to touch.

22. Pearl and I did the mopping, clothes washing, dishes, cleaned floors and more. I was like a maid. Anna Belle did not even realize that I tried to run away multiple times. I always ended up back on the back porch because I had nowhere to go and no money to get there.

23. One positive thing I learned from Anna Belle was how to cook. She did most of the cooking when I lived with her and she allowed me to be in the kitchen to teach me. I was only allowed to do certain things, things that she specifically asked me to do, while helping her cook.

24. Eva sometimes stayed gone from our house on Fern Avenue and I missed her when she left. She had several boyfriends, but I only remember three of them. She was doing what she had to do to make money and provide for her kids. She was out trying to make a living the best way she could. I knew what was going on. She had many, many boyfriends and stayed gone most of the time. She barely lived at the house on Rollingwood because she was staying with different men. Her sons became resentful as they grew older. They did their own

Exhibit 28

Declaration of Rosa Moss
Page 9 of 13

thing. We all practically raised ourselves. The one constant was that Grandma Anna Belle always did the cooking. Of Eva's boyfriends, Mitch was one who was nice to me. He had his own place, so Eva went there to spend time with him. William was another one, but I did not like him. He was abusive to her. Eva came in with bruises on her face and body after being with him. I was old enough to know where those bruises came from. Shot was the last one that I remember. He was a drinker. He never bothered me though. He was a friend of my dad's. I always believed he was Reba's father. Shot said he knew Reba was his child. Reba looked just liked him. Shot was married so they kept the fact that Reba was his daughter a secret.

25. Eva bought me my prom dress. She tried to make me happy. She is the one who gave me the nickname, Pat. She told me that I used to sing 'pity-pat' and clap my hands when I was little.

26. I attended to Price High School but did not graduate from Price when I was supposed to graduate. There may have been three White students in the whole school. I had to go to summer school for math so I was not allowed to graduate in 1967 like I should have. Instead, I graduated in 1968. All of the schools I attended were all-Black schools. When I was coming up, there were very few White folks around me.

27. I wanted to attend Morris Brown College, but Anna Belle said she would not help me pay for it and that I could not afford it on my own. Anna Belle frowned upon education and I never understood it. Anna Belle only made it to the 7th or 8th grade; that was the highest education level that was offered to Black children when she was coming up. Auntie Eva and my father did not finish school, but I am not sure when they stopped going. My best friend, who was attending

Exhibit 28

Declaration of Rosa Moss
Page 10 of 13

Morris Brown at the time, tried to talk to Anna Belle about me attending night school to start off, but Anna Belle asked who would watch my daughter.

28.    I became pregnant at 19-years-old with my oldest daughter, Sonya. I married Sonya's father, Franklin Moss, in 1973. I felt like I had more freedom when I married, even though we still lived on Fern Avenue. My husband was in the military and we were trying to save money. It was awkward living there with Eva's children and Anna Belle, but we made it work. Pearl had already moved out of the house by the time my husband moved in with us. She married Gary Bowens but divorced him later on.

29.    I remember when Reba became pregnant with Tameka. She got pregnant by her very first boyfriend, Cecil Anderson, when she was 15-years-old. Anna Belle was very mad about it at first. Reba and Cecil were naive about the pregnancy. They used to wrestle to try to make her lose the baby. Reba was scared to tell anyone she was pregnant but once Tameka was born, Anna Belle and Eva loved her.

30.    Reba did not drink or smoke as a young person, nor as an adult. She was like me. We were around drinking too much growing up and wanted better for ourselves and our children. Anna Belle was a drinker. Granddaddy drank too. He could hold his liquor. Anna Belle stopped drinking on her own. I was a teenager at the time and still living with her on Fern Avenue.

31.    Before I moved out of our house in Peoplestown, Grandma Anna Belle, Auntie Eva and Eva's children moved to Rollingwood Lane in DeKalb County. I knew they had been looking for a new place, but they left one day without telling anyone. I got a call from my daughter's nursey that no one was home to get her from the bus and the driver was not sure what to do. I left work to pick her up. They left me one bed, the refrigerator and the stove.

Exhibit 28

32. When we could afford to move, we went to College Park and then Deerfield after we left Peoplestown. We stayed there about 5 years before we moved to College Park in Fulton County and bought a house there. I divorced my husband in 1982 because he had been unfaithful too many times. My daughter went to school with one of his girlfriend's daughters. When the little girl saw a photo my daughter had of our family, she pointed to my husband and said that was her daddy. That was how I found out he had been cheating. It was heartbreaking. After we divorced, I moved to Club Candlewood Apartments in East Point. Every time a new place got bad, I moved. Eventually I landed in Peachtree City where I am at now. I began working in this area doing home healthcare and decided to stay.

33. When Rejon was born and as he was growing up, I visited the house on Rollingwood three or four times a month. Typically when I visited, John was not home while Rejon was always there. Rejon was a depressed child. I did not want to mention that to Reba or Eva, but I thought he was sad. He was a sensitive little boy who was quick to tear up. I thought Rejon did not have friends because when I visited, he was at home by himself. He just played alone and kept to himself. No other little boys or girls were around for him to play with. This would have been when he was between three and five years old. When Tonya brought her children over to the house, who were around the same age as Rejon, they played together. Rejon was a good child growing up. He was very respectful and quiet.

34. As a teen, John influenced Rejon. He wanted to be like John with his flashy cars and nice clothes. He wanted to be around John more than anyone else. He looked up to him. This made sense to me. Rejon's father was in and out of prison for most of his life so when he became a teenager, he gravitated to the next

Exhibit 28

best thing, his older brother. I am scared to be around John even now. I don't like how he makes his money.

35.    My family and I have dealt with a lot of different health issues. We have suffered several early deaths. My half-sister, Sharon Hurst, died of a heart attack in her thirties. My sister Peggy died at age 48 from a tumor that was growing behind her eye. The tumor began to affect her brain. My niece, Shalandria, was said to have committed suicide, but our family knows better. We believe that her husband, killed her. I have diabetes and am on insulin. I also have high blood pressure. Two of my daughters, Marcy and Sonya, also have high blood pressure and diabetes. My father had many health issues including diabetes and alcoholism. He did not listen to the doctors when they told him to stop drinking. He passed this onto my half-brother, Leonard Jr. Leonard Jr. who died at age 52 from complications from alcoholism. When he was alive, Leonard Jr. had seizures often. My half-brother, Michael Gatlin has diabetes. Grandma Anna Belle had very high blood pressure but lived until she was 84-years-old. She had all her own teeth when she died. Auntie Eva experienced a lot of problems either as a result of or in combination with her Alzheimer's. She had dementia so her mind wasn't right toward the end. I wondered if any of Eva's mental problems were related to her car accidents. She had two or three bad car wrecks. She broke her leg in one of them.

36.    I heard about Rejon's arrest in 2003 when Reba called to tell us that it had happened.

37.    No one representing Rejon Taylor contacted me prior to or during his 2008 trial. I would have been willing to talk with anyone representing Rejon Taylor and I would have testified to the information in this declaration.

Exhibit 28

Declaration of Rosa Moss
Page 13 of 13

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 25, 2019.