Exhibit 30

## DECLARATION OF SANDRA G. HINES

I, Sandra G. Hines, declare as follows:

1. Rejon Taylor was the youngest son and child of Reba Gatlin Taylor. His mother recently died on January 31, 2018. Reba and her children, Rejon's two older siblings, Tameka Shepard and John Taylor were members of my father's church, Temple of God, Inc. in Atlanta, Georgia.

2. I have been involved with Reba and her family since I was ten or 11-years-old. Reba was a few years younger than me. I was born on October 28, 1953 in Atlanta. We met through our church. Reba's mother, Eva Williams, her grandmother, 'Mother' Anna Belle Williams, and her aunties attended our church and brought their children. Mother Anna Belle's sister, Josephine Williams, also attended our church. I knew Reba's older brothers, Stanley Gatlin and Joseph Gatlin, and her younger sister, Tonya Gatlin. Once they became adults Reba and Tonya continued attending church, but their brothers did not come as often. Of the women in their family, Anna Belle and Reba were the quiet ones. Eva and Josephine were the talkers. They all told you what was on their minds when they felt it.

3. My father, Paul Grant, and a woman who was called 'Mother Rose' started our church in the mid-1960s. Our church split from another church, the Rose of Sharon Church, in Atlanta, which was part of the larger Church of God in Christ, an African American Pentecostal denomination. After the split, my father was the minster of three churches, one each in the towns of Winder and Newnan, Georgia and one in Atlanta. He went to a different one each Sunday except the third Sunday of the month when the three churches came together for 'Union Sunday.'

4. Reba's family members were important members of our church. Her mother Eva found places for our church to set up tents for revival services. The tent revivals grew the church. Eva's brother, Leonard Gatlin Sr. (Brother Gatlin) at one time was a church deacon. Eva was the treasurer and my mother, Christine Grant,

S.G.H.

Exhibit 30

was the secretary of our church and both were business advisors to my father for the church.

5. We are a Pentecostal church, and my father was an orthodox minister. Our church was strict. We were not allowed to go to the movies or play cards, and women and girls had to wear dresses. I could not listen to secular music. My father used to break the music records that I bought for $1.03. We attended church services all-day on Sunday from 9:00 a.m. to 11:00 p.m. Sometimes my siblings and I used to beg our father to eat in a restaurant instead of going to a church member's house for dinner.

6. The strictness of our father and our church was harder on my brothers and older sister than it was on me. I was the middle child in a family of seven. I had two older brothers and one older sister. I had two younger sisters and one younger brother. My father raised us to be respectful. We were expected and taught to respect and listen to our older siblings. Being quiet was one thing that Reba and I had in common at church.

7. Before my father became a fulltime minister, he worked for and became a manager at a Colonial grocery store in Atlanta. He started working for the grocery store in 1947 as a stock clerk. He had this job when he moved our family to the Perry Homes Public Housing Projects in Atlanta when I was three-years-old. Perry Homes was made up of a thousand apartments, ours was apartment number 1000, and was an all-Black neighborhood about five miles northwest of downtown Atlanta. Reba's Aunt Josephine lived in Perry Homes.

8. My mother worked at a laundry, Morgan Cleaners. She also drove people in Perry Homes to the stores in Atlanta. The ladies used to wear their Sunday best clothes to walk to the grocery store. My mother continued to drive folks later after we moved from Perry Homes.

*S.G.H.*

Exhibit 30

Declaration of Sandra G. Hines
Page 3 of 10

9. Atlanta was still a segregated Southern town in the 1960s. My mother could not take us downtown to try on shoes. She had us stand on a piece of cardboard and traced our feet. Due to the racism, my mother did not want to subject her children to that treatment to try the shoes on to see if they fit. I did not go far outside my neighborhood for many things because our schools and the stores we could enter were all located in our racially segregated neighborhood.

10. I did not know where Reba and her family were living when I was a child living in Atlanta. We only got together at church, and I assumed she lived somewhere in the Perry Homes projects because all of the Black people that I knew seemed to live in those projects. By the time I started to get to know Reba and members of her family at church, my father decided to move our family to Lithonia, Georgia in 1963. My father made too much money at Colonial for us to continue living in public housing.

11. Lithonia was a small town east of Atlanta. It was a shock. My oldest brother who was a junior in high school cried when we moved. We had gone to all-Black schools, Bruce Street and Archie High, in Atlanta. The high school in Lithonia integrated in 1967. We were not used to living around white people. The only white person I had known in Atlanta was a Jewish man, Mr. Ike, who managed or owned a grocery store near Perry Homes.

12. The Perry Homes neighborhood got bad in the late 1960s and during the 1970s. We drove through the neighborhood on the way to and from church. It became drug infested, and later was struck by a tornado. It seemed the housing authority and the people living their stopped taking care of the homes after that happened.

13. Before choosing Lithonia to live in, my father had wanted to move us to Stone Mountain, Georgia, another small town outside of Atlanta. When my father

S.G.H.

Exhibit 30

Declaration of Sandra G. Hines
Page 4 of 10

asked what Stone Mountain was like, he was told the Ku Klux Klan (the KKK) were there so he chose Lithonia instead. After we moved to Lithonia, we found out there were KKK meetings held in the neighborhood behind our house.

