Exhibit 31

## DECLARATION OF SARAH HARPER

I, Sarah Harper, declare as follows:

1. I am the younger sister of Addie Copeland Smith. My sister Addie had six children, including my nephew, Johnny Taylor. Johnny Taylor's son, Rejon Taylor is my great nephew.

2. My parents are Annie Copeland and Bill Copeland. My sister Addie was 15 years older than me. We had two other siblings, Nancy and Bill Copeland. We lived in Sparta, Georgia. My parents were not originally from Sparta, but that's where they raised us. My parents and all three of my siblings are deceased.

3. My mother's father was part Blackfoot Indian. I did not know my mother's parents. I never met them. Momma's sisters were Lily and Ella. Lily had long hair and light skin.

4. In our home in Sparta, I shared a room with my siblings. My mother used to give us castor oil when we were sick. I hated it. My mother picked cotton for White people. She would tear your ass up for not abiding. She was a good Momma. My father farmed a White man's land. White people owned all the land. My parents made very little money while working on the land but they were hard workers.

5. My sister Addie was known as "Lady Copeland." She cared for me when I was a baby while our parents worked. Addie was a good cook. She also picked cotton for White people in Sparta and all of the children she had in Sparta also helped. I helped too. Sometimes I got lost in the cotton fields when I ventured off. I always found my way back.

6. I got to spend the night at the white people's houses who owned the land where we worked. They treated me nice. They said I was like one of them. I have very light skin.

7. My siblings and I all attended L.S. Ingraham High School in Sparta. L.S. Ingraham was the school for Black children. There was a White school in Sparta

*SH*

Exhibit 31

Declaration of Sarah Harper
Page 2 of 3

that only White children could attend. Ingraham was replaced with another school in 1960, and later became Hancock Central High School. By the time I got to high school, my siblings had stopped attending. As a child, I wanted to join the army and marry a military man, but my mother said the army was full of cowboys. She did not allow me to join.

8. I met my first husband in Sparta. His name was Benjamin Howell. He was not a very nice man. He drank alcohol and liked to gamble. He hit me often. I had four children with Ben: Frances, Peggy, Jimmy and Ben Jr. All of these children were born at home, not in a hospital. Ben and I got a divorce. My son, Jimmy, is a pastor in Atlanta.

9. Addie moved to Atlanta when I was still a little girl. As a teenager, I took the train to Atlanta to visit Addie and her children. Johnny Taylor was a sweet boy. Johnny got in trouble, but he could sing. I stayed with Addie and her family when I visited Atlanta. Addie's attitude was "I don't give a damn!" and she said that too. Johnny's sister, Betty, was later murdered by her husband.

10. When I stayed with Addie in Atlanta, I worked as a waitress at a place owned by White people. Most people did not know I was Black. I have light skin; at the time I had long straight hair. People thought I was Indian and treated me well. Addie was darker than me and had naturally curly hair, she looked Black and people treated her like she was Black.

11. After working in Atlanta for a short time, I returned home to Sparta. I later moved to Milledgeville where I met my late husband, Joseph Harper. I had five children with Joseph: Carol "Cookie," Tammy, Bridgett, Eric and Anthony. This set of children were born in a hospital in Milledgeville. I have several grandchildren. One of my granddaughters is a doctor in Georgia.

SH

Exhibit 31

Declaration of Sarah Harper
Page 3 of 3

12.    No one representing Rejon Taylor contacted me prior to or during his 2008 trial.  I was still living in Milledgeville at the time of the trial.  I would have been willing to speak with anyone representing Rejon Taylor and I would have testified to the information in this declaration.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 4, 2019.

_Sarah Harper_
SARAH HARPER