Exhibit 32

## DECLARATION OF SYLVIA STOKES

I, Sylvia Stokes, declare as follows:

1.  I have known Rejon Taylor since he was a baby. His mother, Reba Gatlin Taylor, was a friend of mine. Her family and my family grew up together in my father, Paul Grant's, church, Temple of God, Inc., in Atlanta, Georgia. Reba's mother, Eva Gatlin, helped my father and mother, Christine Grant, build our church.

2.  Reba was one of four children that Eva had who grew up in our church. She was six years older than me. I was born in 1960. Reba had two older brothers, Stanley and Joseph, and a younger sister, Tonya. Eva's mother and Reba's grandmother, Anna Belle Williams, and Anne Belle's sister, Josephine, also attended our church. It was Sister Josephine who brought their family to the church for the first time.

3.  Reba and her family all lived together in the Summerhill neighborhood of Atlanta. They lived near the old Atlanta Fulton County Stadium where the *Atlanta Braves* used to play professional baseball games. I was living with my family in Lithonia. Then they moved to the house that the family still has on Rollingwood Lane in the Gresham Park neighborhood of Atlanta.

4.  Eva was a faithful church going woman. She drove the church bus to the tent revivals and the churches where we had services. She had a wonderful laugh and loved to talk. She was a storyteller.

5.  I knew which adults in our church that I could play with and tease and how far I could go with it. Anne Belle was of the ones I could tease and be playful with, but she told you off when she had enough.

6.  Reba's brothers, Stanley and Joseph, did not attend our church regularly once they became adults and eventually stopped coming. Her sister Tonya

SAS
SS

Exhibit 32

Declaration of Sylvia Stokes
Page 2 of 5

continued coming to church when she was an adult and she brought her daughters with her.

7.      Tonya and Reba had different personalities. Reba was warm, and she smiled and laughed easily. Tonya was prissy and snobbish as a child and an adult, when Reba was not. Tonya raised her girls that way too. After Tonya split from her husband, she and her girls lived with Reba and Eva in the house on Rollingwood for some time.

8.      Reba was a teenager when she became pregnant and had her first child, Tameka, in 1971. I am not sure how her mother and grandmother reacted or my father to her having a baby as a teenager. I loved Tameka. I was almost a teenager when she was born. I used to watch over the little ones in church. Tameka was my favorite. She was like my baby sister.

9.      Eva had a fit when Reba got pregnant with John. She did not like Johnny, John and Rejon's father. Johnny was in and out of jail. Eva said he was nothing but a jailbird. Eva had another fit when Reba became pregnant with Rejon. Eva did not allow Johnny into her house.

10.      Reba was happy and in love with Johnny, but she was unable to speak about him openly because of her family's negative view of him. Eva felt disgraced about her being with Johnny, so Reba did not bring him up. Rejon looks like his father. John bragged about him when they were growing up; he looked up to his father.

11.      Reba brought her boys to church. My mother used to beat the drum in church. John and Rejon used to sit up front near her. All of Reba's children were involved in church programs and said their little Easter and Christmas speeches. Rejon was the quietest one of the three. Besides looking like Johnny, Rejon also did

*SAS*

SS

Exhibit 32

not talk a lot, like his father. John was the most talkative. Tameka was silly like Reba. They were all playful and had the same laugh in the family.

12. When Rejon and John were middle school age, I did not see them as much at church. They were living briefly with their father after his release from prison. It did not last long because Johnny was back in prison soon after.

13. Rejon started coming back to church when he was older and in high school. He brought a girlfriend, Summur, with him a few times.

14. When Johnny was in jail in the 1980s, Reba met her friend Harold Hall while she was working at the post office. Reba and Harold had a close relationship. She called him her 'handy man' because he did so much for her and her family. Reba talked more about Harold more than she ever did Johnny because her family approved of Harold.

15. Reba worked other jobs while working at the post office. She often worked at service stations. She worked one job during the day and another at night. She worked to support her family and many others who asked for her help.

16. Reba was nice to anybody. She took many people into her home over the years: family members, friends, and people who she did not directly know, ~~but who~~ her family members knew. Reba took in stray animals also. It did not matter. I asked how she could do it and if she was ever afraid of being hurt or taken advantage of. She was not. She just repeatedly said that she was going to be all right.

17. Rejon was like his mother in this way. He was nice to everyone. He asked how he could help you. Rejon did not mind going out of his way to be helpful.

18. Reba wanted the best for her children. She tried to put them in the best schools, but the Gresham Park neighborhood did not have good schools; the public schools there were under funded and did not have access to the same resources as the predominately white schools in the north part of the county. Gresham Park was

SAS

SS

Exhibit 32

a predominantly poor and lower middle-class Black neighborhood. Reba briefly sent the boys to Smoke Rise Elementary which was a better school located in another town in DeKalb County. Smoke Rise was majority white and more upper-class, so it had more funding for enrichment programs. Unfortunately, Reba could not keep them at Smoke Rise long.

19. Reba's boys were back to attending schools in their neighborhood for the remainder of elementary, middle, and high school. McNair High School was trouble. It was one of the worst schools in DeKalb County because of the violence that happened in and around the school. This was one of the reasons the children there did not do well academically.

20. Neither John nor Rejon graduated from high school. John joined the Job Corps where he learned to paint cars. Rejon tried to start a mobile car wash business.

21. Reba, Eva, and Anna Belle grieved when Rejon was arrested. Rejon was the grandchild who took Eva anywhere when she wanted. Of the boys, Rejon was the least likely to get into any kind of trouble.

22. Rejon's arrest and conviction was hard for the whole church. No one could believe he was involved or responsible for something like this. No one could understand it and thought it was a mistake. I still cannot believe it.

23. It shocked me when Reba was arrested for trying to help Rejon escape from jail. It was a sign of a mother's love for their child. Because of her arrest and conviction, Reba lost her job at the post office.

24. It hurt Reba to lose her job. She had no money when she returned home from prison. Anna Belle and Eva were sick during this time. Eventually Reba got a job at Auto Zone.

SAS

SS

25. With the little money she had, Reba was still helping other people and not asking for anything. She let her cousin Katrina Williams live at the house on Rollingwood without paying for anything. She did the same for the caretaker who was hired to look after Eva. It did not help when I tried to talk to Reba about making people pay to help support the house. Reba kept saying I will be all right.

26. After Rejon's conviction, Reba went to church every day during the week. If not ours, another one. We were in church on Friday, Saturday, and Sunday. My husband and I picked Reba up every Friday evening for church. She loved to dress in African attire.

27. Reba still laughed. People did not know the pain she was going through about Rejon unless they knew the real story. She was not the type of person to tell people her problems. She helped other people, but she did not like to receive help from others. It hurt her family and mine when Reba died unexpectedly on January 31, 2018.

28. No one representing Rejon during the time of his federal trial in 2008 ever spoke with me. I would have been willing to speak with anyone representing Rejon. I would have been willing to testify to this information on Rejon behalf.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 25, 2019.

_Sylvia A. Stokes_
SYLVIA STOKES

SAS
SS