Exhibit 33

## DECLARATION OF DEYENSA LALITA TAMEKA ANDERSON SHEPARD

I, Deyensa Lalita Tameka Anderson Shepard, declare as follows:

1. I am Rejon and John Taylor's older sister. Rejon is thirteen years younger than me.

2. Rejon and I have different fathers. Our mother, Reba Taylor, died on January 31, 2018. Her death was unexpected and has been very hard on all of us. We are still grieving. My husband, Ramon Shepard, and I are now living in her home at 2830 Rollingwood Lane, SE, Atlanta, Georgia 30316. We had to change some things around because it was too hard on my daughter, ReMeka Shepard, to spend time here while it looked the same as when my mom was alive.

3. The home on Rollingwood in Southeast Atlanta has belonged to our family for four generations of women. My grandmother, Eva Claire Williams and great-grandmother, Anna Bell Williams Malcolm Benton, bought this house together in 1972. They moved from Peoplestown, an all-Black neighborhood in Atlanta, where they had been raising my mother and her siblings. My mom was 16-years-old when they moved to Rollingwood and I was only a baby. We were one of just a few Black families at the time living in Gresham Park which was a mostly White neighborhood. I do not remember living in Peoplestown since I was so young.

4. In Peoplestown, Great Grandmother Anna Bell was a bootlegger. I heard Grandma Eva tell me stories about when Anna Bell made and sold alcohol out of her house. It is funny to think about that because absolutely no alcohol was allowed in our home in Gresham Park. Nothing like that was tolerated by my mom or by my grandmother.

5. My mother's family came to Atlanta from Covington, Georgia. There are few living relatives from Great Grandmother Anna Bell's generation who know about what life was like in Covington during the first half of the 1900s. Great Aunt Josephine is still alive but has dementia and stays in an assisted-living facility.

Exhibit 33

Great Uncle Freddie is alive and well and still lives in the Covington area. I heard that Great Grandmother Anna Bell had a twin who passed away as a baby. She had two other sisters, Leila Moore and Addie Williams, who are both deceased.

6. I was told that great-grandmother Anna Bell was part Cherokee. That was where my momma got her pretty hair. There is also a story about a White man who got a Black woman in our family pregnant a long time ago. Uncle Freddie or possibly Paul Moore, Aunt Leila's son, might know this story.

7. Great Grandmother Anna Bell and Grandma Eva did not pass down stories about their childhoods. They did not talk about their life in Covington. While the Taylors are talkers, the Gatlins are quieter and more reserved; we do not talk about our business.

8. Grandma Eva never married and she was proud of this fact. She had many suitors. Plenty of men tried to marry her. She said that these men gave her money so why did she have to get married. If they did not give her what she wanted, she waited until they were drunk and then they gave her what she asked for. Besides my mother, Grandma Eva had three other children: Stanley Gatlin, Joseph Gatlin, and Tonya (Gatlin) Walton. My mother was the second youngest. I have been told that only mother and my Uncle Joe have the same father, Robert Adams. However, some people have said that a man who goes by the nickname, Shot was my mother's father. Shot was one of Grandma Eva's boyfriends. He gave me money sometimes when he visited. If my mother shared Uncle Joe's suspicion, she never told me. I only know her father to be Robert Adams. Robert visited the house on Rollingwood periodically.

9. My mother's grandfather was Howard Gatlin. Great Grandmother Anna Bell was not married to Howard but my brother John has said that Howard was her common-law husband. Besides Grandma Eva, Howard fathered a son, Great Uncle

Exhibit 33

Declaration of Tameka Shepard
Page 3 of 16

Leonard Gatlin Sr. with Great Grandmother Anna Bell. Anna Bell had a daughter, Leola Smith, who had a different father from Grandma Eva and Great Uncle Leonard. Leola's name is spelled Leora in her obituary but my family and I only knew her as Leola. Great Grandmother Anna Bell married a man named Oscar Benton who I knew as Frog. Even though she was married, Great-Grandmother Anna Bell did not live with Frog by the time that I was born. He visited Anna Bell at the house on Rollingwood less than once a week but I remember his visits. I called him Granddaddy, as well as Frog. Frog died before Anna Bell but I do not know the date. Anna Bell died on November 15, 1996 of congestive heart failure and coronary artery disease. She also had pneumonia and had been suffering with Alzheimer's at the time.

