Exhibit 34

## DECLARATION OF TAYANAU NUNEZ

I, Tayanau Nunez, declare as follows:

1.     I am a first cousin of Rejon Taylor. My mother, Tonya Walton, and Rejon's mother, Reba Taylor, were sisters. They shared a mother, Eva Claire Williams, and two brothers, Stanley Gatlin and Joseph Gatlin. I was born March 19, 1987. I am three years younger than Rejon.

2.     I lived with Rejon at my Grandma Eva's house off and on throughout my childhood and early teens. I was around four-years-old, when my mother, Tonya, and older sister, Tuawanna, and I moved to Grandma Eva's; my mother was leaving her husband, Herman. My father had started drinking a lot. He was a functional alcoholic. He may have been using drugs. He began coming home in fits of rage when he was drunk and so my mom took us and left. We lived there for about two years during this particular stay. Grandma Eva lived on Rollingwood Lane in DeKalb County, Georgia. We all shared the three-bedroom home with Great-Grandmother Anna Belle Williams, Auntie Reba, and her sons, John and Rejon Taylor. Grandma Eva had bought the house on Rollingwood for Great-Grandmother Anna Belle in 1972. Auntie Reba became the owner of the house later on, but I will always know the house as Grandma Eva's. When we stayed at Grandma Eva's for longer stretches, sometimes my mom would get us a hotel room on the weekends because it was very crowded in the house.

3.     Grandma Eva was a funny woman. She was the type to say whatever was on her mind. Before she died on October 16, 2015, she was the matriarch and backbone of our family. She did not tolerate disrespect and she did not tolerate anything illegal going on inside of her home.

4.     Grandma Eva grew up in Covington, Georgia. Her siblings, Leola Smith and Leonard Gatlin are deceased. She has an Aunt Josephine and Uncle Freddie who are both still living. Josephine is Great-Grandmother Anna Belle's sister and

Exhibit 34

Declaration of Tayanau Nunez
Page 2 of 11

Freddie is her brother. Josephine is in an assisted living facility near Grady Hospital. Josephine had her demons. She suffered miscarriages and still births. She dealt with it by becoming reclusive. She has several children: Calvin, Richard, Cynthia, Katrina and Dennis. Dennis was murdered in 2000.

5. Grandma Eva was an extremely hard worker. She provided for my mother and the rest of her children. She ran a daycare for decades. My mom helped her out at the daycare for a period. Grandma Eva often took extra jobs as a caregiver to elderly or sick people.

6. Grandma Eva never married. She did not want to have to depend on a man for anything. She had been in a tumultuous relationship with a man who was physically abusive; he hit her. Once she got out of that relationship, she swore to herself she would never be in that situation again. She was a very strong woman.

7. The man who was abusive to Grandma Eva did not father any of her children. Uncle Joe and Auntie Reba have the same father, Robert Adams. Some people in the family have said that a different man who went by the nickname of Shot was really Aunt Reba's father. Aunt Reba did not care that people said this about Shot. She recognized Robert as her father. Uncle Stanley and my mother have different fathers. My mother's father was Robert Hendrix. My sisters and I met Robert Hendrix when we were adults. I met him maybe two times. When we were younger he moved away to California where he got married and had a child. I heard that Robert pursued Grandma Eva and even proposed to her but Grandma Eva refused to marry him.

8. My mother and her three siblings grew up in Peoplestown and attended Carver Vocational High School. My mother did not graduate from high school, but she earned her GED. Our family did not emphasize education then, the focus was on work and providing for the family. Grandma Eva did not finish school. She did

Exhibit 34

Declaration of Tayanau Nunez
Page 3 of 11

not make it to high school. I asked Grandma Eva why she did not become a nurse because I observed how she was a caregiver for family members and knew she cared for elderly people. She told me that she did not make it to high school and did not have the option to go back to school when she had her children because she needed to make money to provide for her family.

9. My family is very female-dominated. The men are more passive and are just there while the females tend to be more vocal. My Uncles Stanley and Joe branched off from the family. I do not know the reason for this. They are distant. Uncle Joe makes it hard to develop a close relationship to him because of the way he treats other people. He sizes others up based on their possessions and achievements. He has a habit of asking my mother what kind of car she drives. Uncle Joe was messing around with his current wife while he was still married to his former wife. He is always looking for the next best thing. He has three children that I know of: Wanda, EJ and Nicole Gatlin. EJ's mother was Felicia who is deceased. The relationship between EJ and Uncle Joe is strained. EJ is diagnosed bipolar. He has received treatment for bipolar disorder. I did not grow up being close with Uncle Joe or his family. Uncle Stanley has two children, Tobias and Qionna, with his wife Joanne.

