Exhibit 42

# RICH HEINSMAN

Attorney at Law
525 EAST 4TH STREET
CHATTANOOGA, TENNESSEE 37403
heinsman@comcast.net

423-757-9064                                                      423-757-9063 fax

## RETAINER AGREEMENT--Trial Court

Rich Heinsman will represent Rejon Taylor on case No. 247251 for the sum of 40,000. This fee is based on the assumption that the state will not file for life without parole or the death penalty. This fee includes a sentencing hearing (if any). This fee does not include a motion for new trial or appeal if necessary. This fee does include any interlocutory appeals which may be neccessary. If the state files notice of LWOP or the death penalty, counsel will accept a court appointmeent in this case.

Any necessary expenses, including copying charges, transcript fees, private investigators, etc... will be the responsibility if the client. Any charge over $100 will be incurred only after authorization

_____

Rejon Taylor

_____

Rich Heinsman                              Dated Monday, February 16, 2004

_Keth,_
_I'm sure all This Mumbo_
_Jumbo Makes zero_
_sense. Call Me & I'll_
_Explain._

**DRAFT**

_Rich_