Exhibit 64

## TIME LINE FOR REJON TAYLOR

**DATE FEBRUARY 20, 2006**

| | |
|---|---|
| 4/6/83 | GA. DOC RECORDS |
| **DATE** | **SOURCE** |

JOHNNY TAYLOR, REJONS FATHER, INCARCERATED FOR THIRD TIME.

**EVENT**

| | |
|---|---|
| _09/15/84 | INTERVIEW REBA TAYLOR |
| **DATE** | **SOURCE** |

TAYLOR BORN AT DEKALB MEDICAL CENTER DELIVERED BY DR. MORUSAKHAN OF DECATUR, GEORGIA

**EVENT**

| | |
|---|---|
| 2/7/85 | DR. WINSTONS RECORDS |
| **DATE** | **SOURCE** |

TAYLOR TAKEN TO DOCTOR WITH BAD COLD AND HIGH FEVER    GIVEN ADRENALINE SHOT.

**EVENT**

| | |
|---|---|
| 12/14/85 | DR. WINSTONS RECORDS |
| **DATE** | **SOURCE** |

TAYLOR TAKEN TO DOCTOR WITH WHEEZING COUGH, DOT# ADMINISTERED.

**EVENT**

| | |
|---|---|
| 3/16/85 | DR. WINSTONS RECORDS |

Exhibit 64

| DATE | SOURCE |
|---|---|

TAYLOR TAKEN TO DOCTOR AND **DPT 3** ADMINISTERED

| EVENT | |
|---|---|

| 4/27/85 | DR. WINSTONS RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR TAKEN TO DOCTOR WITH CONGESTION AND 100+ FEVER/ AMPHICILLIN PRESCRIBED FOR 10 DAYS.

| EVENT | |
|---|---|

| 9/6/85 | DR. WINSTONS RECORDS |
|---|---|

TAYLOR TAKEN TO DOCTOR WITH INSECT BIT ON RIGHT KNEE AND HAD BEEN CRYING AND PULLING HAIR A LOT.

| EVENT | |
|---|---|

| 2/26/87 | DR. WINSTONS RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR TAKEN TO DOCTOR WITH WHEEZING AND COLD GIVEN **DPT3**

| EVENT | |
|---|---|

| 6/10/92 | GA DOC RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

JOHNNY TAYLOR, REJONS FATHER, RELEASED FROM PRISON RETURNED TO ATLANTA

| EVENT | |
|---|---|

| 10/22/97 | DEKALB COUNTY SCHOOL RECORDS |
|---|---|



Exhibit 64

**DATE**                                                    **SOURCE**

TAYLOR RECEIVES ONE DAYS DETENTION FOR FAILURE TO FOLLOW INSTRUCTION

---

**EVENT**

12/03/97                                          DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                                    **SOURCE**

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR CLASSROOM MISBEHAVIOR

---

**EVENT**

12/15/97                                          DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                                    **SOURCE**

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR FAILURE TO FOLLOW INSTRUCTION

---

**EVENT**

3/30/98                                            DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                                    **SOURCE**

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR FAILURE TO FOLLOW INSTRUCTION

---

**EVENT**

5/11/98                                            DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                                    **SOURCE**

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR THREATENING SCHOOL PERSONNEL, PUSHED STUDENT INTO MRS. GRUBER TWICE.

---

**EVENT**

5/26/98                                            DEKALB COUNTY SCHOOL RECORDS

---



Exhibit 64

**DATE**                                                    **SOURCE**

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR CLASSROOM BEHAVIOR.

---

**EVENT**

**8/12/98**                                                **GA DOC RECORDS**

---

**DATE**                                                    **SOURCE**

JOHNNY TAYLOR, REJONS FATHER, SENT TO PRISON FOR ARMED ROBBERY.

---

**EVENT**

**9/18/98**                                    **DEKALB COUNTY SCHOOL RECORDS**

---

**DATE**                                                    **SOURCE**

TAYLOR SUSPENDED FROM BUS FOR 3 DAYS

---

**EVENT**

**10/4/98**                                    **DEKALB COUNTY SCHOOL RECORDS**

---

**DATE**                                                    **SOURCE**

TAYLOR WARNED AND COUNSELED ABOUT BUS MISCONDUCT

---

**EVENT**

**10/6/98**                                    **DEKALB COUNTY SCHOOL RECORDS**

---

**DATE**                                                    **SOURCE**

TAYLOR RECEIVES 3 DAYS DETENTION FOR DISRESPECTING SCHOOL

---

**EVENT**

**10/20/98**                                   **DEKALB COUNTY SCHOOL RECORDS**

---



Exhibit 64

DATE                                                SOURCE

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR FIGHTING

---

EVENT

11/06/98                                            DEKALB COUNTY SCHOOL RECORDS

---

DATE                                                SOURCE

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR MISCONDUCT ON THE BUS.

