Exhibit 68

## *No Headline In Original*

Global Broadcast Database - English Live at 5:00 4:59 PM NBC

September 16, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 346 words

## Body

STATION: 3 WRCB

Chattanooga, TN

GOOD AFTERNOON AND THANKS FOR JOINING US. I'M DAVID CARROLL. AND I'M CINDY SEXTON. CHATTANOOGA'S FIRST FEDERAL DEATH PENALTY TRIAL HAS TAKEN ANOTHER TWIST.

TODAY, ***REJON TAYLOR***'S SENTENCING WAS PUT ON HOLD IN LIGHT OF NEW INFORMATION. CHANNEL-3 EYEWITNESS NEWS REPORTER RACHEL WITHERS IS IN THE NEWSROOM WITH DETAILS. RACHEL... CINDY, THAT NEW INFORMATION IS 10-HOURS OF PHONE CALLS TAYLOR MADE FROM JAIL DURING THE FIRST PHASE OF HIS TRIAL. PROSECUTORS SAY THE CALLS SHOW EXACTLY WHAT KIND OF PERSON TAYLOR IS... AND WHY HE DESERVES TO DIE FOR KIDNAPPING AND MURDERING ATLANTA RESTAURANT OWNER GUY LUKE. BEFORE JURORS EVER ENTERED THE COURTROOM THIS MORNING... JUDGE CURTIS COLLIER DECIDED TO SEND THEM BACK HOME. DEFENSE ATTORNEYS OBJECTED TO PROSECUTORS PLAN TO INTRODUCE 'SNIPPITS' OF JAIL RECORDED PHONE CALLS ***REJON TAYLOR*** MADE DURING THE FIRST PHASE OF HIS TRIAL. TODAY...U-S ATTORNEY STEVE NEFF TOLD THE COURT, TAYLOR REFERS TO THE JURY AS QUOTE - 'RACIST REDNECKS'. HE ALSO OUTLINES HIS PLAN WITH CO-DEFENDANT SIR JACK MATTHEWS TO GET HIS CASE THROWN OUT OF FEDERAL COURT. <the challenge for the prosecution is to make the case that this is the worst of the worst.> WE WANTED TO KNOW HOW THIS LATEST DEVELOPMENT WILL IMPACT TAYLOR'S LANDMARK SENTENCING... AND THAT'S WHERE ATTORNEY AND UTC CRIMINAL LAW PROFESSOR LEE DAVIS COMES IN. HE BELIEVES THESE RECENT RECORDINGS WILL SHOW ANOTHER SIDE OF ***REJON TAYLOR***... CONTRADICTING THE TESTIMONY DEFENSE ATTORNEYS WILL PRESENT. <they want to make sure they get the full picture in front of the jury... And the court typically allows broad discretion on both sides...because its very difficult for these jurors to decide what the appropriate penalty is. > STILL, DAVIS WARNS, DON'T EXPECT THE JURY TO HEAR IT ALL... ESPECIALLY NOT THE PART WHERE THE CONVICTED KILLER CALLS THEM RACIST. HE PREDICTS JUDGE COLLIER WILL LIMIT THE RECORDINGS... TO ONLY THE MOST RELEVANT PORTIONS. <things like their dangerousness... attempts that they've made to escape...or future plans to exercise those plans ...would be things that the prosecution

**Load-Date:** September 18, 2008

**End of Document**