Exhibit 72

### *No Headline In Original*

Global Broadcast Database - English News Ch 9 at 5:00 PM 5:03 PM ABC

September 16, 2008 Tuesday

Copyright 2008 inewsnetwork Inc. All Rights Reserved



**Length:** 339 words

## Body

STATION: 9 WTVC

Chattanooga, TN

NOORBERGEN SAYS SOMETIMES THEY HAVE SOMETIMES THEY HAVE NO CHOICE BUT TO PAY UP. SOT FULL 15:03 IF THAT'S THE ONLY WAY THAT WE'RE GONNA GET THIS INFORMATION AND THAT'S THE ONLY WAY THAT WE CAN GET JUSTICE, THEN WE HAVE NO CHOICE. BUT WE'RE GONNA TRY TO EXHAUST ALL MEANS FIRST BEFORE WE RESORT TO START JUST PAYING FOLKS OFF OF THE STREET THERE.

15:18 NOORBERGEN BLAMES THE STRUGGLING ECONOMY, BUT SHE ALSO SAYS THE WORD ABOUT THE CASH IS OUT THERE NOW. SO JUST HOW MUCH MONEY ARE PEOPLE GETTING? WE'LL LET YOU KNOW TONIGHT AT 6.. AND WE'LL ASK SOME PEOPLE WHO LIVE IN HIGH-CRIME NEIGHBORHOODS WHETHER THEY THINK IT'S WORTH IT. RL TM NC9 ANOTHER AGENCY THAT OFFERS REWARDS FOR INFORMATION IS THE TENNESSEE BUREAU OF INVESTIGATION AND IT HAS ADDED A NAME TO ITS MOST WANTED.. VO 33-YEAR-OLD CHARLES MCDONALD IS WANTED BY NASHVILLE POLICE FOR DRUG POSSESSION, CONSPIRACY, AND BRIBERY OF A PUBLIC SERVANT.. THE T-B-I SAYS THE CRIMES HAPPENED BETWEEN JUNE AND DECEMBER OF LAST YEAR.. YOU COULD GET UP TO A THOUSAND DOLLARS IF YOUR INFORMATION ABOUT CHARLES MCDONALD, LEADS TO HIS ARREST.. THE SENTENCING FOR EAST TENNESSEE'S FIRST FEDERAL DEATH PENALTY CASE WILL HAVE TO WAIT UNTIL NEXT WEEK AFTER THE DEFENDANT IS ACCUSED OF DESCRIBING THE JURY AS QUOTE - 'RACIST REDNECKS' ON A JAILHOUSE TELEPHONE CALL. VO U-S DISTRICT JUDGE CURTIS COLLIER DELAYED ***REJON TAYLOR***'S TRIAL TODAY WHEN THE DEFENSE ATTORNEYS OBJECTED TO THE PROSECUTION'S REQUEST TO PLAY TAPES BEFORE THE JURY. THE PROSECUTOR SAYS THE CALLS SHOW TAYLOR HAS NO REMORSE AND REMAINS DANGEROUS. THE DEFENSE SAYS IT WOULD UNNECESSARILY INFLAME THE 12- MEMBER JURY PANEL THAT HAS ONE BLACK MEMBER. THE STATE OF TENNESSEE IS WARNING PARENTS BEHIND ON CHILD SUPPORT THAT THEY COULD LOSE THEIR DRIVERS LICENSES, AND ALSO LICENSES FOR HUNTING AND FISHING, IF THEY DON'T PAY UP.. VO THE DEPARTMENT OF HUMAN SERVICES IS SENDING LETTERS TO DEADBEAT PARENTS IN TENNESSEE WHO ARE BEHIND AT LEAST 500 DOLLARS, AND HAVE NOT PAID IN MORE THAN 90 DAYS.. MORE THAN 7-THOUSAND LICENSES WERE REVOKED

**Load-Date:** September 18, 2008

Exhibit 72

No Headline In Original

Page 2 of 2

End of Document