Exhibit 73

## *Convicted killer's sentencing delayed*

UPI

September 16, 2008 Tuesday 12:20 PM EST

Copyright 2008 U.P.I. All Rights Reserved



**Length:** 161 words

**Dateline:** CHATTANOOGA, Tenn., Sept. 16

## Body

Prosecutors in Chattanooga, Tenn., say inflammatory comments made by convicted killer ***Rejon Taylor*** emphasize why he should be sentenced to death.

Sentencing arguments were delayed until Monday while a federal judge determines whether jurors should hear taped phone conversations Taylor made to his family within the last two weeks, the Chattanooga (Tenn.) Times Free Press reported Tuesday.

&"We're going to be asking the jury to sentence (Taylor) to death, and this is one of the reasons why,&" said Assistant U.S. Attorney Steve Neff, alleging Taylor called the jurors &"racist rednecks&" for convicting him last week of murder, kidnapping and carjacking in the 2003 death of an Atlanta restaurant owner.

Taylor allegedly also talked about trying to escape from the Chattanooga federal building where he's been standing trial, Neff said.

Defense attorney Leslie Cory said the phone calls do not reflect Taylor's &"lack of remorse or dangerousness.&"

**Load-Date:** September 17, 2008

**End of Document**