Exhibit 74

## *Hamilton County Criminal Court*
## *Rule Docket*

07/31/2018
Page No:     1

**State vs. TAYLOR, REJOHN**                          Docket #:     247253

**State vs. TAYLOR, REJOHN**                          Docket #:     247253

DOB: 7/15/1984    Sex: M     Race: B

| | Counts: | | | TCA: |
|---|---|---|---|---|
| FIRST DEGREE FELONY MURDER | Counts: 1 | Thru 3 | | TCA: 39130202 |
| ESPECIALLY AGGRAVATED ROBBERY | Counts: 4 | Thru 4 | | TCA: 39130403 |
| ESPECIALLY AGGRAVATED KIDNAPPING | Counts: 5 | Thru 5 | | TCA: 39130305 |
| CAR JACKING | Counts: 6 | Thru 6 | | TCA: 39130404 |

Lower Court:                     Arresting Officer:                     Attorney:    HEINSMAN, RICH

Bonding Co.:                Bond Amt:  $0.00

### State Witnessess

| CHAMBERS, CHRIS #1163 | HCSD | CHATTANOOGA TN |
|---|---|---|
| FARMER, TOM #1279 | HCSD | CHATTANOOGA TN |

| | |
|---|---|
| 9/9/2008 | - CASE DISMISSED ON MOTION OF STATE - COUNTS: 6 - 6 |
| 9/9/2008 | - CASE DISMISSED ON MOTION OF STATE - COUNTS: 5 - 5 |
| 9/9/2008 | - CASE DISMISSED ON MOTION OF STATE - COUNTS: 4 - 4 |
| 9/9/2008 | - CASE DISMISSED ON MOTION OF STATE - COUNTS: 3 - 3 |
| 9/9/2008 | - CASE DISMISSED ON MOTION OF STATE - COUNTS: 2 - 2 |
| 9/9/2008 | - CASE DISMISSED ON MOTION OF STATE - COUNTS: 1 - 1 |
| 5/5/2008 | MOTION TO WITHDRAW CONTINUED TO SEPTEMBER 9, 2008   #3 |
| 4/28/2008 | MOTION TO WITHDRAW FILED |
| 4/14/2008 | CONTINUED TO SEPTEMBER 9, 2008    #3 |
| 4/5/2007 | CASE CONTINUED TO APRIL 14, 2008, FOR SETTLEMENT #3 |
| 2/16/2007 | CONTINUED TO APRIL 5, 2007 FOR STATUS     #3 |
| 10/3/2006 | THE COURT RECUSES ITSELF IN THIS MATTER TRANSFERRED TO DIVISION III FOR FEB 16, 2007   #1 |
| 7/17/2006 | PASSED OCT 3, 2006  FOR PLEA OR ASSIGNMENT    #1 |
| 4/17/2006 | PASSED  JULY 17 2006  FOR PLEA OR ASSIGNMENT  #1 |
| 1/17/2006 | REASSIGNED TO APRIL 17, 2006  FOR REVIEW  #1 |
| 9/26/2005 | PASSED JAN 16, 2006 FOR PLEA OR ASSIGNMENT    #1 |
| 3/22/2005 | PASSED  SEPT  26  2005  FOR PLEA OR ASSIGNMENT    #1 |
| 1/31/2005 | PASSED MARCH 22, 2005  FOR  PLEA OR ASSIGNMENT   #1 |
| 1/6/2005 | STATEMENT FROM LAB CORP OF AMERICA IN THE AMOUNT OF $3.00 FOR SERVICES RENDERED FILED ( TO BE BILLED AS A PART OF COURT COSTS) |

