Exhibit 75

| Federal Death Sentence |||||
|---|---|---|---|---|
| Source: Death Penaly Information Center , List of Federal Death Row Prisoners (2019), *avaialable at* https://deathpenaltyinfo.org/federal-death-penalty |||||
| **Year of Sentence** | **Docket Number** | **Name** | **Status** | **Race** |
| 1993 | E.D. VA No. 3-92-CR-68 | Tipton, Richard | Death row - 2255 | Black |
| 1993 | E.D. VA No. 3-92-CR-68 | Roane, James | Death row - 2255 | Black |
| 1993 | E.D. VA No. 3-92-CR-68 | Johnson, Corey | Death row - 2255 | Black |
| 1996 | N.D. TX No. 4:94-CR-121-Y | Webster, Bruce | Death Row - 2255 | Black |
| 1997 | N.D. GA No. 1:95 CR 528 | Battle, Anthony | Death row - 2255 | Black |
| 1997 | W.D. AR No. 6:96CR60022 | Paul, Jeffrey Williams | Death row - 2255 | White |
| 1998 | E.D. MO CR No. 4:97 0141 ERW (TCM) | Holder, Norris G. | Death row - 2255 | Black |
| 1998 | E.D. MO No. 4:97 CR 0141 ERW (TCM) | Allen, Billie Jerome | Death row - 2255 | Black |
| 1998 | W.D. NC No. 3:97CR23-P | Barnette, Aquilia Marcivicci | Death row - 2255 | Black |
| 1998 | W.D. MO No. 01-CR-308 | Purkey, Wesley Ira | Death row - 2255 | White |
| 2000 | D. MD CR No. PJM-98- 0502 | Higgs, Dustin | Death row - 2255 | Black |
| 2000 | W.D. MO No. 98- 00311-01/05-CR-W-2 | Sinisterra, German | Died Before Execution | Black |
| 2000 | W.D. TX No. W99CR070 | Bernard, Brandon | Death row - 2255 | Black |
| 2000 | W.D. TX No. W99CR070 | Vialva, Christopher Andre | Death row - 2255 | Black |
| 2001 | N.D. GA No. 02-CR-38 | LeCroy, William Emmett | Death Row - 2255 | White |
| 2001 | W.D. NC No. 00-CR-74 | Jackson, Richard | Death row - 2255 | White |
| 2002 | N.D. TX No. 00-CR-260 | Robinson, Julius Omar | Death row - 2255 | Black |
| 2002 | E.D. AR No. LR-CR-97-243 | Lee, Daniel Louis | Death row - 2255 | White |
| 2002 | W.D. MI No. 1:99-CR-76 | Gabrion, Marvin | Death row - 2255 | White |

Exhibit 75

| Year of Sentence | Docket Number | Name | Status | Race |
|---|---|---|---|---|
| 2002 | W.D. MO No. 99-CR-303-1 | Nelson, Keith D. | Death row - 2255 | White |
| 2003 | N.D. TX No. 6-95-CR-0015-C | Jones, Louis | Executed | Black |
| 2003 | S.D. GA CR No. 403-01 | Brown, Meier Jason | Death row - 2255 | Black |
| 2003 | D. AZ No. 01-CR-1062 | Mitchell, Lezmond | Death row - 2255 | Native American |
| 2004 | N.D. IN No. 02-CR-116 | Corley, Odell | Death row - 2255 | Black |
| 2004 | S.D. TX CR No. 02-216 | Bourgeois, Alfred | Death row - 2255 | Black |
| 2004 | D. SC No. 02-CR-992 | Basham, Branden | Death row - 2255 | White |
| 2004 | D. SC No. 02-CR-992 | Fulks, Chadrick | Death row - 2255 | White |
| 2004 | E.D. TX 1:03-CR 173 | Agofsky, Shannon Wayne | Death row - 2255 | White |
| 2004 | N.D. IA No.3:01-CR-03047-MWB | Honken, Dustin | Death row - 2255 | White |
| 2005 | D. MD No. 8:03-CR-00457-PJM | Lighty, Kenneth Jamal | Death row - 2255 | Black |
| 2005 | E.D. LA CR No. 94-381 | Davis, Len | Death row - 2255 | Black |
| 2005 | W.D. TX No. 01-CR-164 | Fields, Sherman Lamont | Death row - 2255 | Black |
| 2005 | E.D. OK CR No. 04-100-M-S | Barrett, Kenneth Eugene | Death row - 2255 | White |
| 2005 | E.D. OK No. 6:03-CR-00073 | Fields, Edward | Death row - 2255 | White |
| 2005 | N.D. IL No. 02-CR 137 | Mikos, Ronald | Death row - 2255 | White |
| 2006 | E.D. MO No. 4:02-CR 0557 CEF (AGF) | Bolden, Robert Sr. | Death row - 2255 | Black |
| 2006 | S.D. OH No. 2:05-CR-00011-GLF-1 | Lawrence, Daryl | Death row - 2255 | Black |
| 2006 | D. ND No. 04-CR-55 | Rodriguez, Alfonso Jr. | Death row - 2255 | Hispanic/Latino |
| 2007 | E.D. VA No. 1:05-CR-00264-TSE | Hager, Thomas Morocco | Death row - 2255 | Black |
| 2007 | N.D. TX No. 4:94-CR-121-Y | Hall, Orlando C. | Death row - 2255 | Black |

