# UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT
#### KENTUCKY - TENNESSEE - OHIO - MICHIGAN



CHAMBERS OF
ALICE M. BATCHELDER
CIRCUIT JUDGE

February 22, 2007

William H. Ortwein, Esq.
Ortwein & Associates, P.C.
P.O. Box 38
Hixson, TN 37343

> Re: *United States v. Rejon Taylor*
> District Court Case No. 1:04-cr-160

Dear Mr. Ortwein,

I will approve an additional $25,000 for an expert to assist with whatever psychological evaluations and testimony may be expedient in your view. As you may know, this circuit is presently engaged in attempting to set up guidelines for the kinds of experts and the appropriate amounts to be budgeted for them in capital cases. I have not approved budget amounts for either corrections experts or jury experts in the past, and, do not intend to do so unless and until this circuit has specifically determined that the services of these experts are appropriate.

Very truly yours,

/s/

Alice M. Batchelder
Chief Judge's Delegate
18 U.S.C. § 3006A

AMB:bad