UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)   Case No. 1:04-CR-160
v. )
)   Judge Curtis L. Collier
REJON TAYLOR )

**O R D E R**

On February 27, 2019, the Court entered an Order sealing certain documents for one year from the date of the Order. (Doc. 997.) The Order provided that, "[i]f Defendant believes any of the documents should remain under seal after that date, he may file a motion no later than thirty days before the seal expires." (*Id.* (emphasis omitted).) Fewer than thirty days remain until the seal expires, and Defendant has not filed a motion to extend the seal.

On or before **February 18, 2020**, Defendant shall file either a notice consenting to the unsealing of the documents or a motion to extend as described in the Court's February 27, 2019 Order (Doc. 997), which motion should also show cause why its untimeliness should be excused.

SO ORDERED.

ENTER:

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**