IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

UNITED STATES OF AMERICA )
           Plaintiff, )
 )
v. )    Case Number 1:04-CR-160-1
 )    U. S. District Judge Curtis L. Collier
REJON TAYLOR )
           Defendant. )

## NOTICE OF NO OBJECTION TO UNSEALING OF EX PARTE MOTIONS

Rejon Taylor, by counsel, hereby gives notice that he has no objection to the court unsealing the ex parte motions and related court orders which were entered for purposes of assisting Mr. Taylor investigate and prepare his motion to vacate judgment and sentence.

Counsel sincerely apologize to the court for the delay in filing this notice. Counsel had consulted and agreed as to our position. We thought that this notice had been filed after discussion. Plainly it was not. Undersigned counsel, Kelley Henry, takes full responsibility for this error.

Dated: February 24, 2020.

RESPECTFULLY SUBMITTED,

/s/ Kelley J. Henry
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit

/s/ Amy D. Harwell
Amy D. Harwell, BPR # 018691
Assistant Chief, Capital Habeas Unit

Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
amy_harwell@fd.org
kelley_henry@fd.org


<u>/s/ Alexis Hoag</u>
Alexis Hoag, BPR #028712
Senior Counsel
NAACP Legal Defense and
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Tel: (212) 965-2200
Fax: (212) 226-7592
ahoag@naacpldf.org


*Counsel for Defendant*

2

<u>CERTIFICATE OF SERVICE</u>

Counsel hereby certifies that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

On this the 24th day of February, 2020.

<u>/s/ Kelley J. Henry</u>
Kelley J. Henry, BPR # 021113
Supervisory Assistant Federal Public
Defender, Capital Habeas Unit
Office of the Federal Public Defender
for the Middle District of Tennessee
810 Broadway, Suite 200
Nashville, TN 37203
615.736.5047
kelley_henry@fd.org

3