UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:04-CR-160 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| REJON TAYLOR | ) |

## **O R D E R**

On February 27, 2019, the Court entered an Order sealing certain documents for one year from the date of the Order.  (Doc. 997.)  Defendant filed a notice on February 24, 2020, stating he does not object to the unsealing of those documents.  (Doc. 1071).  The Clerk of Court is **INSTRUCTED** to **UNSEAL** Documents 990, 991, 992, 996, 998, 999, 1000, and 1001 **upon issuance of this Order**.

On March 8, 2019, the Court entered a similar Order sealing certain other documents for one year from the date of the Order.  (Doc. 1016.)  Defendant was instructed to file a motion no later than thirty days before the expiration of the seal if he believed any of the documents should remain under seal after that date.  Fewer than thirty days remain until the second seal expires, and Defendant has not filed a motion to extend the second seal.  The Clerk of Court is **INSTRUCTED** to **UNSEAL** Documents 1003, 1005, 1007, 1011, 1012, 1013, 1017, 1018, and 1019 on **March 9, 2020**.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**