**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:04-cr-160-CLC-CHS-1 |
| v. | ) |
| | ) |
| REJON TAYLOR, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is Rejon Taylor's sealed *ex parte* motion [Doc. 1079]. Shortly after Mr. Taylor filed his motion, his attorneys notified the Court that his motion bears the case number associated with his criminal action, No. 1:04-cr-160, instead of the case number associated with his civil action under 28 U.S.C. § 2255. They also informed the Court that they were working with the clerk's office "to get this corrected," but the motion is still docketed in the case associated with Mr. Taylor's criminal action. Accordingly, the Clerk of Court is hereby **DIRECTED** to refile Mr. Taylor's sealed *ex parte* motion and accompanying memorandum [No. 1:04-cr-160, Docs. 1079, 1080] in case number 1:19-cv-147.

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**