UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA,
        Plaintiff,

        v.                                    No. 1:04-cr-160

                                              Judge Collier
REJON TAYLOR *et al*.,
        Defendants.

## NOTICE OF ATTORNEY SUBSTITUTION

Effective immediately, the undersigned attorney represents the United States in this case.

The United States asks that the former attorneys of record—Christopher D. Poole and Steven S.

Neff—be removed.

Respectfully submitted,

Francis M. Hamilton III
United States Attorney

by:     *s/ Debra A. Breneman*
        Debra A. Breneman
        Assistant United States Attorney
        PA Bar No. 93171
        800 Market Street, Suite 211
        Knoxville, Tennessee  37902
        (865) 545-4167
        debra.breneman@usdoj.gov