14. My father told us stories when we were growing up of the fear and racism he experienced when he was growing up. My mother and he were both from small country towns in Georgia. When my father was growing up in Decatur, Georgia, there was a time when tensions were so high, his parents told him to hide under the bed in case the Klan or some other racist white person shot at the house.

15. In Lithonia, there were two sections of town where Blacks lived. My family lived in the section on the left side of the train tracks. There were white families that lived behind our house. We had a fence around our yard that separated us from them. Our yard had an apple tree that grew over the fence. The white children used to throw the apples at our two German Shepherds, Rocky and King. This caused our dogs to not like any white people that they saw. Someone complained and the City made us get rid of Rocky because they said he was a danger to people.

16. The children in Lithonia grew to learn that my father did not play. He made the children mind him. Boys were scared to talk to me because of who my father was.

17. My father retired as a manager from Colonial in 1972. Even with a family of seven children to take care of, I did not see my mother question my father's decision to become a minster fulltime. As a minister, my father made sure his family and his church members had what they needed. For seven days a week all we knew was church.

18. In Lithonia, my father held church in our basement during the week. Our church was eventually able to get a building in Atlanta on Mary George Avenue.

*S.G.H.*

Exhibit 30

From our building on Mary George, our church moved to another building on Boyd Avenue in Atlanta, and then to our present church facility in the Kirkwood neighborhood of Atlanta on Whitefoord Avenue.

19. It was while our church was on Mary George that Reba's and my family became closer. I grew to love and admire Reba's mother Eva. Besides helping my father operate the church, Eva and my mother opened a nursery school that they ran for the church.

20. Eva was not married, and she lived with her mother, Mother Anna Belle, on Rollingwood Lane in the Gresham Park neighborhood of Atlanta. Even living with her mother, Eva was the matriarch of her family. People who knew her listened to her and respected her. Eva did not play. My mother and Eva were the type of women who carried other people to get welfare checks cashed to keep them from being robbed because no one messed with them. Although Eva's sons, Stanley and Joseph, stopped going to church, they listened to Eva in every other way. Eva thought Joseph was going to be the one to succeed and take care of the family when it ended up being Reba. Reba's brothers thought more of themselves whereas Reba thought of others first.

21. My father adored Reba. She could do no wrong in his eyes. Even when Eva and others thought that Joseph was going to be the one in their family to look out for the others, my father said that Reba was going to be the one. Reba loved my father in return. Whatever my father told her to do, she did it.

22. It was hard on both of our families when Reba became pregnant in high school with her first child, Tameka. Our two families were the leading families in the church. I was surprised at her getting pregnant because Reba and I had been the quiet ones in church. I did not know who the father of her daughter was. Being unmarried and having sex was not something my father or our church approved of,

*S.G.H.*

Exhibit 30

Declaration of Sandra G. Hines
Page 6 of 10

but again Reba could do no wrong in his eyes. I was surprised that my father was not more upset.

23. This was not the case with my older sister Ruth when she became pregnant with her first child. Where Reba and I were the quiet ones in church, Ruth was very popular. My father was extremely upset with Ruth for getting pregnant even though she was 21-years-old and eventually married the father of her child. Our father acted as if he barely wanted to touch her baby. Maybe it was because she was his daughter and Reba was not that he treated them differently.

24. I graduated in 1971 from Lithonia High School. I got my degree in Early Childhood Education from West Georgia University in 1975. I started working for the DeKalb County School District in 1975 as a teacher. I married my husband in 1978 and we moved to Smyrna, Georgia in Cobb County. Later while still working for the school district, I got my Masters in Elementary Education in 1980 or 1981 and Counseling in 1991 or 1992 from Georgia State University. My husband and I later moved to McDonough, Georgia where we raised our children.

25. I was married and living outside of Atlanta and starting my family when Reba had her second child, John, and when she had Rejon. Reba married their father, Johnny Taylor. I am not sure how Reba met Johnny. Although Reba and I were friends, we were not the type of close friends where we told each other about everything in our lives or our relationships. Our friendship was built mostly around our relationship at church with our families. Reba was closer to and talked more with my younger sister, Sylvia Stokes.

26. I have never met Reba's husband Johnny. He did not come to church with her. I did know that he was in and out of prison when Reba was raising the boys. I do not know what she loved about him, but she did and stayed married to him even with his problems.

S.G.H.

Exhibit 30

27. Reba and her children lived with her mother Eva and her grandmother Anna Belle on Rollingwood Lane when they were not living with Johnny when he was out of prison. Reba made sure her children stayed in church. She brought Tameka and the boys to church with her. Tameka was 'Little Miss Temple of God' one year. It was only when they were living with Johnny that I did not see Reba or the boys at church.

28. Reba was a hard worker. She worked at the post office and had a part-time job at a service station. Like her mother, Reba took care of other people. She gave money to people and paid bills for people. I told her that she did not have to do all that she was doing, but Reba was stubborn and did not listen even when it was obvious she was being taken advantage of. Reba said she had to do it.