10. My mother gave birth to me on December 24, 1971. She was fifteen-years-old. She and my father, Cecil Anderson, met at Carver High School. Despite having a newborn at home, my mother graduated from Carver in 1973. My Grandmother Eva raised me while my mom finished school and when she went to work. I grew up calling my grandmother 'Momma' and later, 'Momma Eva.' I always called my mother Re or Re-ta.

11. Re had two or three jobs for as long as I can remember. She started out at Denny's and then worked at gas stations. She was at the Amoco for a while and then worked at the Post Office for at least 15 years. She also worked for Delta. She did something on the computers at Delta. Her last job was at AutoZone. I don't remember a time when my mother was not working. If she wasn't working, she was sleeping. She slept on the couch, in her car, wherever she could in between jobs. She did not get good sleep but slept when she could. She often worked third shift at night and slept during the day. I did not see Re a lot when I was growing up because she was out there being the provider.

Exhibit 33

Declaration of Tameka Shepard
Page 4 of 16

12.     My biological father, Cecil Anderson, lived in public housing in Summerhill, which has since been torn down. He was born on November 3, 1954. I did not see him often. He often lied to me. He said he was coming by the house to get me, but then he did not show up. Cecil liked to drink alcohol. I do not remember a time when my mother and Cecil were together as a couple.

13.     Cecil was stabbed to death by a man known as Black on January 20, 1991. He was only thirty-six years old. The incident was reported in a newspaper that my mother kept. It said that he was stabbed, stumbled to a house on Twiggs Street and pounded on the door. When someone inside opened the door, he collapsed. The police did not have a motive or a suspect. I have never heard of anyone being charged with Cecil's murder. The paper misspelled his name as Caesar Jerome Anderson instead of Cecil. I have five other siblings from my father. I did not grow up around these siblings or my father's family. Cecil named another one of his daughter's Tameka, just like me, so that he did not confuse names when talking to our mothers. I am the eldest of my father's children. After me came Cecil Jr, Terrell, Tameka, Laron, and then the baby, Caesar.

14.     When I was very young, before John and Rejon came along, Great Grandma Anna Bell cooked most meals. Then it was Grandma Eva who cooked. My mother did not cook because she did not know how. She used to say that she could not do anything except boil eggs. Sometimes we had dinner together around the table and sometimes not, but everybody ate.

15.     Before my younger brothers were born, I was the only child in the house for about ten years and I enjoyed that time. My mom used to encourage me. She thought I would be a lawyer. I told her I wanted to go into the military and she told me I would not listen to anybody so I could not go. She was probably right.

Exhibit 33

Declaration of Tameka Shepard
Page 5 of 16

16.     Grandma Eva was the disciplinarian in our house. She could be mean and everyone knew it. My friends asked if she was home before deciding whether to come over. She worked in and then eventually ran a nursery. I had a friend named Audrey who was one of the children in Grandma Eva's nursery. She said that Eva washed her mouth out with soap and taped her fingers together to keep her from putting them in her mouth. I had no problem believing that. Grandma Eva just had to give you a look, and you knew you were in trouble or to stop doing whatever it is that you were doing. She was not the one to give a whipping though, that was Great Grandma Anna Bell. Anna Bell tied up a bundle of switches and did not warn you before she was using them on you. We might be jumping on the bed and instead of telling us to get down, she just got the switches. Those whippings were not like what other friends and family of mine faced as punishment. My cousin, Tobias, Uncle Stanley's son, was whipped with extension cords. His mom did that to him. He is in the army now.

17.     I do not know how my mom came to meet and marry Rejon's father, Johnny Taylor. I do not care much for Johnny. He was secretive and distant. When he did come around, which was not often, he stood off to the side, away from everyone else. It was creepy. I feel uncomfortable around him to this day, but that is not something I talk about with people.