10. Several people in our family have shown signs of depression and anxiety. I am a nurse practitioner and I teach nursing students in a mental health hospital. I also see patients in an out-patient clinic in Peachtree City, Georgia Monday through Thursday. I'm aware of the symptoms for those disorders. As far back as I can remember, Tameka has shown signs of low self-esteem and a lack of self-confidence. I believe she has depression. About twenty years ago, Uncle Joe told Tameka that she would never amount to anything. Uncle Joe has a habit of saying the first thing that pops in his head, without any concern for how his words affect

Exhibit 34

Declaration of Tayanau Nunez
Page 4 of 11

other people. That comment stuck with Tameka. Early in his life Uncle Joe was self-medicating with heavy drug use.

11. There were days that Auntie Reba could not get out of bed. She struggled with depression that went undiagnosed and untreated. I recognized the signs because of my education and work experience. I tried to help her. Other than EJ Gatlin, who has been diagnosed and treated for bipolar disorder, no one else in our family has been diagnosed or treated, despite showing signs of disorders.

12. Auntie Reba worked all the time. During my lifetime, I noted that she had two or three jobs. She worked in retail and as a waitress. She worked at the Amoco gas station. She worked at the U.S. Post Office for many years. Her last job was at an auto-parts store. She was the cashier. She ended up having to cut back on her hours because her vision started to diminish. She had trouble with her eyes.

13. There was a time, after my younger sister, Tanisha, was born that my mother, sisters and I stayed at Grandma Eva's with Auntie Reba. Tanisha was born December 8, 1995. She is almost nine years younger than me. Auntie Reba worked at night. During this this stay, I slept with Grandma Eva in one bedroom. My mom and two sisters slept in another bedroom and Rejon and John slept in the third bedroom. Auntie Reba worked at night and slept either in the boys' bedroom during the day or on the couch in the living room.

14. The home on Rollingwood often served as a place for people in need to stay. Lots of different people stayed at one time or another in the front room. That was the room my mom and sisters stayed in while we lived there. A few of Rejon's friends stayed there. Several different family members popped in and out over the years. This is how the house was run throughout the generations. If you were a guest in that house, you got a good meal and a good night's rest. Auntie Reba opened the house up to anyone in need. Cousin Katrina, Aunt Josephine's daughter, stayed

Exhibit 34

with Auntie Reba quite a bit. Katrina is odd. She is like a nomad. She does not have a home and floats from one place to another. When I stayed at Grandma Eva's she popped up, cooked a meal, washed some clothes and then she was gone. Her son is also odd in similar ways. Katrina carries everything she needs in her purse and is on the go. Even when she was married for a little while, she did not stay in one place. Auntie Reba told me that Katrina's husband died of AIDS.

15. Auntie Reba looked for and saw the very best in people. This was a good quality, but sometimes it allowed people to take advantage of her. Johnny Taylor, Rejon's father, was one of those people. I have strong opinions about Rejon's father. He was not a father to his children nor a husband to his wife. He needed to be physically and emotionally present for his family and he was not.

16. Johnny treated Rejon as if he did not want him. He had more of a relationship with John but even that was limited because of the amount of time Johnny was in prison or jail. He was incarcerated for twenty-five years or more. Grandma Eva used to say that Johnny was in jail for more of his life than he was out jail. Rejon did not want to be with his dad like John did. Rejon loved and had respect for Johnny since he was his father, but there was no emotional bond. Rejon had a strong bond with his mother, my Auntie Reba. There was a time that I thought Rejon despised his father. Johnny was not a positive influence in Rejon's life.

17. Johnny was physically, verbally and emotionally abusive toward Auntie Reba. When Johnny was briefly out of prison, he and Auntie Reba, John and Rejon lived together under one roof. Johnny got a house on Beaupree Street in Lakewood. Around this time, the family went on a vacation. It was the first and last time we ever did something like that, with our entire family on my mother's side. Auntie Reba had been paying on a timeshare in Westgate in Orlando, Florida. We spent a

Exhibit 34

whole week there. Johnny did not go. Before we left, I noticed Auntie Reba had a black eye. I asked her about it and she made up a story that did not make sense. She said that she hit her eye on a doorknob. I was only around 10 years old and I knew what really happened. Johnny did that to my Auntie Reba. A few years ago, Auntie Reba confirmed that Johnny was responsible for her black eye. Even today, the hairs stand up on the back of my neck when Johnny Taylor comes around my family.