---

EVENT

1/8/99                                              DEKALB COUNTY SCHOOL RECORDS

---

DATE                                                SOURCE

TAYLOR PLACED ON OUR OF SCHOOL SUSPENSION FOR THROWING FOOD IN CAFETERIA

---

EVENT

3/16/99                                             DEKALB COUNTY SCHOOL RECORDS

---

DATE                                                SOURCE

TAYLOR RECEIVED THREE DAYS DETENTIONS FOR REFUSING TO FOLLOW INSTRUCTIONS

---

EVENT

3/30/99                                             DEKALB COUNTY SCHOOL RECORDS

---

DATE                                                SOURCE

TAYLOR RECEIVES THREE DAY SUSPENSION FOR REFUSING TO SIT DOWN WHEN TOLD

---

EVENT

5/25/99                                             DEKALB COUNTY SCHOOL RECORDS

Exhibit 64

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES THREE DAY SUSPENSION FOR FAILURE TO FOLLOW INSTRUCTION

| EVENT | |
|---|---|

| 6/7/99 | DeKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES WARNING AND COUNSELING FOR WRITING ON TABLE

| EVENT | |
|---|---|

| 11/1/99 | DeKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES IN SCHOOL SUSPENSION FOR DISRESPECT TO SCHOOL

| EVENT | |
|---|---|

| 12/2/99 | DeKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR CUTTING CLASS

| EVENT | |
|---|---|

| 1/13/00 | DeKALB COUNTY SCHOOL RECORDS |
|---|---|

| DATE | SOURCE |
|---|---|

TAYLOR RECEIVES OUT OF SCHOOL SUSPENSION FOR REFUSING TO STOP TALKING IN CLASS

| EVENT | |
|---|---|

| 12/16/04 | DeKALB COUNTY SCHOOL RECORDS |
|---|---|



Exhibit 64

**DATE**                                  **SOURCE**

TAYLOR CERTIFIED NOT "SPECIAL EDUCATION STUDENT" BY VELINDA K BAILEY, EXECUTIVE DIRECTOR PROGRAM

---

**EVENT**

_8/13/01                                 DEKALB COUNTY SCHOOL RECORDS

---

**DATE**                                  **SOURCE**

__SUBJECT QUITE McNAIR HIGH SCHOOL TO ATTEND ANOTHER SCHOOL.

---

**EVENT**

10/1/01                                ATLANTA PUBLIC SCHOOL RECORDS

---

**DATE**                                  **SOURCE**

TAYLOR ATTEMPTS TO ENTER G. W. CARVER HIGH COMPREHENSIVE HIGH SCHOOL IN ATLANTA

---

**EVENT**

11/7/02                                DEKALB COUNTY PD BOOKING REPORT

---

**DATE**                                  **SOURCE**

REJON TAYLOR ARRESTED USING ROBERT WESTLAKE DATA

---

**EVENT**

8/22/.3                                DEKALB COUNTY PROBATE COURT

---

**DATE**                                  **SOURCE**

TEMPORARY ORDER OF ADMINISTRATION FILED BY STEPHANIE BELCHER

---

**EVENT**



Exhibit 64

9/2/03                                    DEKALB COUNTY PROBATE COURT

DATE                                      SOURCE

STEPHANIE BELCHERS ATTORNEY DAVID POWELL WITHDRAWS

EVENT


2/27/04                                   DEKALB COUNTY PROBATE COURT

BELCHER SUBMITS INVENTORY OF ESTATE

EVENT


3/3/05                                    DEKALB COUNTY PROBATE COURT

DATE                                      SOURCE

PERMANENT ADMINISTRATION BY MARIE FRANCE FABRE

EVENT


3/28/05                                   DEKALB COUNTY PROBATE COURT

DATE                                      SOURCE

CAVEATS ISSUED

EVENT


2/9/06                                    DEKALB COUNTY PROBATE COURT

DATE                                      SOURCE

CONSENT ORDER FOR EXTENSION OF TIME FOR ESTATE ADMINISTRATION (LUCK)