HCCC-01-01-0000001

Exhibit 74

**Hamilton County Criminal Court**
**Rule Docket**

State vs. TAYLOR, REJOHN                                    Docket #:    247253

| | |
|---|---|
| 11/17/2004 | PASSED JAN 31, 2005 FOR PLE A OR ASSIGNMENT    #1 |
| 10/25/2004 | PASSED TO NOV  17, 2004  FOR PLEA  OR ASSIGNMENT   #1 |
| 9/20/2004 | PASSED OCT  25, 2004  FOR PLEA  OR ASSIGNMENT MOTION FOR FINGERPRINT EXAMINATION STRICKEN BY AGREEMENT  #1 |
| 9/13/2004 | PASSED SEPT 20, 2004  FOR REVIEW OF MOTION   #1 |
| 8/30/2004 | MOTION FOR DISCOVERY OF PARTICULAR ITEM: FINGERPRINT EXAMINATION FILED |
| 7/22/2004 | PASSED SEPT  23, 2004   FOR PLEA  OR ASSIGNMENT       #1 |
| 7/15/2004 | PASSED JULY 22,  2004  FOR PLEA  OR ASSIGNMENT        #1 |
| 6/7/2004 | PASSED TO JULY 15, 2004 FOR PLEA OF ASSIGMENT #1 |
| 6/7/2004 | MOTION FOR BOND REDUCTION DENIED  #1 |
| 5/25/2004 | NOTICE OF BOND HEARING FILED |
| 4/22/2004 | PASSED  JUNE 7  2004  FOR PLEA  OR ASSIGNMENT    #1 |
| 3/16/2004 | LIMITED APPEARANCE ENTERED BY ATTORNEY RICH HEINSMAN- DEFT OBJECTION TO BLOOD SAMPLE EVIDENCE ORDER HEARD AND OVERRULED - ORDER FOR BLOOD SAMPLE EVIDENCE RE-ENTERED AND ORDERED EXECUTED - CONTINUED TO APRIL 22, 2004  FOR MOTION FOR BOND REDUCTION #1 |
| 3/16/2004 | FORMAL ORDER ENTERED THAT THE DEFENDANT BE TRANSPORTED BY DET. CHRIS CHAMBERS TO AN APPROPRIATE FACILITY FOR THE PURPOSE OF OBTAINING A BLOOD SAMPLE  #1 |
| 3/16/2004 | FORMAL ORDER ENTERED THAT THE DNA SAMPLE BEING DRAWN FROM THE DEFENDANT BE DELIVERED TO THE GENETIC TECHNOLOGIES LABORATORY AT THE DEFENDANT'S EXPENSE   #1 |
| 3/9/2004 | NOTICE OF LIMITED APPEARANCE FILED |
| 3/9/2004 | MOTION TO REDUCE BOND FILED |
| 3/9/2004 | DEMAND FOR NOTICE AND MOTION IN OPPOSITION OF BLOOD SAMPLE |
| 3/1/2004 | MOTION FOR BLOOD SAMPLE SUSTAINED- REMAIN SET MARCH 16, 2004  FOR ARRT AND HIRE COUNSEL  #1 |
| 3/1/2004 | FORMAL ORDER ENTERED THAT DEFENDANT BE TRANSPORTED BY DETECTIVE CHRIS CHAMBERS  TO AN APPROPRIATE FACILITY FOR THE PURPOSE OF OBTAINING A BLOOD SAMPLE #1 |
| 2/20/2004 | MOTION FOR BLOOD SAMPLE FILED |
| 2/11/2004 | PASSED MARCH 16, 2004  FOR ARRT AND HIRE COUNSEL  #1 |
| 1/30/2004 | BONDS ARE ORDERED INCREASED TO ONE MILLION  DOLLARS     #1 |
| 1/30/2004 | CAPIAS RECALLED |
| 1/30/2004 | CAPIAS ISSUED - CAPIAS ISSUED          CNTS: 001-003  FIRST DEGREE FELONY MUR CNTS: 004-004  ESPECIALLY AGGRAVATED R CNTS: 005-005  ESPECIALLY AGGRAVATED K CNTS: 006-006  CAR JACKING |
| 1/30/2004 | CAPIAS EXECUTED - HAMMOND |
| 1/30/2004 | |
| 12/11/2003 | CAPIAS ISSUED - CAPIAS ISSUED          CNTS: 001-003  FIRST DEGREE FELONY MUR CNTS: 004-004  ESPECIALLY AGGRAVATED R CNTS: 005-005  ESPECIALLY AGGRAVATED K CNTS: 006-006  CAR JACKING |
| 12/11/2003 | BOND FIXED AT $50,000 |
| 12/10/2003 | PRESENTATION FILED IN THIRD  DIV. OF CRIMINAL COURT |

HCCC-01-01-0000002

Exhibit 74

*Hamilton County Criminal Court*
*Rule Docket*

07/31/2018
Page No:    3

**State vs.** TAYLOR, REJOHN                    Docket #:    247253

12/10/2003        1 GRAND JURY SUBPOENA EXECUTED - JOHN CUPP, SHERIFF

arCC_Rule_Docket

HCCC-01-01-0000003

Exhibit 74

No.
247251
247252
247253 ✓

GJ No.

P-03-518
P-03-520
P-03-519
P-03-518
P-03-520
P-03-519

A TRUE BILL

ESPECIALLY AGGRAVATED KIDNAPPING - COUNT 5 OF 6
TENNESSEE CODE ANNOTATED 39-13-305 (CLASS A FELONY)
CARJACKING - COUNT 6 OF 6
TENNESSEE CODE ANNOTATED 39-13-404 (CLASS B FELONY)

STATE OF TENNESSEE

VS.