Exhibit 75

| Year of Sentence | Docket Number | Name | Status | Race |
|---|---|---|---|---|
| 2007 | W.D. VA No. 06 CR 00001 | Caro, Carlos David | Death row - 2255 | Hispanic/Latino |
| 2007 | C.D. CA CR No. 02-220 (A)-NM | Kadamovas, Jurijus | Death row - Appeal | White |
| 2007 | C.D. CA CR No. 02-220 (A)-NM | Mikhel, Iouri | Death row - Appeal | White |
| 2007 | W.D. MO No. 5:05-CR-06002-GAF | Montgomery, Lisa | Death Row - 2255 | White |
| 2008 | E.D. TN No. 1:04-CR-00160-1 | Taylor, Rejon | Death row - Appeal | Black |
| 2008 | D. ID CR No. 07-23-N-EJL | Duncan, Joseph | Death row - 2255 | White |
| 2009 | E.D. VA CR No. 4:08-CR-16 | Runyon, David | Death row - 2255 | Asian |
| 2009 | E.D. TX No. 1:07-CR-142 (1:08-CR-00036) | Ebron, Joseph | Death row - 2255 | Black |
| 2009 | S.D. FL 06-80171-CR-HURLEY/VITUNAC(s)(s) | Troya, Danny | Death Row - 2255 | Hispanic/Latino |
| 2009 | S.D. FL 06-80171-CR-HURLEY/VITUNAC(s)(s) | Sanchez, Ricardo | Death Row - 2255 | Hispanic/Latino |
| 2010 | E.D. TX 1:09-CR-00015-MAC-KFG All | Garcia, Edgar B. | Death Row - 2255 | Hispanic/Latino |
| 2010 | W.D. NC No. 3:08-CR-134-RJC | Umana, Alejandro Enrique | Death row - 2255 | Hispanic/Latino |
| 2010 | E.D. TX 1:09-CR-00015-MAC-KFG All | Snarr, Mark | Death Row - 2255 | White |
| 2012 | D. CT 3:06CR160 (PCD) | Aquart, Azibo | Death Row - Appeal (US Court of Appeals for Second Circuit upheld his conviction but overturned death sentence in 2018 | Black |
| 2013 | E.D. PA No. 2:07-CR-00550-RBS | Savage, Kaboni | Death row - Appeal | Black |
| 2014 | E.D. VA No. 1:11-CR-115 | Torrez, Jorge Avila | Death Row - Appeal | Hispanic/Latino |

Exhibit 75

| Year of Sentence | Docket Number | Name | Status | Race |
|---|---|---|---|---|
| 2014 | W.D. LA No. 1:10CR00351 | Sanders, Thomas Steven | Death row - Appeal | White |
| 2014 | W.D. MO 10-03029-01/02-CR-S-GAF | Hall, Charles Michael | Death row - Appeal | White |
| 2014 | W.D. MO 10-03029-01/02-CR-S-GAF | Coonce, Wesley Paul | Death row - Appeal | White |
| 2015 | D. MA No. 1:13-CR-10200-GAO | Tsarnaev, Dzhokhar | Death row - Appeal | White |
| 2017 | D. MA No. 01-CR-10384 | Sampson, Gary | Death row - appeal | White |
| 2017 | D. SC No. 2:15-CR-00472-RMG | Roof, Dylann Storm | Death row - appeal | White |
| 2018 | E.D. TX No. 1:16-CR-00026-MAC-ZJH | Cramer, Christopher | Death row - appeal | White |
| 2018 | E.D. TX No. 1:16-CR-00026-MAC-ZJH | Fackrell, Ricky Allen | Death Row - Appeal | White |
| 1997, executed 2001 | D. CO No. 96-CR-68-M | McVeigh, Timothy James | Executed | White |
| | E.D. MI CR No. 92-81127 | Brown, Terrance | Killed or died after authorization | Black |

Exhibit 75

| Total White | Total Black | Total Native American | Total Latino/ Hispanic | Total Asian | n/a | Total |
|---|---|---|---|---|---|---|
| 28 | 29 | 1 | 7 | 1 | 0 | 66 |
| 42% | 44% | 2% | 11% | 2% | | |