29. Reba, like her mother and grandmother, allowed anyone to move into their house on Rollingwood with their family. They did not turn folks away when they thought there was a need. Reba's cousin Katrina was homeless because she has mental challenges and does not want to pay to keep a place. It is hard to follow her because she talks 50 miles an hour. Reba let Katrina stay with her anytime she needed.

30. Reba's children were very important to her. She wanted the best for them. She sent John and Rejon to Smoke Rise Elementary School which was in the town of Tucker, Georgia in DeKalb County. Tucker was the opposite in every way from where they lived on Rollingwood Lane. Smoke Rise was a newer and predominantly white school than the one in their neighborhood. Reba took the boys to Smoke Rise Elementary to get them a better education. She was able to send them there through the school system's Minority to Majority (M-to-M) program that allowed a member of any minority group to go to a school where they were not in the majority. I was working for the school system at the time as a counselor. My

S.G.H.

Exhibit 30

Declaration of Sandra G. Hines
Page 8 of 10

friend, Trellis Henson, was a school counselor at Smoke Rise when John and Rejon went there. I asked her and she agreed to look out for Reba's boys. Unfortunately, Reba was not able to keep them enrolled at Smoke Rise for very long.

31. Before looking at Rejon's school records, I did not realize all the schools that he was enrolled in and attended. Many of the schools in the Gresham Park neighborhood had student behavior concerns relative to other schools in the DeKalb County school district. Gresham Park was a lower-middle class to working class Black neighborhood during the time Reba's children were in school. I can understand why she sent the boys to Smoke Rise Elementary. It was a better school than both Gresham Park Elementary and Terry Mill Elementary, which were the two elementary schools in Rejon's neighborhood that he attended. Years later after Rejon attended, Terry Mill was turned into a themed public charter school. McNair Middle and High schools were newer schools in DeKalb County, but they were both under resourced and were two of the lowest academically performing schools in the district. There was a lot of law enforcement presence at McNair High School and violence at both schools.

32. Reba tried to make a better life for her children. The problem with the schools in that part of the county was that there was not enough family and community support or understanding of the importance of education. The families were too busy focusing on survival and not on their child's education. In the more affluent and white parts of the county, the parents had the means to make sure their schools were properly funded and supported by the school district.

33. In my experience as a counselor and teacher, I have learned that moving children so often is not good for them. It is hard on them. They have no stability. It is a constant process for them to learn and relearn. Frequent school moves also

S.G.H.

Exhibit 30

make it hard for teachers, counselors, and administrators to recognize if a child is in need of services and then to connect them to the appropriate services.

34.     Knowing Rejon's family and watching him grow up in our church, makes it hard for me to believe what he has been accused and convicted of. I found out about it when my baby sister Sylvia or someone called to ask if I heard the news that Rejon was wanted for the killing. I could not believe it.

35.     Rejon was not the type of person that I thought could do something like this. Rejon never showed any signs of this. That is why it hurt so badly. I, and most of the people who I know who knew Rejon, could not believe it.

36.     Rejon was quiet and shy like my oldest son, Rahbi, and they were both stylish. Rejon was humble and timid, especially compared to his brother John. When he was a teenager, just a couple of years before his arrest, he used to bring his little girlfriend, Summur, to church. I saw them together for about a year. They sat in the front row of the church. My mother sat with the mothers of the church upfront in the pews to the side of the pulpit. Rejon used to sit up front and next to her while she beat the drum for the church.

37.     The only thing I could think of to make sense of what happened to Rejon was that he was trying to live up to his father's standards. I felt he must have wanted to be macho like his father. Rejon did not naturally have that demeanor.

38.     What happened with Rejon devastated Eva and Reba as it devastated all of us. After Rejon's arrest, Reba got into some kind of trouble and she lost her job at the post office. I did not talk to her about what happened with her or what was going on in Rejon's case. It was too painful for me, and I did not want to hurt Reba in bringing up such a painful subject. I knew she talked to Sylvia and had her as a good friend to share any of her burdens.

S.G.H.

Exhibit 30

39. Our church offered prayers for Rejon and their family during our services. We asked God's help in fixing the problem. Reba just cried in church when we did this and when we were not directly praying for Rejon. Our church was a place where Reba could express her grief.

40. Reba's children were Eva's heart. She adored Rejon. Eva's health began to suffer after his arrest. Then around 2006 her health began going down as result of Alzheimer's. She died a few years ago while Rejon was in prison.

41. Although Reba's death in January 2018 was a surprise, I felt her spirit had grown weaker since Rejon's conviction. I was glad to see that she and her family continued to support him while she was alive. I was worried with her death that the family might not, but they have not stopped.

42. My father passed away on January 10, 2019. I had been assisting him for years as the pastor of our church and I am now the head pastor. I retired from working in the school district in 2010 only to continue to work part-time for the district since then.

43. No one representing Rejon during the time of his 2008 trial ever spoke to me Rejon or his family. I would have been willing to talk to anyone representing Rejon at the time of his trial. I would have been willing to testify to this information on his behalf at his trial.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 24, 2019.

_____
SANDRA G. HINES

S.G.H.