18.     Grandma Eva did not like Johnny either, and she did not hide it. She did not play. Grandma Eva made sure Johnny knew he was not welcome in her home. Grandma Eva was like that with men. The only man she warmed to initially was Harold, my mother's longtime friend.

19.     Harold did a lot of things for our family. He drove Grandma Eva to the grocery store, to the doctor's office, or anywhere she needed to go. He fixed things around the house. Harold was a more consistent presence in John and Rejon's lives

Exhibit 33

than Johnny ever was. Harold met Re at the Post Office and they later worked together at the Amoco gas station. Harold bought Christmas presents for my brothers and took them on short vacations. He was good to my mother and loved her deeply. Harold did not spend the night at the house on Rollingwood. He was married and had his own family and responsibilities to tend to.

20. Even people from my mother's church told her that she did not need to be with Johnny. The church was a large part of my mother's life. There was a time when she was in church every single night of the week. Grandma Eva and Great Grandma Anna Bell basically helped build that church with Pastor Grant and the Grant family. I refer to Pastor Grant as Granddaddy. We have always been close to the Grants. When Great Aunt Josephine's son, Dennis, married Pastor Grant's youngest daughter, Ruth, our families officially merged. Dennis was murdered in 2000. I do not know why he was murdered but I learned that he was shot outside of a club.

21. Dennis' sister, Katrina, is one of the many people who my mother allowed to stay at our house when they had nowhere else to go. She stayed for weeks or months at a time. She had some odd behaviors. For example, she bathed in bleach. Her mother did too. She also stole food and other things from stores. Even now, she does not have a stable home. She receives a monthly check from the military that she lives on. Her husband was or is in the military and is now deceased. Sometimes Katrina took advantage of my mother and stayed too long, but that was Re's girl. She fussed at her, but always let her come back. My mother let John and Rejon's friends stay at the house and other family members too. My Aunt Tonya likes to say that there was a revolving door of overnight guests at our house.

Exhibit 33

22. Both John and Rejon were big babies. Re worked as hard as she ever did when she was pregnant with John and Rejon. She worked for an insurance company when pregnant with Rejon. My mom went right back to work after giving birth. Rejon's primary caretakers were Great-Grandma Anna Bell, Grandma Eva, and me. He also visited his Aunt Lisa and Grandmother Addie Taylor as an infant.

23. John and Rejon were raised alongside our cousins on my mother's side. Aunt Tonya and her two oldest girls, Tuawanna, Tayanau, moved into the house on Rollingwood for a couple of years and lived with Great Grandma Anna Bell, Grandma Eva, my mother, and my brothers. I did not know why my aunt and cousins needed to move into the house on Rollingwood. I was around 17 years old at the time and living with my boyfriend, now husband, Ramon.

24. John and Rejon spent some time with Uncle Joe and his son, EJ. Uncle Joe acted like he was better than my mother. Uncle Joe told me that I was never going to be anything.

25. I was around 18-years-old when I met Ramon. I was not in school at the time. I stopped going in 11th grade. I dropped out partly because I felt like I was not as smart as the rest of the kids. I started missing a lot of school to take care of Anna Bell. My mother was working three jobs as usual and Grandma Eva worked as well so I stayed home often to care for Anna Bell when she became sick and could not stay home alone. Grandma Eva sat with other elderly people as her job. When I told my mother that I was done going to school, she did not say anything.

26. Grandma Eva gave Ramon a hard time when we started dating. Eva really did not like outsiders very much. It took her a while to warm to Ramon, and he was loyal. Often Ramon came to our house on Rollingwood to see me and Grandma Eva went to the door when he knocked, looked to see that it was him, then closed the door and sat back down on the couch. She said none of us needed a man.

Exhibit 33

Declaration of Tameka Shepard
Page 8 of 16

27. Ramon was one of the few constant male figures in Rejon's life. When I moved out of the house on Rollingwood with Ramon Rejon was around five-years-old and John was about eight. Ramon and I moved into an apartment on Candler Road like we were grown. Candler Road was a rough area at the time. It was a place where people went to buy or sell drugs. It was known to have shootings. Across the street from our apartment complex called Alpine Apartments was Eastwick Apartments. I knew to stay away from that place. There were a lot of fights. We stayed at our apartment on Candler Road for about 3 years.