18.     Johnny tried to create problems between Auntie Reba and my mom. When my mom, sisters Tuawanna and Tanisha and I moved into a townhome in Union City, Johnny brought Red Lobster over for us to eat. Red Lobster was Johnny's favorite. Johnny planted a seed to make Aunt Reba think that something romantic was going on between him and my mother. My mother did not ask him to bring food over. He came to the house alone. Auntie Reba suddenly stopped speaking to my mother. My mother was upset over this and eventually went to Grandmother Eva. Grandma Eva said that Johnny Taylor had lied to Reba, telling her that Tonya was trying to be intimate with him. This was not the first time that he tried to come between a set of sisters. He did this same thing to another woman. When my mother approached Auntie Reba, Auntie Reba said that she knew it was not true, but she did not know how to bring it up to my mother. It could have led to something much worse. There is something not right with Johnny Taylor. He is avoidant. His attitude is to divide and conquer families and friends.

19.     I love Harold. Harold has been coming around Auntie Reba for as long as I can remember. He loved her so much and was devastated when she passed away in January 2018. More than Johnny, Harold was a father figure in Rejon's life. When Johnny got out of prison, he was jealous of Harold because Harold held a presence in Reba's life and in Johnny's sons' lives. Harold tried to provide John

Exhibit 34

and Rejon with what they needed. He brought them Christmas presents. But Harold was married and had a family. He could not be their father. Tameka's husband, Ramon, was also around during Rejon's younger years. Ramon tried to be a positive influence for Rejon.

20. When Johnny was released from prison the first time, he beat up Harold terribly. He caught Harold somewhere and beat him. I heard this from Auntie Reba. It really upset her. Harold was taken aback, but he was still there for Auntie Reba and her sons when she needed him. Grandma Eva did not care for Johnny one bit but she adored Harold. In fact, Johnny was not allowed in her house. Needless to say, my mother did not like him at all either.

21. Auntie Reba was torn when it came to Johnny because she grew up in the church and the church says that you are not supposed to divorce your spouse. Johnny was her husband, but she loved Harold and Harold loved her. John and Rejon are aware of how our family feels about Johnny. At the end of the day, that man is their dad.

22. I wondered what Auntie Reba saw in Johnny Taylor. He was handsome and a smooth talker. He had a mystery about him. He was not the life of the party and Auntie Reba shared that characteristic. They were both quiet and reserved, but in different ways.

23. Johnny cheated on Auntie Reba with other women. She had to deal with other women when Johnny was both in and out of prison.

24. I remember Auntie Reba took the boys to visit Johnny in prison. I do not know how often they went to visit.

25. Rejon may have experienced a sadness or feeling of rejection when it came to his dad. He did not voice this to me growing up, but he did not express his emotions back then like he does now. As a child, Rejon cried easily. He cried when

Exhibit 34

John picked on us younger cousins. He was not one to fight back, he just cried. He did not use words to express what he felt. Knowing what I know now, I believe Rejon was internalizing whatever he felt, especially when it was a strong emotion.

26.     Growing up, Rejon did anything that I or anyone else asked him to do. He was a helping child. He was generous like his mother. I cannot recall a time that I saw Rejon get into an altercation, even as a child when tempers can flare.

27.     In the rare instance that Rejon became upset when we were young, it usually had to do with John. John teased and hassled us and Rejon told him to leave us alone. John was more talkative and flashier than Rejon. He was also more short-tempered. Rejon was the quiet kid who did not cause any problems. He was not a fighter. He was not a big talker.

28.     Rejon, my sister Tuawanna and I all rode the bus to Gresham Park Elementary School when we lived together. We got along well. I do not remember John being on the bus that took us to Gresham. Gresham was the only school the Rejon and I attended together. The school system was terrible in DeKalb County so my mother decided to try Fulton County. The academic track in Gresham Park Elementary School was not challenging. My mother wanted better for her children. My sister, Tuawanna, graduated from Creekside High School in Fulton County. We had an apartment in that area before we realized the school system in Fulton County was not much better than DeKalb so my mother moved to Fayette County. We got a house in Fayetteville. I attended Creekside my 9th grade year and then McIntosh High School from tenth through twelfth grade. I graduated from McIntosh in 2005.

29.     My mom desired for up to come up in an environment that was conducive to learning. She was a single mom since I was three years old, even though she was still technically married to my father. My mother had various jobs during our school

Exhibit 34

years. Grandma Eva and Auntie Reba gave us money for groceries and other items when we needed it.