JOEY MONTREZ MARSHALL

AND
SIR JACK MATTHEWS

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
AND
REJON LLWELLYN TAYLOR

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

William H. Cox
District Attorney General

*Marsha Crabtree*
Grand Jury Foreman or
Grand Jury Forewoman

Clerk's Summons for the State

Prosecutor:

CHRIS CHAMBERS, #1163, HAMILTON COUNTY SHERIFF'S OFFICE
TOM FARMER, #1279, HAMILTON COUNTY SHERIFF'S DEPARTMENT

FILED IN OFFICE
03 DEC 10 AM 10: 18
Filed
GWEN HOWELL, CLERK
BY_____D.C.

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 7.31.18

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

247251
247252
247253

Count 5:

THE GRAND JURORS for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the County aforesaid, upon their oaths present:

That Joey Montrez Marshall, Sir Jack Matthews and Rejon Llwellyn Taylor heretofore on August 6, 2003, in the County aforesaid, did unlawfully and knowingly remove or confine Guy Luck, so as to interfere substantially with the victim's liberty, and did accomplish this with a deadly weapon or by display of any article used or fashioned to lead the victim to reasonably believe it to be a deadly weapon, in violation of Tenneasee Code Annotated 39-13-305, against the peace and dignity of the State.

Count 6:

THE GRAND JURORS for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the County aforesaid, upon their oaths present:

That Joey Montrez Marshall, Sir Jack Matthews and Rejon Llwellyn Taylor heretofore on August 6, 2003, in the County aforesaid, did unlawfully, intentionally or knowingly take a motor vehicle from the possession of another, to-wit: Guy Luck, by the use of a deadly weapon, in violation of Tennessee Code Annotated 39-13-404, against the peace and dignity of the State.

DISTRICT ATTORNEY GENERAL

HCCC-01-01-0000005

Exhibit 74

No.                                    GJ No.        P-03- 518
                                                     P-03- 520
247251                                               P-03- 519
247252                                               P-03- 518
                                                     177,620
247253              A TRUE BILL                      P-03- 519

FIRST DEGREE FELONY MURDER - COUNT 3 OF 6
TENNESSEE CODE ANNOTATED 39-13-202  (CLASS A FELONY)
ESPECIALLY AGGRAVATED ROBBERY  - COUNT 4 OF 6
TENNESSEE CODE ANNOTATED 39-13-403 (CLASS A FELONY)


STATE OF TENNESSEE

VS.

JOEY MONTREZ MARSHALL


AND
SIR JACK MATTHEWS

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
AND
REJON LLWELLYN TAYLOR

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


                                       *Marsha Crabtree*
William H. Cox                         Grand Jury Foreman or
District Attorney General              Grand Jury Forewoman


Clerk's Summons for the State

Prosecutor:
CHRIS CHAMBERS, #1163, HAMILTON COUNTY SHERIFF'S OFFICE
TOM  FARMER, #1279, HAMILTON COUNTY SHERIFF'S DEPARTMENT


FILED IN OFFICE
93 DEC 10 AM 10: 10
Filed
GWEN TIDWELL, CLERK
.................D.C.
BY:.................

HCCC-01-01-0000006

Exhibit 74

247251
247252
247253

Count 3:

THE GRAND JURORS for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the County aforesaid, upon their oaths present:

That Joey Montrez Marshall, Sir Jack Matthews and Rejon Llwellyn Taylor heretofore on August 6, 2003, in the County aforesaid, did unlawfully kill Guy Luck during the perpetration of or attempt to perpetrate a kidnapping, in violation of Tennessee Code Annotated 39-13-202, against the peace and dignity of the State.

Count 4:

THE GRAND JURORS for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the County aforesaid, upon their oaths present:

That Joey Montrez Marshall, Sir Jack Matthews and Rejon Llwellyn Taylor heretofore on August 6, 2003, in the County aforesaid, did unlawfully and intentionally or knowingly take property from the person of Guy Luck, by violence or putting the victim in fear, and the defendant accomplished the offense with a deadly weapon and the victim suffered serious bodily injury, in violation of Tennessee Code Annotated 39-13-403, against the peace and dignity of the State.

Exhibit 74

No.                                         GJ No.       P-03-*5 18*
                                              177,621
                                              P-03-*519*

## 247251
## 247252
## 247253

                                      P-03-*518*
                                      P-03-*520*
                                      P-03-*519*

**A TRUE BILL**

FIRST DEGREE FELONY MURDER - COUNT 1 OF 6
TENNESSEE CODE ANNOTATED 39-13-202 (CLASS A FELONY)
FIRST DEGREE FELONY MURDER - COUNT 2 OF 6
TENNESSEE CODE ANNOTATED 39-13-202 (CLASS A FELONY)

STATE OF TENNESSEE

VS.