Exhibit 75

Federal Executions

Source: Death Penaly Information Center, *Federal Executions 1927-Present* (2019), *avaialable at* https://deathpenaltyinfo.org/federal-executions-1927-2003.

| Name | Method | Race | Offense | Age | Date | Place* |
|------|--------|------|---------|-----|------|--------|
| Charles, Nelson | Hanging | Indian | Murder (mother-in-law) | 37 | 11/10/1939 | AK |
| Nelson, Austin | Hanging | Black | First degree murder of a merchant | 28 | 3/1/1948 | AK |
| LaMoore, Eugene | Hanging | Black | First degree murder of a merchant | Unk | 4/14/1950 | AK |
| Gardner, Earl | Hanging | Indian | Murder (wife and infant son) | 30 | 7/12/1936 | AZ |
| Shockley, Samuel Richard | Gas chamber | White | Murder | 36 | 12/3/1948 | CA |
| Thompson, Meran Edgar | Gas chamber | White | First degree murder | 31 | 12/3/1948 | CA |
| Ochoa, Carlos Romero | Gas chamber | White | Murder | 27 | 12/10/1948 | CA |
| **Haupt, Herbert | Electrocution | White | Sabotage | 22 | 8/8/1942 | DC |
| **Heinck, Heinrich | Electrocution | White | Sabotage | Unk | 8/8/1942 | DC |
| **Keiling, Edward | Electrocution | White | Sabotage | Unk | 8/8/1942 | DC |
| **Neubauer, Herman | Electrocution | White | Sabotage | Unk | 8/8/1942 | DC |
| **Quirin, Richard | Electrocution | White | Sabotage | Unk | 8/8/1942 | DC |
| **Thiel, Werner | Electrocution | White | Sabotage | Unk | 8/8/1942 | DC |
| Aldermon, James | Hanging | Unk | Murder | Unk | 8/17/2027 | FL |
| Watson, David Joseph | Electrocution | Black | Murder on the high seas | 23 | 9/15/1948 | FL |
| Krull, George | Electrocution | White | Rape | 34 | 8/21/1957 | GA |
| Krull, Michael | Electrocution | White | Rape | 32 | 8/21/1957 | GA |
| Feguer, Victor | Hanging | White | Kidnapping | 28 | 3/15/1963 | IA |
| Seadlund, Henry | Hanging | White | Kidnapping (Chas. Ross) | 27 | 7/14/1938 | IL |
| Barrett, George | Electrocution | White | Murder of N.B. Klein, FBI Man | Unk | 3/24/1936 | IN |
| Dalhover, James | Electrocution | White | Bank robbery and murder (Brady gang) | 32 | 11/18/1938 | IN |
| McVeigh, Timothy | Lethal Injection | White | Murder | 33 | 6/11/2001 | IN (OK) |
| Garza, Juan Raul | Lethal Injection | Hispanic | Murder | 44 | 6/19/2001 | IN (TX) |
| Jones, Louis, Jr. | Lethal Injection | Black | Murder | 53 | 3/18/2003 | IN (TX) |

Exhibit 75

| Name | Method | Race | Offense | Age | Date | Place* |
|------|--------|------|---------|-----|------|--------|
| Panzram, Carl | Hanging | White | Murder of Laundry Foreman | 36 | 9/5/1930 | KS |
| Suhay, Robert | Hanging | White | Murder (Agent Baker) | 25 | 8/12/1938 | KS |
| Applegate, Glenn | Hanging | White | Murder (Agent Baker) | 34 | 8/12/1938 | KS |
| Chebatoria, Anthony | Hanging | White | National bank robbery (killed) | 39 | 7/8/1938 | MI |
| Hall, Carl Austin | Gas chamber | White | Kidnapping and murder | 34 | 12/18/1953 | MO |
| Heady, Bonnie Brown (f) | Gas chamber | White | Murder | 41 | 12/18/1953 | MO |
| Brown, Arthur Ross | Gas chamber | White | Kidnapping (victim not released unharmed) | 30 | 2/24/1956 | MO |
| Rosenberg, Julius | Electrocution | White | Espionage | 35 | 6/19/1953 | NY |
| Rosenberg, Ethel (f) | Electrocution | White | Espionage | 37 | 6/19/1953 | NY |
| Puff, Gerhard A. | Electrocution | White | Murder of an FBI agent | 39 | 8/12/1954 | NY |
| Gooch, Arthur | Hanging | White | Kidnapping | 27 | 6/19/1936 | OK |
| Arwood, Clyde | Electrocution | White | Murder of federal employee | 24 | 8/14/1943 | TN |
| Ruhl, Henry | Gas chamber | White | Murder on a government reservation | 36 | 4/27/1945 | WY |