28. There was an incident that happened at our apartment once that scared me. My husband kept a gun in our place for protection. He went to put the gun up under our bed and it went off. Rejon was almost hit. I was so mad but so glad that he didn't get hurt. Rejon was between 5 and 7 years old when that happened.

29. Ramon and I both moved back with our families after we lost our apartment on Candler Road and tried again later. My little brothers spent many weekends with us in the apartments we rented, especially before we began having our own children. Ramon sometimes drove the boys to school. We took them to Six Flags. We were still kids ourselves.

30. Ramon and I got married on November 7, 1991 in DeKalb County, Georgia. We have two children: DeyenRa Shepard who was born December 5, 1990 and ReMeka Shepard who was born on July 28, 1992.

31. One thing that my mother liked to do as a family was go on vacations to Florida. She had a timeshare down there and she enjoyed being there. She paid for everything when we went, no matter who came with us, it was all on my mom.

32. My mom was extremely generous. Besides paying for vacations, she helped Aunt Tonya with her rent and my husband and I with rent on multiple occasions. Harold helped too. If you asked my mom for help, she was going to give

Exhibit 33

Declaration of Tameka Shepard
Page 9 of 16

it to you, even if she did not have anything to give. She took care of me, so it did not bother me that she helped others out financially. Rejon is this same way. He wants to take care of people and help when he can. He gets that from my mother.

33. Johnny Taylor was in the jailhouse during most of Rejon's life. He served time in State and Federal prisons and was incarcerated for close to 30 years, possibly more altogether. When he was not in prison, Johnny came around every now and then, but he was not a father. He did not interact much with anyone in the family. Rejon was scared of him when he was little and even though he would deny it, I believed John was scared of him too. I knew by the way Rejon acted when he was around Johnny. He pulled back, was even quieter than usual. Rejon preferred to be near me, my mom or Grandma Eva.

34. Even though Johnny was not in the picture for most of my brothers' lives, my mother wanted them to have a connection to the Taylor family. She made sure they had exposure to Johnny's sister, Aunt Lisa, and his mother, Grandma Addie. Rejon and John spent a good deal of time hanging out with the Taylor aunts and cousins. My mother wanted them to know their dad's family even though Johnny was not around to make the connection.

35. Rejon was a very quiet child and very obedient. When Grandma Eva asked Rejon to do something, he did it right away, but not John. John was outspoken. You knew when John was in the room. Rejon was different. He was timid and did not want to bother anyone.

36. When Johnny got out of prison in 1992, he moved into a house on Beaupree Street in Lakewood, about 12 minutes away from our home on Rollingwood. Beaupree Street is no longer a street but was located right off of Route 166 in the Lakewood neighborhood of Atlanta, across from the amphitheater. There are only 2 houses on the block. It was a secluded street. My mom signed the house

Exhibit 33

Declaration of Tameka Shepard
Page 10 of 16

over to me at some point, after Johnny was back in prison. I have seen paperwork with my name listed as the owner but I have also seen paperwork with John listed as the owner. The house is no longer there.

37. My mother and the boys lived with Johnny lived for a brief period of time on Beaupree Street in Lakewood. When the boys stayed on Beaupree Street, Grandma Eva told my mother to bring Rejon back, but to leave John over there. John tried to be like his father; he got into trouble as a kid and it was hard to discipline John.

38. When Johnny went back to prison, my husband and I lived in the house on Beaupree Street for a couple of years. Rejon was back and forth between my place and the house on Rollingwood during this time. Rejon attended Gresham Elementary when he lived at Rollingwood. He also went to Smoke Rise Elementary for a while. Rejon also lived with his friend, Rashard Blackwell, for some time. He and Rashard transferred from McNair High School to Stockbridge High School, a predominantly White high school, together but Rejon did not stay at that school long.

39. During the time that Johnny had the house on Beaupree, he hit Re. He got mad about something. After he hit her, she walked all the way from Beaupree to the house on Rollingwood, leaving John and Rejon with their father. They were small when it happened. Grandma Eva and I were home. My mother was bloody. Her eye was cut, swollen, and puffy. She made up some excuse about her eye, but we knew Johnny was responsible. My mother was not a fighter. She did not argue or talk back to Johnny. I have no idea why he did that to her.