30. Rejon had several girlfriends or girls who he brought over to the house. He was with Summur Jeter for a couple of years. I am aware that some people thought Rejon was gay. I think it had more to do with him speaking proper English (not Ebonics) and being sensitive. I experienced something similar. My Black peers said I was talking "White" because I spoke proper English. Things like that were said to me since my childhood from both family members and people outside of my family. My cousins, particularly Peggy Ann's children: Shalandria "Shawn," Valeria "Niecy" and Yolanda "Red," said things to us along these lines. I believe this is one of the reasons that others have wondered about Rejon's sexuality. Rejon never spoke to me about his sexuality. He was cautious about using correct grammar and the way he spoke.

31. When Grandmother Eva started getting older, she often came to stay at my house and I helped care for her. She confided in me and told me things that she has not shared with my mother. I know a lot. That woman did not play. She had been through so much in her life. She was the matriarch of our family. When I needed prayer, advice or conversation, she was there for me.

32. Before she died in January of 2018, Auntie Reba and I spoke on a weekly basis. We called it our gossip hour. She confided in me a lot during that time. I know Auntie Reba was heartbroken over Rejon's situation.

33. Auntie Reba died after she had been in a bad car accident. Tameka's daughter, ReMeka, was in the car with Auntie Reba. Since the accident, ReMeka becomes physically sick often and deals with anxiety. It was a traumatic event for ReMeka.

Exhibit 34

Declaration of Tayanau Nunez
Page 10 of 11

34. When Rejon was arrested and leading up to his trial, Auntie Reba was devastated. The government accused her of helping Rejon try to escape from the Hamilton County Jail and they sent her to jail. Auntie Reba was physically and mentally broken after her incarceration. She never fully recovered from that experience. She confided in me that it affected her greatly.

35. I was so shocked when I learned of Rejon's arrest. He was that person in my life who bent over backwards to help others. It did not make any sense to me. To this day, I am still shocked. I did not know either of Rejon's codefendants. I did not meet Sir Jack. I knew of Joey and saw him when he came around the house. He never said much to me. He referred to Auntie Reba as "Mom" sometimes. Joey came to Auntie Reba's funeral.

36. Before Rejon was set to go to trial, his attorneys reached out to me to testify on his behalf. The defense did not explain what they wanted me to testify about. I assumed I was supposed to testify as a character witness because the defense did not give me directions. I met with his legal team when they came to see my Auntie Reba. Several of my family members were present during these meetings. Johnny's side of the family was never at these meetings. The defense did not discuss what kind of information the attorneys wanted to cover in my testimony or anyone else's. I did not have any individual meetings with them prior to my day in court and I know that they did not meet individually with my mother or sister who also testified. I was not prepared to testify in any meaningful way. I did not know where to start or end when I got on the stand.

37. Rejon's case was televised often. It was a big news story. It almost seemed like there was a verdict before the trial began. It would not have mattered what I or anyone else said on the stand. Rejon's own attorneys acted like he would be sentenced to death. This was my perception of them when they interaction with

Exhibit 34

Declaration of Tayanau Nunez
Page 11 of 11

me and my family leading up to the trial. They told us they were just going to do the best that they could do but they said it was going to be tough. I never felt as though Rejon's legal team supported him. They did not seem to believe in him and they did not seem to want to fight for him. All the pieces of the trial and the case were so disconnected to me. I wondered if the prosecutors or the defense attorneys were in it for the notoriety. I suspect that they were. I have wondered if anyone was promoted after Rejon was sentenced. I sat outside of the courtroom during most of the trial. The only time that I was in the courtroom was on the day of my testimony.

38. I also wondered about the jury pool at Rejon's trial. I only saw one Black person on that jury. It was not a diverse group of people.

39. I went brain dead for a moment when I started to testify. I had a newborn baby and was working fulltime. The tone of Leslie Cory's questioning and the energy in the courtroom made me feel like I was on trial. I felt like our entire family was on trial. We were portrayed inaccurately; the defense and the Government portrayed us like we were all criminals. We are a family of Christians, we are good people, we have complicated lives, but we are a family who loves and supports one another. I felt that my testimony was my chance to show the jury that we had not been portrayed correctly. I wanted them to know we were good.

40. I would have testified to the information in this declaration.


The foregoing is true and correct and executed under penalty of perjury under the laws of the United States on April 24, 2019.

TAYANAU NUNEZ