JOEY MONTREZ MARSHALL *355891*

AND
SIR JACK MATTHEWS *355892*

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
AND
REJON LLWELLYN TAYLOR *355890*

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

                                        *Marsha Crabtree*

William H. Cox                         Grand Jury Foreman or
District Attorney General          Grand Jury Forewoman

Clerk's Summons for the State

Prosecutor:
CHRIS CHAMBERS, #1163, HAMILTON COUNTY SHERIFF'S OFFICE
TOM FARMER, #1279, HAMILTON COUNTY SHERIFF'S DEPARTMENT

FILED IN OFFICE
DEC 10 AM 10: 18
Filed
GWEN TIDWELL, CLERK
BY _____ D.C.

HCCC-01-01-0000008

Exhibit 74

247251
247252
247253

STATE OF TENNESSEE, HAMILTON COUNTY

Criminal Court

THE GRAND JURORS for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the County aforesaid, upon their oaths present:

That Joey Montrez Marshall, Sir Jack Matthews and Rejon Llwellyn Taylor heretofore on August 6, 2003, in the County aforesaid, did unlawfully kill Guy Luck during the perpetration of or attempt to perpetrate a robbery, in violation of Tennessee Code Annotated 39-13-202, against the peace and dignity of the State.

Count 2:

THE GRAND JURORS for the State aforesaid, being duly summoned, elected, impaneled, sworn and charged to inquire for the body of the County aforesaid, upon their oaths present:

That Joey Montrez Marshall, Sir Jack Matthews and Rejon Llwellyn Taylor heretofore on August 6, 2003, in the County aforesaid, did unlawfully kill Guy Luck during the perpetration of or attempt to perpetrate a theft, in violation of Tennessee Code Annotated 39-13-202, against the peace and dignity of the State.

HCCC-01-01-0000009

Exhibit 74

2/13

.C A P I A S

STATE OF TENNESSSEE, HAMILTON COUNTY

STATE OF TENNESSEE       |     CASE NUMBER 00247253
VS
TAYLOR, REJOHN

TO ANY AUTHORIZED LAW ENFORCEMENT OFFICER OF HAMILTON COUNTY--GREETINGS:

YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF TAYLOR, REJOHN IF TO BE FOUND IN YOUR COUNTY, AND HIM SAFELY KEEP, SO THAT YOU HAVE HIM BEFORE THE CRIMINAL COURT SITTING FOR THE COUNTY OF HAMILTON, AT THE COURTS BUILDING 600 MARKET STREET, CHATTANOOGA, THEN AND THERE TO ANSWER A CHARGE PENDING AGAINST HIM BY INDICTMENT AND NOT DEPART THE COURT WITHOUT LEAVE.

FIRST DEGREE FELONY MURDER     COUNTS 001 THRU 003 TCA: 39130202 T1BRS:
ESPECIALLY AGGRAVATED ROBBERY   COUNTS 004 THRU 004 TCA: 39130403 T1BRS:
ESPECIALLY AGGRAVATED KIDNAPPI COUNTS 005 THRU 005 TCA: 39130305 T1BRS:
CAR JACKING                 COUNTS 006 THRU 006 TCA: 39130404 T1BRS:

WITNESS, GWEN TIDWELL, CLERK OF SAID COURT, AT OFFICE IN CHATTANOOGA, THIS THE THIRTIETH      DAY OF JANUARY , 2004.

G W E N   T I D W E L L,   C L E R K

BOND FIXED AT: $ 1,000,000 00    BY _____ D.C.

OFFICER'S RETURN

| EXECUTED | NULLA BONA |
|---|---|
| CAME TO HAND WHEN ISSUED. EXECUTED BY ARRESTING THE ABOVE NAMED DEFENDANT TAYLOR, REJOHN AND PLACING HIM IN THE HAMILTON COUNTY | EXECUTED BY MAKING SEARCH FOR THE ABOVE NAMED DEFENDANT AND HE IS NOT TO BE FOUND IN MY COUNTY. THIS _____ DAY OF _____ ____. |
| JAIL. THIS 30 DAY OF January 2004. | _____ SHERIFF |
| _John Cupp_ SHERIFF | BY _____ D.S. |
| BY _____ 1163 D.S. | |

MICROFILM REF. NO. _____

THE FOLLOWING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE THIS _____ 7-31-18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

STATE OF TENNESSEE      *     NO.   247253

                    *     IN THE CRIMINAL COURT FOR

       VS.                *     HAMILTON COUNTY, TENNESSEE

REJON L. TAYLOR        *     DIVISION I

## MOTION FOR BLOOD SAMPLE

Comes now the State of Tennessee, by and through the District Attorney General, and requests that the Court order that the defendant in the above styled cause permit medical authorities to obtain a blood sample from him for purposes of comparison with evidence collected in this case.