40. A guy once hit me in my face at the Krystal on Moreland Avenue. I was around 16 or 17 years old at the time. He was a guy who liked me. When I came home and my mother saw my face, she tried to stop it from bleeding. She did not

Exhibit 33

Declaration of Tameka Shepard
Page 11 of 16

react strongly or with emotion. Rejon was home that day and saw my face bloodied and bruised.

41.     A bunch of my friends and I hung out at that Krystal on Moreland Avenue and the Burger King on Candler Road. These were our hangout spots. My cousin Mike Mike's dad got shot at the Burger King. Mike Mike's father is also named Mike.

42.     Rejon played outside with the neighborhood boys. He was around 10-years-old when he met Joey Marshall. Joey's grandmother, Miss Inez lived near the Rollingwood house. Joey spent a lot of time at our house. He called our mother "Momma" sometimes. Rejon met Sir Jack Matthews around this time too. Sir's family lived right up the street. All the boys ran around, wrestled, and played like typical kids. I was often nervous when I saw Rejon wrestling Sir because Sir was so much bigger and stronger. Sir's father had been a boxer and Sir was trying to become one. Sir was a little older than Rejon.

43.     By the time Rejon was in high school, John had dropped out of school. John likes to say that he has been on his own since age 14. He likes to think of himself as my big brother, even though I am ten years older than him. He went to Job Corps after he left school and went away to the coast to learn different trades. He came back and started earning money. He sent Rejon to school in a limo. Rejon enjoyed the limo. My husband and I noticed that what came with the limo, the nice clothes and the attention, was too much for Rejon. It was too much too soon and forced him to grow up too fast.

44.     Girls liked Rejon but some were too fast for him. He was not that type of boy. Rejon was childlike and sweet. The babysitter Ramon and I used, Jessica Jackson, was in love with Rejon. She watched our children just to be able to see him. Other girls, like Tiffany Williams and Molleah Hamilton had crushes on Rejon

Exhibit 33

Declaration of Tameka Shepard
Page 12 of 16

but they were just too fast and he could not handle that type of girl. Summur Jeter was his high school girlfriend.

45.     When Rejon was old enough to drive, he started a mobile car-detailing business. He started washing cars around the houses on Rollingwood with our neighbor, Wayne Kemp. Wayne is older than me by several years. Rejon was making his own money, but he was not making it as fast as John.

46.     My half-brother, Cecil Jr., once kidnapped John. It was a terrifying event. Ramon and I were the ones to go and pick John up. I do not like to talk about it.

47.     We have suffered several significant losses in our family. In October of 2003, our cousin Shalandria, my Uncle Leonard Gatlin's granddaughter, allegedly committed suicide. Even though her death was determined to be a suicide, many of us believe her husband killed her. There was some investigation but nothing came of it. Shalandria was a happy person. She was a pastor's assistant and a nurse. My husband says that maybe those things drove her crazy. We were living in Lakewood when I got the call about Shalandria's death.

48.     Grandma Eva's died from Alzheimer's and hers was very bad, not like it was for Anna Bell. Grandma Eva went from a 10 to a 2 very quickly; her mind was sharp and she was present until all of a sudden, she was not herself anymore. She was the type to be deep into her Bible. I tried to get her to read it and talk to me about it like old times but she pushed it aside to me and said 'You read it.' Eventually she stopped wanting me to read it, she lost her interest. We knew something was really wrong with Eva when they found her at Tayanau's house slumped over. She used to watch the kids. We knew then that she couldn't keep the kids anymore. She started putting her shoes on the wrong feet. At times, she did not know who I was. I was her primary caregiver. She was treated mostly at

Exhibit 33

Declaration of Tameka Shepard
Page 13 of 16

Grady Hospital here in Atlanta. They sent nurses to come to our house to tend to her bedsores and things like that, things I could not handle. She was a hospice patient for two years. She had seizures during that time period. She died on October 16, 2015.