Respectfully submitted,

WILLIAM H. COX
DISTRICT ATTORNEY GENERAL

BY: _____
LILA STATOM
ASSISTANT DISTRICT ATTORNEY

AN EXACT COPY MAILED TO DEFENDANT'S ATTORNEY
ON 2-18-04 BY _____
OFFICE OF THE DISTRICT ATTORNEY GENERAL
HAMILTON COUNTY TENNESSEE

OFFICE OF THE DISTRICT ATTORNEY
WILLIAM H. COX
DISTRICT ATTORNEY GENERAL
HAMILTON COUNTY
CHATTANOOGA COURTS BUILDING
600 MARKET STREET
CHATTANOOGA TENNESSEE 37402

FILED IN OFFICE

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 7-31-18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

STATE OF TENNESSEE     *     NO. 247253

                        *     IN THE CRIMINAL COURT FOR

VS.                 *     HAMILTON COUNTY, TENNESSEE

REJON L. TAYLOR       *     DIVISION I

## ORDER

Upon motion of the State and for good cause shown, it is hereby ORDERED that the defendant, Rejon L. Taylor, be transported by Detective Chris Chambers or other law enforcement officers to an appropriate facility for the purpose of obtaining a blood sample.

Enter this _1st_ day of _march_, 2004.

_____
JUDGE DOUGLAS A. MEYER

APPROVED:
_____
ASSISTANT DISTRICT ATTORNEY GENERAL
LILA STATOM

_____

OFFICE OF THE DISTRICT ATTORNEY
WILLIAM H. COX
DISTRICT ATTORNEY GENERAL
HAMILTON COUNTY
CHATTANOOGA COURTS BUILDING
600 MARKET STREET
CHATTANOOGA, TENNESSEE 37402

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _7-31-18_

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

**IN THE
CRIMINAL COURT OF
HAMILTON COUNTY TENNESSEE
AT CHATTANOOGA**

STATE OF TENNESSEE

v.

Docket No.    2472531

REJON LLWELLYN TAYLOR

**DEMAND FOR NOTICE &
MOTION IN OPPOSITION TO BLOOD SAMPLE**

COMES NOW the defendant through counsel and demands notice of any requests for a

blood sample which, on information and belief, has been requested by the Attorney

General.   The defendant objects to the involuntary submission of a sample and requires

notice and demands the opportunity to be heard on this matter.

Respectfully Submitted,

Rich Heinsman, No. 016136
525 East 4th Street
Chattanooga, TN  37403
423-757-9064   423-757-9063 fax
heinsman@comcast.net

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true and exact copy of this pleading has been served upon all parties at interest in this case or counsel for said parties by delivering a true and exact copy of said pleading to the offices of said counsel or by placing a true and exact copy of said pleading in the United States Mail addressed to the said counsel at his or her office with sufficient postage thereupon to carry the same to its destination.
RICH HEINSMAN, 525 East 4th Street, Chattanooga, TN 37403
This the 9 day of ___March___ , 2007
By _____

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____7-31-18_____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

IN THE
CRIMINAL COURT OF
HAMILTON COUNTY TENNESSEE
AT CHATTANOOGA

STATE OF TENNESSEE

v.                                          Docket No.      2472531

REJON LLWELLYN TAYLOR

## MOTION TO REDUCE BOND

COMES NOW the defendant through counsel and moves this court to pursuant to T.C.A.

§40-11-102 and §40-11-148 to reduce his bond:

1. The defendant is a resident of Georgia

2. He has not failed to appear on any criminal charge in the past.

3. The defendant is presumed innocent of these charges and has not demonstrated in

the the past that he is a danger to the community or that he will fail to appear for court as

ordered.

4. In light of the factors which the court must consider when setting bond, $1,000,000 is

excessive.

Respectfully Submitted,

Rich Heinsman, No. 016136
525 East 4th Street
Chattanooga, TN 37403
423-757-9064   423-757-9063 fax
heinsman@comcast.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon all parties at interest in this case or counsel for said parties by delivering a true and exact copy of said pleading to the offices of said counsel or by placing a true and exact copy of said pleading in the United States Mail addressed to the said counsel at his or her office with sufficient postage thereupon to carry the same to its destination. RICH HEINSMAN, 525 East 4th Street, Chattanooga, TN 37403

This the 1 day of _____ March _____ 20__

By _____

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 7.31.18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

IN THE
CRIMINAL COURT OF
HAMILTON COUNTY TENNESSEE
AT CHATTANOOGA

STATE OF TENNESSEE

v.                                          Docket No.     2472531

REJON LLWELLYN TAYLOR

## NOTICE OF LIMITED APPEARANCE

COMES NOW counsel for the defendant and notifies this court of his limited appearance

for the purpose of bond and to contest the submission of a blood sample.