49. A few of us in my mother's family get migraines. My cousin, Leonard Gatlin Jr., and I suffer from terrible migraines. Leonard Jr. died on November 16, 2015. My son experiences migraines as well. My daughter has bad headaches, but they did not start until after she was in a car accident in 2017.

50. High blood pressure runs in my family. Eva, Uncle Stanley, my mother, Leonard Jr. and my cousin, Yolanda Gooden all suffered from high blood pressure. She also had diabetes. Leonard Gatlin Jr. may have had diabetes. I have issues with my heart that Anna Bell also had.

51. When Rejon was arrested in 2003, we were all in shock. He is my baby, I did not understand what was happening.

52. Bill Ortwein was appointed lead counsel to represent my brother in his 2008 federal capital trial. Howell Clements, Lee Ortwein and Leslie Cory were Rejon's co-counsel. My first impression of Rejon's defense attorneys was that they were older White men who could not relate to Rejon. I did not trust Bill from the get-go. He told us that Rejon was never going to see the light of day from the beginning. He was constantly trying to convince us to make Rejon take the plea. After I heard what he said about my brother not ever seeing the light of day again, I was done with Bill. Uncle Stanley tried to get us all to consider the plea deal for my brother.

53. When Bill or another member of Rejon's defense team came to Atlanta, they called Re and asked her to gather her family members. A bunch of us came to the house including me and my husband, Aunt Tonya and her daughters, Tuawanna

Exhibit 33

and Tayanau, Uncle Stanley and his wife Joanne, Uncle Joe and his then wife, Felicia, Grandma Eva, and John and his wife Danny.

54. Despite the fact that my husband, Ramon Shepard, has known Rejon since Rejon was a young child, no one from Rejon's defense team ever contacted him directly. I have no memory of talking to Rejon's attorneys, experts or investigators privately. The defense used my mother to organize family meetings. They only met with us in a group setting. The defense attorneys neglected to ask my husband to testify on Rejon's behalf. I did not understand that decision and their exclusion of him as a valuable witness.

55. My family and I traveled to Chattanooga to attend Rejon's trial and all his court dates. Some of the main figures in our family were forced to sit outside of the courtroom. I was so angry about that because I wanted to be with my brother. I wanted him to know that we were there for him, that we loved him and I wanted him to feel supported by those closest to him. I did not know why we had to stand in the hallway. No one explained that to us. We were very supportive of Rejon and wanted to help his case in any way that we could, but the defense attorneys did not give us an opportunity to do that.

56. When I think back to my brother's trial, I wonder about the jury. First, there was only one Black person on the jury. Second, I do not understand why the jury was not sequestered because of the way that the media portrayed Rejon. His case was talked about on the radio and it was in newspapers. The local newspaper showed a picture of Rejon in chains over and over again and he was depicted on the news in chains also. The newspaper made him out to be a monster. The media coverage was constant when we were in Chattanooga. He was on the news over and over again, on all the major radio stations. You could not escape it.

Exhibit 33

57. When we were in Chattanooga for the trial, we ate at the same places the jurors ate. We were told not to talk to them by Rejon's defense attorneys. They rarely checked in with us during the trial but when they did, they were usually telling us what not to do. Ms. Cory was the exception. She remained in communication with us when she could. When we walked into restaurants for lunch, it was as if everyone in the place knew we were Rejon's family. We ate lunch at the same time as the jurors, during court breaks, and because we were a group of Black people near the courthouse it was obvious. We got long stares from people. It was uncomfortable.

58. There was not a single moment during Rejon's trial that I felt he was being defended well. Ms. Cory was the only one who had Rejon's back. She was the one who communicated with us throughout the whole thing.

59. Rejon experienced a big change when he was sent to Indiana after the trial. He has a greater sense of faith and the spiritual world. He spends a lot of time thinking things through in ways that he never had the time for while he was out.

60. Rejon forgave his codefendant, Joey, who is free, and who testified against Rejon at trial. Joey still comes around our family. He was a pallbearer at my mother's funeral in 2018.

The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 23, 2019.

Exhibit 33

Declaration of Tameka Shepard
Page 16 of 16