Respectfully Submitted,

Rich Heinsman, No. 016136
525 East 4th Street
Chattanooga, TN 37403
423-757-9064   423-757-9063 fax
heinsman@comcast.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon all parties at interest in this case or counsel for said parties by delivering a true and exact copy of said pleading to the offices of said counsel or by placing a true and exact copy of said pleading in the United States Mail addressed to the said counsel at his or her office with sufficient postage thereupon to carry the same to its destination.
RICH HEINSMAN, 525 East 4th Street, Chattanooga, TN 37403

This the 1 day of _____, 20_____
By_____

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 7-31-18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

**IN THE
CRIMINAL COURT OF
HAMILTON COUNTY TENNESSEE
AT CHATTANOOGA**

STATE OF TENNESSEE

v.

REJON LLWELLYN TAYLOR

Docket No.    2472531

## ORDER TO PROVIDE PORTION OF DEFENDANTS DNA SAMPLE
## TO THE DEFENDANT 'S LABORATORY

Upon motion of the defendant and for good cause shown, it is hereby

ORDERED, that a sample of the defendant's own DNA which is being drawn at the

request of the state and Order of the court, be delivered by Federal Express at the

defendant's expense (a prepaid airbill will be provided to Chris Chambers on 3/16/2003),

to the following laboratory:

Genetic Technologies, Inc.
434 Henry's Trace
Pacific, Missouri  63069
636-451-4363 W
636-451-5317 F
www.genetictechnologies.com

ENTER this _16th_ day of _March_, 2004.

_Douglas A. Meyer_
Judge

APPROVED FOR ENTRY:

_Rich Heinsman_
Rich Heinsman, No. 016136
525 East 4th Street
Chattanooga, TN  37403
423-757-9064  423-757-9063 fax
heinsman@comcast.net

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _7·31·18_

VINCE DEAN
CRIMINAL COURT CLERK
BY _Joyce Allen_ DC

Exhibit 74

STATE OF TENNESSEE

VS.

REJON L. TAYLOR

NO(S): 247253

CRIMINAL COURT, DIVISION I
11TH JUDICIAL DISTRICT
CHATTANOOGA, HAMILTON COUNTY
TENNESSEE

## ORDER

Upon motion of the State and for good cause shown, it is hereby

ORDERED that the defendant, Rejon L. Taylor, be transported by Detective Chris

Chambers or other law enforcement officers to an appropriate facility for the purpose of

obtaining a blood sample.

ENTER this the 16th day of March, 2004.

_____
Douglas A. Meyer
Judge

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 7-31-18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

## IN THE CRIMINAL COURT OF
## HAMILTON COUNTY TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE | |
| v. | Docket No.    2472531 |
| REJON LLWELLYN TAYLOR | |

### NOTICE OF BOND HEARING

The defendant previously filed a bond motion on March 9, 2004 which was passed by

agreement for status until June 7th, 2004 anticipating the issuance of an indictment by the

Federal District Court. The United States Attorney's office has not returned counsel's calls

and requests for status.

The defendant hereby notifies the District Attorney two weeks in advance of his desire to be

heard on the issue of bond on June 7th, 2004.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this pleading has been served upon all parties at interest in this case or counsel for said parties by delivering a true and exact copy of said pleading to the offices of said counsel or by placing a true and exact copy of said pleading in the United States Mail addressed to the said counsel at his or her office with sufficient postage thereupon to carry the same to its destination. RICH HEINSMAN, 525 East 4th Street, Chattanooga, TN 37403.

This the ___ day of _____ 20___.

R- _____

Respectfully submitted,

Rich Heinsman, No. 016136
525 East 4th Street
Chattanooga, TN 37403
423-757-9064 423-757-9063 fax
heinsman@comcast.net

FILED IN OFFICE

04 MAY 25 AM 10: 37

GWEN TIDWELL, CLERK
BY_____D.C.
FILM REF:_____

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 7-31-18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

**CRIMINAL COURT
HAMILTON COUNTY, TENNESSEE**

| | |
|---|---|
| STATE OF TENNESSEE | |
| V. | Docket No.     2472531 |
| REJON LLWELLYN TAYLOR | |

### MOTION FOR DISCOVERY OF PARTICULAR ITEM:
### FINGERPRINT EXAMINATION

COMES NOW the Defendant by and through counsel and moves for discovery of the

State's fingerprint report pursuant to Rule 16(D). The Defendant requests that the complete

report indicating precisely which matches were found in addition to the conclusory report

already received and attached hereto.

Respectfully Submitted,

Rich Heinsman, No. 016136
525 East 4th Street
Chattanooga, TN 37403
423-757-9064   423-757-9063 fax
heinsman@comcast.net

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a true and exact copy of this
pleading has been served upon all parties at interest in this case
or counsel for said parties by delivering a true and exact copy of
said pleading to the offices of said counsel or by placing a true and
exact copy of said pleading in the United States Mail addressed to
the said counsel at his or her office with sufficient postage
thereupon to carry the same to its destination.
RICH HEINSMAN, 525 East 4th Street, Chattanooga, TN 37408
This the 3 day of _____ A Y _____, 2004
By _____

FILED IN OFFICE

04 AUG 30 PM 3:51

GWEN TIDWELL, CLERK
BY _____ D.C.
FILM REF _____

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 7.31.18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____

Exhibit 74

State of Tennessee
**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216
(615) 744-4000
Facsimile (615) 744-4668
TDD (615) 744-4001

Marshall - GS# 105 4331

RECEIVED
JAN 2 2 2004
BY: DISTRICT ATTORNEY

## OFFICIAL LATENT FINGERPRINT REPORT

TO: Bill Johnson
Hamilton Co. S.D.
600 Market St.
Chattanooga, TN 37402

DATE: December 31, 2003
CRIME LAB NO: 03111685
COUNTY: Hamilton
AGENCY CASE NO: 2003025544

J Taylor -

R Taylor - 1054

Matthews - 105

SUBJECT(S):
MARSHALL, JOEY M
TAYLOR, JOHN
TAYLOR, REJON
MATTHEWS, SIR J

VICTIM(S):
LUCK, GUY

Received From: Rodney Bowman
Date Received: August 08, 2003

EXHIBITS:

03111685-1     1999 Ford Van

Received From: Douglas Wilson
Date Received: August 14, 2003

EXHIBITS:

03111685-2     Known finger and palm impressions from Joey Marshall

03111685-3     Known finger and palm impressions of John Taylor

03111685-4     Known finger and palm impressions of Rejon Taylor

03111685-5     Known finger and palm impressions of Guy Luck

EXHIBIT
4

Page 1 of 3

THE FOLLOWING INSTRUMENT
IS A CORRECT COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE
THIS _____ 2 31.18 _____

VINCE DEAN
CRIMINAL COURT CLERK
BY _____ DC

Exhibit 74

## OFFICIAL LATENT FINGERPRINT REPORT

**DATE:** December 31, 2003
**CRIME LAB NO:** 03111685

**Received From:** Dan Royse
**Date Received:** August 18, 2003

### EXHIBITS:

03111685-8    Ruger 9mm magazine from floor in back of van

03111685-9    Cartridges from magazine in van

03111685-10    Pocket knife from pass. side rear floor

**Received From:** Rodney Bowman
**Date Received:** August 21, 2003

### EXHIBITS:

03111685-25    Right rear door trim from 1996 Chevrolet Impala

03111685-26    Lower trim from 1996 Chevrolet Impala

03111685-28    Seatbelt assembly with trim from 1996 Chevrolet Impala

03111685-29    Door handle assemblies from 1996 Chevrolet Imapala

03111685-30    Seatbelt assembly without trim from 1996 Chevrolet Imapala

03111685-31    Door armrests from 1996 Chevrolet Imapala

03111685-34    Center console from 1996 Chevrolet Imapala

03111685-35    Latent lifts from exterior of 1996 Chevrolet Imapala

### RESULTS:

03111685-1    Examination revealed the presence of identifiable latent palm print(s).
See results of exhibit(s) 03111685-2 through 03111685-5.

03111685-2    The developed and submitted latent prints from exhibits 03111685-1 (white Ford van) and 03111685-35 (latent lifts) were compared with the known impressions of Joey Marshall with no identifications.

**Page 2 of 3**

HCCC-01-01-0000021

Exhibit 74

## OFFICIAL LATENT FINGERPRINT REPORT

| | |
|---|---|
| **DATE:** | December 31, 2003 |
| **CRIME LAB NO:** | 03111685 |

**RESULTS:**

03111685-3    The developed and submitted latent prints from exhibits 03111685-1 (white Ford van) and 03111685-35 (latent lifts) were compared with the known impressions of John Taylor with no identifications.

03111685-4    One latent print developed on exhibit 03111685-1 (inside rear cargo door of submitted white Ford van) was identified with the left palm of Rejon Taylor.

The submitted latent prints from exhibit 03111685-35 (latent lifts) were compared with the known impressions of Rejon Taylor with no identifications.

03111685-5    The developed and submitted latent prints from exhibits 03111685-1 (white Ford van) and 03111685-35 (latent lifts) were compared with the known impressions of Guy Luck with no identifications.

Clearer known impressions are needed for a complete comparison.

03111685-8    Examination failed to reveal the presence of identifiable latent prints.

03111685-9    Examination failed to reveal the presence of latent prints.

03111685-10    Examination failed to reveal the presence of latent prints.

03111685-25    Examination failed to reveal the presence of latent prints.

03111685-26    Examination failed to reveal the presence of latent prints.

03111685-28    Examination failed to reveal the presence of identifiable latent prints.

03111685-29    Examination failed to reveal the presence of identifiable latent prints.

03111685-30    Examination failed to reveal the presence of identifiable latent prints.

03111685-31    Examination failed to reveal the presence of latent prints.

03111685-34    Examination failed to reveal the presence of latent prints.

03111685-35    Examination revealed the presence of identifiable latent finger and palm prints.

The latent fingerprint(s) were searched against the AFIS database with no identifications.

See results of exhibit(s) 03111685-2 through 03111685-5.

**DISPOSITION:**  The evidence will remain at the Nashville Crime Lab until completion of all requested examinations.

Respectfully Submitted,

Darrin Shockey
Special Agent/Forensic Scientist

Page 3    of 3

HCCC-01-01-0000022

Exhibit 74

# IN THE CRIMINAL COURT OF
# UNITED STATES DISTRICT COURT

THE FOLLOWING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE THIS ___ 7-31-18

VINCE DEAN
CRIMINAL COURT CLERK

BY _____ DC

UNITED STATES OF AMERICA

V.

REJON LLWELLYN TAYLOR

Docket No.    2472531

STEELMAN

## MOTION TO WITHDRAW

COMES NOW counsel for the defendant and moves to withdraw. The defendant in this case was charged with 1st degree murder in this court and was indicted in federal court on capital murder charges over the same allegation. Counsel for the defendant has remained on the case since the time of the federal indictment awaiting the state's planned dismissal of the state charges pending the outcome in federal court. The state is not required to dismiss this charge and it not certain that the defendant will be convicted in federal court which would be a condition precedent to that dismissal. Counsel for the defendant was not fully retained in this case at the time of making a general appearance, and has received less than 14% of the retainer with the last payment made 8/12/2004. Counsel has continue to appear on his case since the last payment, on 9/14/04, 9/20/04, 10/25/04, 11/17/04, 1/31/05, 3/22/05, 9/26/05, 1/17/06, 4/17/06, 7/17/06, 10/3/06, 2/16/07, 4/5/07, and 4/14/08, but now that the client's mother (who was responsible for the retainer) is also charged in federal court counsel moves to withdraw well in advance of the next settlement date of 9/9/08 (after his planned federal trial) for failure to abide by the retainer agreement.

**Certificate of Service**

I hereby certify a copy of this pleading has been served on all parties at interest.

Respectfully Submitted,

Rich Heinsman, No. 016136
Heinsman Law Group
823 Houston Street
Chattanooga, Tennessee 37403
423-757-9995  423-757-9063 F

HCCC-01-01-0000023

STATE OF TENNESSEE

Hamilton County Criminal Court Minutes

Date: SEP 0 9 2008

268241    State vs. STRICKLAND, CAVEGEO DEWANN    ASSAULT

The above styled case(s) are/is hereby ordered continued to October 15, 2008 for settlement.

261342    State vs. SWEETON, WENDELL WAYNE    DRIVING ON REVOKED, SUSPENDED OR CANCELLED LICENSE

265717    State vs. SWEETON, WENDELL WAYNE    DRIVING ON REVOKED, SUSPENDED OR CANCELLED LICENSE

The above styled case(s) are/is hereby ordered continued to December 4, 2008 for trial.

247253    State vs. TAYLOR, REJOHN    MURDER IN THE FIRST DEGREE

It is hereby ordered the above styled case dismissed on Motion Of The State.

266352    State vs. WICHMAN, RICK    ATTEMPTED FIRST DEGREE MURDER

267082    State vs. WICHMAN, RICK    ATTEMPT FIRST DEGREE MURDER

The above styled case(s) are/is hereby ordered continued to December 3, 2008 for settlement.

267918    State vs. WILLIAMS, RICHARD LEE    DRIVING ON REVOKED, SUSPENDED OR CANCELLED LICENSE

The above styled case(s) are/is hereby ordered continued to September 16, 2008 for settlement.

247251    State vs. MARSHALL, JOEY M    MURDER IN THE FIRST DEGREE

It is hereby Ordered the Capias heretofore issue, be recalled and returned unexecuted and case continued to September 10, 2008.

268256    State vs. BAD, BOYZ    PETITION FOR WRIT OF CERTIORARI

268440    State vs. BAD, BOYZ    PETITION FOR WRIT OF CERTIORARI

262312    State vs. CARR, CONNIE VERONICA    THEFT OF PROPERTY

The above styled case(s) are/is hereby ordered continued to October 14, 2008 for bond meeting.

THE FOLLOWING INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE THIS 2.31.6

VINCE DEAN
CRIMINAL COURT CLERK

BY _____ DC